IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS,
NORTHERN DIVISION

| | |
|---|---|
| JOHN DOES 1 - 8, | |
| Plaintiffs, | Hon. D. P. Marshall Jr. |
| v. | Case No.: 3:23-CV-230-D |
| EMMETT A. PRESLEY, ET AL. | |
| Defendants. | **JURY DEMAND** |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE UNREDACTED COMPLAINT UNDER SEAL AND TO PROCEED UNDER PSEUDONYMS

NOW COME the Plaintiffs, JOHN DOES 1-8, by and through their attorneys, ROMANUCCI & BLANDIN and GILLISPIE LAW FIRM, and for their Motion for Leave to file the unredacted Complaint at Law under seal and to proceed under pseudonyms to protect their identities from public disclosure.

Plaintiffs respectfully move this Honorable Court, pursuant to Eastern District of Arkansas Administrative Policies and Procedures IV(B) to enter an Order: (1) allowing Plaintiffs to file the unredacted Complaint At Law under seal of the Court; (2) to proceed anonymously in this matter under the fictious names "John Doe 1," "John Doe 2," "John Doe 3," "John Doe 4," "John Doe 5," "John Doe 6," "John Doe 7" and "John Doe 8", in order to maintain and protect the privacy of victims of sexual abuse and to protect such victims' identities from public disclosure; and (3) requiring all Parties to use the same fictious names to refer to Plaintiffs in all public filings with the Court, and to further refrain from disclosing publicly the actual names and any personal identifying information of Plaintiffs

1

2

The Plaintiffs rely on the enclosed brief in support of the Plaintiff's Motion for Leave to file the unredacted Complaint under seal and to proceed anonymously under pseudonyms.

Respectfully Submitted,

Date: January 18, 2024

By: s/Joshua Gillispie
*Attorney for Plaintiffs*

Joshua D. Gillispie, Ark. Bar No. 2010131
**GILLISPIE LAW FIRM**
1 Riverfront Place, Suite 605
North Little Rock, AR 72114
(501) 244-0700
(501) 244-2020 fax
josh@gillispielawfirm.com

Martin D. Gould, Bar No. 6318050
Valerie A. Letko, Bar No. 6339289
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark Street, Suite 900
Chicago, Illinois 60654
T: (312) 458-1000
F: (312) 458-1004
mgould@rblaw.net
vletko@rblaw.net
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed on January 18, 2024, and service shall be accomplished via ECF.

s/_Joshua Gillispie_
*Attorney for Plaintiffs*

Joshua D. Gillispie, Bar No. 2010131
**GILLISPIE LAW FIRM**
1 Riverfront Place, Suite 605
North Little Rock, AR 72114
(501) 244-0700
(501) 244-2020 fax
josh@gillispielawfirm.com


Martin D. Gould, Bar No. 6318050
Valerie A. Letko, Bar No. 6339289
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark Street, Suite 900
Chicago, Illinois 60654
T: (312) 458-1000
F: (312) 458-1004
mgould@rblaw.net
vletko@rblaw.net
*Attorneys for Plaintiffs*