**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**JOHN DOES 1-8**                                                                    **PLAINTIFFS**

**vs.**                               **CASE NO. 3:23-cv-230-DPM**

**EMMETT A. PRESLEY,** *et al.*                                          **DEFENDANTS**

**JOHN DOES 9-16**                                                              **PLAINTIFFS**

**vs.**                               **CASE NO. 3:24-cv-3-DPM**

**EMMETT A. PRESLEY,** *et al.*                                          **DEFENDANTS**

**JOHN DOES 17-30**                                                            **PLAINTIFFS**

**vs.**                               **CASE NO. 3:24-cv-12-DPM**

**EMMETT A. PRESLEY,** *et al.*                                          **DEFENDANTS**

**JOHN DOES AND JANE DOES 101-107**                          **PLAINTIFFS**

**vs.**                               **CASE NO. 3:24-cv-14-DPM**

**EMMETT A. PRESLEY,** *et al*                                           **DEFENDANTS**

**JOHN DOES 108-113 and**
**JANE DOES 108-109**                                                        **PLAINTIFFS**

**vs.**                               **CASE NO. 3:24-cv-13-DPM**

**EMMETT A. PRESLEY,** *et al*                                           **DEFENDANTS**

1

## MOTION FOR LEAVE TO WITHDRAW A PARTY

NOW COMES Plaintiff, JOHN DOE 17, by and through their attorneys, ROMANUCCI & BLANDIN and THE GILLISPIE LAW FIRM and pursuant to Fed. R. Civ. P. 21, respectfully requests leave to withdraw Plaintiff JOHN DOE 17 as a party in this matter. In support, Plaintiff states as follows:

1.      To date, Plaintiff's attorneys of record have filed three separate Complaints involving common questions of law and fact (*see* case number 3:23-cv-00230-DPM filed November 6, 2023, 3:24-cv-00003-DPM filed January 16, 2024, and 3:24-cv-00012-BRW, filed January 26, 2024. Plaintiff John Doe 17 was named as a party in case no 3:24-cv-00012-BRW, (*see* ECF 1).

2.      On January 11, 2024, this honorable court entered an Order in case number 3:23-cv-00230-DPM (*see* ECF 14), requesting simultaneous supplemental briefs on potential consolidation or coordination due to a previous case that was filed with this court that appeared closely related to this pending case. Briefs were ordered due by February 9, 2024.

3.      On February 5, 2024, this honorable court amended its January 11 Order and informed the Parties that the parties' briefs should also address potential consolidation or coordination with three new cases: *Does v Presley*, Case No. 3:24-cv-012-DPM; *Does v. Presley*, Case No. 3:24-cv-013-DPM; and *Does v. Presley*, Case No. 3:24-cv-014-DPM. Briefs were ordered due by February 16, 2024.

4.      On February 16, 2024, the Parties filed a Joint Brief in Support of Case Consolidation (*see* ECF 38, case no. 3:23-cv-00230-DPM) which was granted on March 5, 2024 (*see* ECF 44, case no. 3:23-cv-00230-DPM). The Court designated Case No. 3:23-cv-230-DPM as the lead case and ordered all future filings to be made in the lead case and a consolidated complaint to be filed by April 5, 2024.

2

5.        On April 5, 2024, Plaintiffs filed their consolidated complaint (*see* ECF 50, case no. 3:23-cv-00230-DPM).

6.        Plaintiffs seek to withdraw John Doe 17 as a party in this matter. Pursuant to Fed. R. Civ. P. 21, on motion or on its own, the court may at any time, on just terms, add or drop a party. No party will be prejudiced if John Doe 17 is removed as a party in this matter.

7.        Plaintiffs shall file a stipulation of dismissal without prejudice for John Doe 17 pursuant to Fed. R. Civ. P. 41 a(1)(A)(i).

WHEREFORE, Plaintiff respectfully requests leave to withdraw Plaintiff John Doe 17 as a party in this matter.

Dated: April 24, 2024                                 Respectfully submitted,


                                                      s/Jason Friedl
                                                      *One of Plaintiff's Attorneys*



*Stephan Blandin                          Joshua D. Gillispie
*Jason J. Friedl                          **GILLISPIE LAW FIRM**
*Daisy Ayallon                            1 Riverfront Place, Suite 605
**ROMANUCCI & BLANDIN, LLC**              North Little Rock, AR 72114
321 N. Clark St., Ste. 900                (501) 244-0700
Chicago, Illinois 60654                   (501) 244-2020 fax
P: 312.458.1000                           josh@gillispielawfirm.com
F: 312.458.1004                           *Attorney for Plaintiff*
sblandin@rblaw.net
jfriedl@rblaw.net
dayllon@rblaw.net
*Attorneys for Plaintiff*
*Admitted Pro Hac Vice*


3

## CERTIFICATE OF SERVICE

I, Jason Friedl, an attorney, hereby certify that on April 24, 2024, I filed the foregoing motion using the Court's CM/ECF system, which effectuated service on all counsel of record.

/s/ Jason Friedl
*One of Plaintiff's Attorneys*

*Stephan Blandin
*Jason J. Friedl
*Daisy Ayallon
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark St., Ste. 900
Chicago, Illinois 60654
P: 312.458.1000
F: 312.458.1004
sblandin@rblaw.net
jfriedl@rblaw.net
dayllon@rblaw.net
*Attorneys for Plaintiff*
*Admitted Pro Hac Vice*

Joshua D. Gillispie
**GILLISPIE LAW FIRM**
1 Riverfront Place, Suite 605
North Little Rock, AR 72114
(501) 244-0700
(501) 244-2020 fax
josh@gillispielawfirm.com
*Attorney for Plaintiff*

4