# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS,
# NORTHERN DIVISION

| | |
|---|---|
| JOHN DOES 1-8, 9-16, 17, 19-30, JOHN DOES 101-113 and JANE DOES 101-109, *et. al.*, <br><br> Plaintiffs, <br><br> v. <br><br> EMMETT A. PRESLEY; TED E. SUHL, individually and d/b/a MAXUS, INC. d/b/a ARKANSAS COUNSELING ASSOCIATES INCORPORATED d/b/a TRINITY BEHAVIORAL HEALTHCARE SYSTEMS, INC. d/b/a THE LORD'S RANCH; MAXUS, INC., individually and d/b/a THE LORD's RANCH; *et. al.*, <br><br> Defendants. | **Case No.: 3:23-cv-230-DPM** <br> **(lead consolidated complaint)** <br><br> Consolidated Complaints per Court Order: Case No. 3:23-cv-230-DPM; Case No. 3:24-cv-3-DPM; Case No. 3:24-cv-12-DPM; Case No. 3:24-cv-13-DPM; Case No. 3:24-cv-14-DPM. |

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED between the parties that John Doe 17 be voluntarily dismissed as a party in this matter without prejudice as against all named Defendants, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully submitted,

*/s/ Josh Gillispie*_____
Joshua D. Gillispie, Bar No. 2010131
**GILLISPIE LAW FIRM**
1 Riverfront Place, Suite 605
North Little Rock, AR 72114
Phone: (501) 244-0700

Fax: (501) 244-2020
Email: josh@gillispielawfirm.com
*Attorney for Plaintiffs*
*John Does 1-8; 9-17; & 19-30*


 /s/ *Martin D. Gould*
Martin D. Gould
**STINAR GOULD GRIECO**
**& HENSLEY, PLLC**
Parker Stinar (*Pro Hac Vice* application forthcoming)
Nicholas P. Wainwright (*Pro Hac Vice*) 101 N. Wacker Dr., Ste. 100
T: (313) 895-7227
F: (313) 221-9550
Martin@sgghlaw.com
Nicholas@sgghlaw.com
*Counsel for Plaintiffs John Does 7-8, 12, 101-107, 108-113; and Jane Does 101-109*

*/s/ Jay Bequette*_____
Jay Bequette, Ark. Bar No. 87012
Phillip M. Brick, Jr., Ark. Bar No. 2009116
BEQUETTE, BILLINGSLEY & KEES, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
Telephone: (501) 374-1107
Fax: (501) 374-5092
Email: jbequette@bbpalaw.com
Email: pbrick@bbpalaw.com
*Attorneys for Separate Defendants Emmett A. Presley, Alonza Jiles, and Tyree Davis*

*/s/ Stuart Miller*_____
Stuart Miller
John Alexander
MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.
4206 South J.B. Hunt Drive, Suite 200
Rogers, Arkansas 72758
Direct: (479) 464-5670
Facsimile: (479) 464-5680
smiller@mwlaw.com
jalexander@mwlaw.com
*Attorneys for Separate Defendants "Suhl Defendants"*