UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| John Does 1-8, 9-16, 17, 19-30, John Does 101-113, and Jane Does 101-109, et al.<br><br>Plaintiffs,<br><br>v.<br><br>Emmett A. Presley, et al.<br><br>Defendants. | )<br>)<br>) Civil Action No.: 3:23-cv-230-DPM<br>) (Lead Consolidated Complaint)<br>)<br>) Consolidated Complaints per Court<br>) Order: Case No. 3:23-cv-230-DPM;<br>) Case No. 3:24-cv-3 DPM; Case No.<br>) 3:24-cv-12-DPM; Case No. 3:24-cv-<br>) 13-DPM; Case No. 3:24-cv-14-DPM<br>) |

BRIEF IN SUPPORT OF
MOTION FOR LEAVE TO FILE
MOTION TO RECONSIDER UNDER SEAL

Separate Defendants Theodore E. Suhl, Maxus, Inc., Arkansas Counseling Associates Incorporated, Trinity Behavioral Health Care System, Incorporated, The Lord's Ranch Christian Boy's Home, Inc., The Lord's Ranch Christian Center and Children's Rehabilitation Unit, The Lord's Ranch Psychiatric Unit, Inc., Christian International Medical Sciences Foundation, Inc., Cornerstone Treatment Center, Inc., Burklyn Corporation, Good Samaritan Rehabilitation Center, Inc., Warm Springs Christian Center, Inc., Trinity Dynamics, Incorporated, The Lord's Ranch Behavioral Healthcare System, Incorporated, Triennia Health Care, Inc., Horizon Sunrise Management, Millenia Health Care, Inc., Green Valley Asset Management, LLC, Rolling Hills Investments, LLC, Regal Property Development LLC, and Shirley Suhl (collectively, "Separate Defendants"), by and through their undersigned counsel, file their Brief in Support of Motion for Leave to File their Motion to Reconsider Court's Order permitting Plaintiffs to proceed under pseudonyms under seal and state as follows:

The Court's current Order requires the Plaintiffs to be identified via pseudonyms. [Doc. 44] at ¶ 2. Defendants Motion for Reconsideration redacts the names of several Plaintiffs in order to comply with the Court's Order.  However, Defendants Motion for Reconsideration requests that, based on the totality of the circumstances, Plaintiffs proceed under their real names. Defendants seek leave of the Court to file an unredacted version under seal.

The Supreme Court has recognized that the decision to seal a document is "best left to the sound discretion of the trial court, a discretion to be exercised in light of the relevant facts and circumstances of the case." *See Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 599 (1978). The Court should seal the unredacted Motion to Reconsider because it includes the names of individual Plaintiffs, who are presently required to be identified by pseudonyms. It may enter an order to this effect under Fed. R. Civ. P. 5.2 (d) and/or (e)(2).

Defendants respectfully request that the Court permit the unredacted Motion to Reconsider and Brief in Support be filed under seal.

        Respectfully submitted,

        **ROETZEL & ANDRESS, LPA**
        30 N. LaSalle Street, Suite 2800
        Chicago, IL  60602
        Phone: 312.580.1200
        mscotti@ralaw.com

By: _/s/ Michael J. Scotti_____
        Michael J. Scotti, III
        *Pro Hac Vice*

        -   AND   -

        **MITCHELL, WILLIAMS, SELIG,**
        **GATES & WOODYARD, P.L.L.C.**
        4206 South J.B. Hunt Drive, Suite 200
        Rogers, Arkansas  72758
        Direct:  (479) 464-5670
        Facsimile:  (479) 464-5680
        smiller@mwlaw.com
        jalexander@mwlaw.com

By: _/s/ Stuart Miller_____
        Stuart P. Miller, Ark. Bar No. 88137
        John E. Alexander, Ark. Bar No. 2015248
        *Attorneys for Separate Defendants*