IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOHN DOES 1-8                                                                PLAINTIFFS

v.                              No. 3:23-cv-230-DPM

EMMETT A. PRESLEY, *et al.*                                         DEFENDANTS

JOHN DOES 9-16                                                               PLAINTIFFS

                             No. 3:24-cv-3-DPM

EMMETT A. PRESLEY, *et al.*                                         DEFENDANTS

JOHN DOES 19-30                                                             PLAINTIFFS

                             No. 3:24-cv-12-DPM

EMMETT A. PRESLEY, *et al.*                                         DEFENDANTS

JOHN AND JANE DOES 101-107                                      PLAINTIFFS

                             No. 3:24-cv-14-DPM

EMMETT A. PRESLEY, *et al.*                                         DEFENDANTS

JOHN DOES 108-113 and
JANE DOES 108-109                                                         PLAINTIFFS

                             No. 3:24-cv-13-DPM

EMMETT A. PRESLEY, *et al.*                                         DEFENDANTS

## ORDER

**1.** The parties must brief the plaintiffs' oral motion to dismiss their federal claims voluntarily, the jurisdictional effects of doing so, and any proposed amendments to the complaint.

- Plaintiffs' brief due by 23 August 2024;
- Defendants' response(s) due by 30 August 2024; and
- Plaintiffs' reply due by 6 September 2024.

Plaintiffs may also reply on the expedited-discovery motion, *Doc. 87*, by 20 August 2024.

**2.** For the reasons stated from the bench, the Court converts the motions to dismiss, *Doc. 59 & 62*, into motions for summary judgment. Fed. R. Civ. P. 56(f); *Brooks v. Midwest Heart Group*, 655 F.3d 796, 800 (8th Cir. 2011).

**3.** If the Court's subject matter jurisdiction continues, then the record needs more clarity on the limitations issues. This may be done by stipulation or targeted discovery. If the latter, the defendants must propound focused interrogatories asking only for each plaintiff's date of birth and approximate dates of alleged abuse. These interrogatories must be served by 23 August 2024. Responses due by 30 September 2024. In any brief, motion, or other filed paper, all parties must redact this date information to protect the plaintiffs' anonymity. Unredacted copies of any such document must be filed under seal.

**4.** After any stipulation or discovery, the defendants must promptly file two things: a short, joint summary judgment brief, and a short, joint statement of undisputed material facts. Local Rule 56.1. The plaintiffs must respond, and the defendants may reply, within the times prescribed by Local Rule 7.2. No extensions absent extraordinary circumstances.

**5.** The defendants' embedded Rule 12(e) motion for a more definite statement, *Doc. 60 at 14*, is denied.

**6.** The motion to reconsider the John/Jane Doe issues, *Doc. 74*, and the motion for expedited plenary discovery from some witnesses, *Doc. 87*, remain under advisement.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

16 August 2024