UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| John Does 1-8, 9-16, 17, 19-30, John Does 101-113, and Jane Does 101-109, et al.<br><br>Plaintiffs,<br><br>v.<br><br>Emmett A. Presley, et al.<br><br>Defendants. | Civil Action No.: 3:23-cv-230-DPM<br>(Lead Consolidated Complaint)<br><br>Consolidated Complaints per Court Order: Case No. 3:23-cv-230-DPM; Case No. 3:24-cv-3 DPM; Case No. 3:24-cv-12-DPM; Case No. 3:24-cv-13-DPM; Case No. 3:24-cv-14-DPM |

## PLAINTIFFS' STATEMENT OF DISPUTED MATERIAL FACTS IN OPPOSITION TO SEPARATE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiffs, John Does 1-8, 9-16, 17, 19-30, John Does 101-113, and Jane Does 101-109, et al., by and through their undersigned counsel, respectfully submit their Statement of Disputed Material Facts in Opposition to: Separate Defendants' Motion for Summary Judgment (Doc. 110); Separate Defendants' Statement of Undisputed Material Facts (Doc. 109); and Separate Defendants' Notice of Adoption in Support of Summary Judgment (Doc. 112) pursuant to Local Rule 56.1(b) of the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas, and hereby states as follows:

1. Paragraph two of Separate Defendants' Statement of Undisputed Facts (Doc. 109) misstates the contents of Plaintiffs' Consolidated Complaint (Doc. 72). Defendants claim that Count Eleven is a claim for Joint Venture/Successor Liability. (Doc. 109, P. 2). While this is accurate, Count Eleven also pleads Alter Ego/Single Entity Theory of Liability.

2. Paragraph Eight of Separate Defendants' Statement of Undisputed Facts (Doc. 109) states that the Court's Post-Hearing Order (Doc. 94) required Plaintiffs to state the dates of

attendance at the Lord's Ranch. The Court's Order did not require the Plaintiffs to submit their dates of attendance to Defendants, but instead to state the "approximate dates of abuse" to Defendants.

3. Paragraph Eleven of Separate Defendants' Statement of Undisputed Facts (Doc. 109) notes that 45/50 Plaintiffs Departed the Lord's Ranch before 2008, and subsequently states the Plaintiffs who left the Lord's Ranch before 2008 in Footnote 5. (Doc. 109, P. 3). Defendants are correct that 45/50 Plaintiffs left the facility before 2008, but only list 44 Plaintiffs in Footnote 5. Plaintiffs believe that John Doe 21 was intended to be included in that footnote.

4. Paragraph Twelve of Separate Defendants' Statement of Undisputed Facts (Doc. 109) states that all Plaintiffs departed the facility "by" 2010. (Doc. 109, P. 3). It should be noted that John Doe 106 was abused at the facility in approximately 2010. (Doc. 111).

5. Paragraph Thirteen of Separate Defendants' Statement of Undisputed Facts (Doc. 109) states that only three Plaintiffs were under ten years old when they arrived at the Lord's Ranch. (Doc. 109, P. 3). Assuming that the approximate year that Plaintiffs recall being placed at the facility is correct, seven Plaintiffs were under ten years old during the year that they arrived at the facility, including John Does 9, 24, 30, 101, 106, and 108, and Jane Doe 109. (Doc. 111).

6. Paragraph Eighteen of Separate Defendants' Statement of Undisputed Facts (Doc. 109) states that all Plaintiffs turned 21 by 2021. (Doc. 109, P. 3). It should be noted that John Doe 106 turned twenty-one during 2021 after the date that Ark. Code Ann. § 16-118-118 (the "Revival Act") became effective. (Doc. 111).

7. All Plaintiffs except John Doe 26 were under the age of twenty-one on August 13, 1993 when Ark. Code Ann. § 16-56-130 (the "Delayed Discovery Act") became effective.

Respectfully submitted,

Joshua D. Gillispie
**GILLISPIE LAW FIRM**
1 Riverfront Place, Suite 605
North Little Rock, AR 72114
Phone: (501) 244-0700
Fax: (501) 244-2020
josh@gillispielawfirm.com

*Counsel for Plaintiffs*
*John Does 1-8; 9-16; & 17-30*


Jason Friedl (*Pro Hac Vice*)
**ROMANUCCI & BLANDIN, LLC.**
321 N. Clark Street, Suite 900
Chicago, IL 60654
Phone: (312) 458-1000
Fax: (312) 458-1004

*Counsel for Plaintiffs*
*John Does 1-6; 9-11; 13-16; & 17-30*


Martin D. Gould
Parker Stinar (*Pro Hac Vice*)
Valerie A. Letko (*Pro Hac Vice*)
**STINAR GOULD GRIECO**
**& HENSLEY, PLLC**
101 N. Wacker Dr., Ste. 100
T: (313) 895-7227
F: (313) 221-9550
Martin@sgghlaw.com
Valerie@sgghlaw.com
Parker@sgghlaw.com

*Counsel for Plaintiffs John Does 7-8, 12, 101-107, 108-113; and Jane Does 101-109*


Paul Byrd
**PAUL BYRD LAW FIRM, PLLC**

        415 N. McKinley St., Suite 210
        Little Rock, AR 72205
        Phone: (501) 240-3050
        Fax: (501) 420-3128
        Paul@paulbyrdlawfirm.com

*Counsel for Plaintiffs*
*John and Jane Does 101-107*

Robert Lewis
**ETOCH LAW FIRM**
221 West 2nd Street, Ste. 312
Little Rock, AR 72201
Phone: (501) 333-9400
Fax: (501) 232-3777
robert@etochlaw.com

*Counsel for Plaintiffs John Does 108-113, and Jane Does 108-109*

James G. Onder (*Pro Hac Vice*)
Cynthia L. Garber (*Pro Hac Vice*)
**ONDER LAW, LLC**
110 East Lockwood
St. Louis, MO 63119
Tel: (314) 963-9000
Fax: (314) 227-7665
onder@onderlaw.com
garber@onderlaw.com

*Counsel for Plaintiffs*
*John and Jane Does 101-107*

## **CERTIFICATE OF SERVICE**

    I, Joshua D. Gillispie, hereby certify that on the 7th day of November, 2024, a true and correct copy of the above and foregoing document was served via electronic mail upon the following:

Stuart P. Miller
John E. Alexander
**MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.**
4206 South J.B. Hunt Drive, Suite 200
Rogers, Arkansas 72758
Direct: (479) 464-5670
Facsimile: (479) 464-5680
smiller@mwlaw.com
jalexander@mwlaw.com

*Attorneys for Separate Defendants*

Michael J. Scotti, III
**ROETZEL & ANDRESS, LPA**
30 N. LaSalle Street, Suite 2800
Chicago, IL  60602
Phone: 312.580.1200
mscotti@ralaw.com

*Pro Hac Vice*

Jay Bequette
Phillip M. Brick, Jr.
**BEQUETTE, BILLINGSLEY & KEYS, PA**
425 West Capitol Avenue, Suite 3200
Little Rock, Arkansas 72201
Telephone: (501) 374-1107
Facsimile: (479) 374-55092680
jbequette@bbpalaw.com
pbrick@bbpalaw.com

*Attorneys for Separate Defendants Emmet Presley, Alonza Jiles, and Tyree Davis*

    /s/ Joshua D. Gillispie
    Joshua D. Gillispie