UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| John Does 1-2, 4-6, 8-12, 14-16, 19-24, 29-30, Michael Robinson, Maurice Collins, and Nathan Harmon<br><br>Plaintiffs,<br><br>v.<br><br>Emmett A. Presley, et al.<br><br>Defendants. | Civil Action No.: 3:23-cv-230-DPM (Lead Consolidated Complaint)<br><br>Consolidated Complaints per Court Order: Case No. 3:23-cv-230-DPM; Case No. 3:24-cv-3 DPM; and Case No. 3:24-cv-12-DPM |

### SEPARATE DEFENDANTS EMMETT A. PRESLEY, ALONZA JILES, AND TYREE DAVIS'S NOTICE OF ADOPTION OF SEPARATE DEFENDANTS' MOTION TO DISMISS ALL CLAIMS

Separate Defendants Emmett A. Presley, Alonza Jiles, and Tyree Davis, by their attorneys, Bequette, Billingsley & Kees, P.A., pursuant to Fed. R. Civ. P. 10(c), adopt and incorporate by reference Separate Defendants Theodore E. Suhl, Maxus, Inc., Arkansas Counseling Associates Incorporated, Trinity Behavioral Health Care System, Incorporated, The Lord's Ranch Christian Boy's Home, Inc., The Lord's Ranch Christian Center and Children's Rehabilitation Unit, The Lord's Ranch Psychiatric Unit, Inc., Christian International Medical Sciences Foundation, Inc., Cornerstone Treatment Center, Inc., Burklyn Corporation, Good Samaritan Rehabilitation Center, Inc., Warm Springs Christian Center, Inc., Trinity Dynamics, Incorporated, The Lord's Ranch Behavioral Healthcare System, Incorporated, Triennia Health Care, Inc., Horizon Sunrise Management, Millenia Health Care, Inc., Green Valley Asset Management, LLC, Rolling Hills Investments, LLC, Regal Property Development LLC, and Shirley Suhl's Motion to Dismiss All Claims and Brief in Support (ECF Docs. 133 and 134) filed herein on May 30, 2025.

Respectfully submitted,

**Jay Bequette**, Ark. Bar No. 87012
**Phillip M. Brick, Jr.**, Ark. Bar No. 2009116
BEQUETTE, BILLINGSLEY & KEES, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
Telephone: (501) 374-1107
Fax: (501) 374-5092
Email: jbequette@bbpalaw.com
Email: pbrick@bbpalaw.com

*__Attorneys for Separate Defendants Emmett A. Presley, Alonza Jiles, and Tyree Davis__*