IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| JOHN DOES 1, 2, 4, 5, 6, & 8; MICHAEL ROBINSON; and MAURICE COLLINS | PLAINTIFFS |
| v.    No. 3:23-cv-230-DPM | |
| EMMETT PRESLEY, et al. | DEFENDANTS |
| JOHN DOES 9-12 &14-16; and NATHAN HARMON | PLAINTIFFS |
| v.    No. 3:24-cv-3-DPM | |
| EMMETT PRESLEY, et al. | DEFENDANTS |
| JOHN DOES 19-24 & 29-30 | PLAINTIFFS |
| v.    No. 3:24-cv-12-DPM | |
| EMMETT PRESLEY, et al. | DEFENDANTS |

**JOINT DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHER RESPONSIVE PLEADING**

Defendants, by and through their undersigned counsel, file this Joint Unopposed Motion for Extension of Time to File Answer or Other Responsive Pleading, and state as follows:

1. On September 18, 2025, Plaintiffs filed a new Complaint, *John Does 103, 105, 107—113, 120—123 & Jane Does 103, 109, 120, 121 v. Emmett A. Presley, et al* (Case No. 3:25-cv-197-LPR) (the "New Complaint").

2. On October 3, 2025, Judge Rudofsky order the case to be transferred to this honorable Court. [*Doc.'s 3 & 4*].

3. On November 14, 2025, Parties filed a Joint Motion to Consolidate the New Complaint in this Court. [*Doc. 149*].

4.  Defendants' counsel has conferred with Plaintiffs' counsel, Joshua D. Gillespie in this matter and he has confirmed that all Plaintiffs have agreed upon the extension of time to file an Answer or other Responsive Pleading to the Plaintiffs' New Complaint, up to and including Monday, December 15, 2025.

5.  Defendants request for an extension will not delay or prejudice any of the parties.

6.  No Brief in Support is filed, and all legal authority is contained herein.

WHEREFORE, Defendants pray that their Joint Motion be granted, and an Order be entered allowing Defendants up to and including Monday, December 15, 2025, in which to file an Answer or other responsive pleading, and for any and all other just relief to which they are entitled.

Respectfully submitted,

| | |
|---|---|
| **BEQUETTE, BILLINGSLEY & KEES, P.A.**<br>425 W. Capitol Avenue, Suite 3200<br>Little Rock, AR 72201-3469<br>Phone: (501) 374-1107<br>Fax: (501) 374-5092<br>jbequette@bbpalaw.com<br>pbrick@bbpalaw.com<br><br>By: /s/ *Phillip M. Brick*<br>    Jay Bequette<br>    Phillip M. Brick<br>*Counsel for Defendants Emmett A. Presley, Alonza Jiles and Tyree Davis* | **ROETZEL & ANDRESS, LPA**<br>30 N. LaSalle Street, Suite 2800<br>Chicago, IL  60602<br>Phone: 312.580.1200<br>mscotti@ralaw.com<br><br>By: /s/ *Michael J. Scotti*<br>    Michael J. Scotti, III<br>    *Pro Hac Vice*<br><br>- AND –<br><br>**MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C.**<br>4206 South J.B. Hunt Drive, Suite 200<br>Rogers, Arkansas 72758<br>Direct: (479) 464-5670<br>Facsimile: (479) 464-5680<br>smiller@mwlaw.com<br>jalexander@mwlaw.com<br><br>By: _____<br>    Stuart P. Miller<br>    John E. Alexander<br>*Counsel for Lord's Ranch Defendants* |