IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| JOHN DOES 1, 2, 4, 5, 6 & 8;  MICHAEL ROBINSON;  and MAURICE COLLINS | PLAINTIFFS |
| v.          No. 3:23-cv-230-DPM | |
| EMMETT A. PRESLEY, *et al.* | DEFENDANTS |
| JOHN DOES 9-12 & 14-16;  and NATHAN HARMON | PLAINTIFFS |
| No. 3:24-cv-3-DPM | |
| EMMETT A. PRESLEY, *et al.* | DEFENDANTS |
| JOHN DOES 19-24, 26, 29 & 30 | PLAINTIFFS |
| No. 3:24-cv-12-DPM | |
| EMMETT A. PRESLEY, *et al.* | DEFENDANTS |
| JOHN DOES 103, 105, 107-113, 120-123;  JANE DOES 103, 109, 120-121 | PLAINTIFFS |
| No. 3:25-cv-197-DPM | |
| EMMETT A. PRESLEY, *et al.* | DEFENDANTS |

ORDER

1. The Court grants the parties' joint motion to consolidate, *Doc.* 149. Case No. 3:25-cv-197-DPM involves common questions of law

and fact; consolidation for pretrial matters makes good sense. Fed. R. Civ. P. 42(a)(2). Case No. 3:23-cv-230-DPM remains the lead case. All future filings should be made in that case.

    **2.** For good cause, the Court also grants the defendants' joint unopposed motion for more time to answer or respond, *Doc. 150*, as modified. The Court reopens and extends defendants' time to answer or respond to 23 December 2025. Rather than re-doing all the briefing in the main case, the parties may incorporate pending briefs and supplement their arguments as they think best, most efficient, and most clear.

    So Ordered.

*/s/ DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 December 2025