**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**JOHN DOES 1, 2, 4, 5, 6 & 8; MICHAEL**
**ROBINSON; and MAURICE COLLINS**                      **PLAINTIFFS**

**v.**                          **No. 3:23-cv-230-DPM**

**EMMETT A. PRESLEY,** *et al.*                              **DEFENDANTS**

**JOHN DOES 9-12 & 14-16; and**
**NATHAN HARMON**                                          **PLAINTIFFS**

**v.**                          **No. 3:24-cv-3-DPM**

**EMMETT A. PRESLEY,** *et al.*                              **DEFENDANTS**

**JOHN DOES 19-24, 26, 29 & 30**                           **PLAINTIFFS**

**v.**                          **No. 3:24-cv-12-DPM**

**EMMETT A. PRESLEY,** *et al.*                              **DEFENDANTS**

**JOHN DOES 103, 105, 107-113, 120-123;**
**JANE DOES 103, 109, 120-121**                             **PLAINTIFFS**

**v.**                          **No. 3:25-cv-197-DPM**

**EMMETT A. PRESLEY,** *et al.*                              **DEFENDANTS**

**SEPARATE DEFENDANTS EMMETT A. PRESLEY, ALONZA JILES,**
**AND TYREE DAVIS'S ANSWER TO COMPLAINT**

COME NOW Separate Defendants Emmett A. Presley ("Presley"), Alonza Jiles ("Jiles"),

and Tyree Davis ("Davis") (collectively, "Separate Defendants"), by and through their attorneys,

Bequette, Billingsley & Kees, P.A., and for their Answer to Plaintiffs' Complaint (ECF Doc. 1 in

Case No. 3:25-cv-197-DPM), state:

1.      The allegations in Paragraph No. 1 are denied.

2.      The allegations in Paragraph No. 2 are denied.

3.      The allegations in Paragraph No. 3 are denied.

4.	Paragraph No. 4 contains a statement regarding Plaintiffs' pseudonyms and therefore no response is required from Separate Defendants. To the extent the allegations contained in Paragraph No. 4 are construed to contain any allegations against Separate Defendants, all such allegations are denied.

5.	Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 5, and therefore deny those allegations. To the extent the allegations contained in Paragraph No. 5 are construed to contain any allegations against Separate Defendants, all such allegations are denied.

6.	Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 6, and therefore deny those allegations. To the extent the allegations contained in Paragraph No. 6 are construed to contain any allegations against Separate Defendants, all such allegations are denied.

7.	In response to Paragraph No. 7, Separate Defendants admit that Case No. 3:23-cv-230-DPM, Case No. 3:24-cv-3-DPM, Case No. 3:24-cv-12-DPM, Case No. 3:24-cv-14-DPM, and Case No. 3:24-cv-13-DPM were consolidated for pretrial matters. Separate Defendants deny any remaining allegations in Paragraph No. 7.

8.	In response to Paragraph No. 8, Separate Defendants admit that the Court designated Case No. 3:23-cv-230-DPM as the lead case. Separate Defendants deny any remaining allegations in Paragraph No. 8.

9.	Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 9, and therefore deny those allegations. To the extent the allegations contained in Paragraph No. 9 are construed to contain any allegations against Separate Defendants, all such allegations are denied.

10.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 10, and therefore deny those allegations. To the extent the allegations contained in Paragraph No. 10 are construed to contain any allegations against Separate Defendants, all such allegations are denied.

11.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 11, and therefore deny those allegations. To the extent the allegations contained in Paragraph No. 11 are construed to contain any allegations against Separate Defendants, all such allegations are denied.

12.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 12, and therefore deny those allegations. To the extent the allegations contained in Paragraph No. 12 are construed to contain any allegations against Separate Defendants, all such allegations are denied.

13.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 13, and therefore deny those allegations. To the extent the allegations contained in Paragraph No. 13 are construed to contain any allegations against Separate Defendants, all such allegations are denied.

14.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 14, and therefore deny those allegations. To the extent the allegations contained in Paragraph No. 14 are construed to contain any allegations against Separate Defendants, all such allegations are denied.

15.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 15, and therefore deny those allegations. To the extent the allegations contained in Paragraph No. 15 are construed to contain any allegations against Separate Defendants, all such allegations are denied.

16. Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 16, and therefore deny those allegations. To the extent the allegations contained in Paragraph No. 16 are construed to contain any allegations against Separate Defendants, all such allegations are denied.

17. Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 17, and therefore deny those allegations. To the extent the allegations contained in Paragraph No. 17 are construed to contain any allegations against Separate Defendants, all such allegations are denied.

18. Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 18, and therefore deny those allegations. To the extent the allegations contained in Paragraph No. 18 are construed to contain any allegations against Separate Defendants, all such allegations are denied.

19. Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 19, and therefore deny those allegations. To the extent the allegations contained in Paragraph No. 19 are construed to contain any allegations against Separate Defendants, all such allegations are denied.

20. Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 20, and therefore deny those allegations. To the extent the allegations contained in Paragraph No. 20 are construed to contain any allegations against Separate Defendants, all such allegations are denied.

21. Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 21, and therefore deny those allegations. To the extent the allegations contained in Paragraph No. 21 are construed to contain any allegations against Separate Defendants, all such allegations are denied.

22.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 22, and therefore deny those allegations. To the extent the allegations contained in Paragraph No. 22 are construed to contain any allegations against Separate Defendants, all such allegations are denied.

23.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 23, and therefore deny those allegations. To the extent the allegations contained in Paragraph No. 23 are construed to contain any allegations against Separate Defendants, all such allegations are denied.

24.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 24, and therefore deny those allegations. To the extent the allegations contained in Paragraph No. 24 are construed to contain any allegations against Separate Defendants, all such allegations are denied.

25.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 25, and therefore deny those allegations. To the extent the allegations contained in Paragraph No. 25 are construed to contain any allegations against Separate Defendants, all such allegations are denied.

26.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 26, and therefore deny those allegations. To the extent the allegations contained in Paragraph No. 26 are construed to contain any allegations against Separate Defendants, all such allegations are denied.

27.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 27, and therefore deny those allegations.

28.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 28, and therefore deny those allegations.

29.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 29, and therefore deny those allegations.

30.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 30, and therefore deny those allegations.

31.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 31, and therefore deny those allegations.

32.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 32, and therefore deny those allegations.

33.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 33, and therefore deny those allegations.

34.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 34, and therefore deny those allegations.

35.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 35, and therefore deny those allegations.

36.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 36, and therefore deny those allegations.

37.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 37, and therefore deny those allegations.

38.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 38, and therefore deny those allegations.

39.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 39, and therefore deny those allegations.

40.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 40, and therefore deny those allegations.

41.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 41, and therefore deny those allegations.

42.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 42, and therefore deny those allegations.

43.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 43, and therefore deny those allegations.

44.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 44, and therefore deny those allegations.

45.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 45, and therefore deny those allegations.

46.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 46, and therefore deny those allegations.

47.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 47, and therefore deny those allegations.

48.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 48, and therefore deny those allegations.

49.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 49, and therefore deny those allegations.

50.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 50, and therefore deny those allegations.

51.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 51, and therefore deny those allegations.

52.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 52, and therefore deny those allegations.

53.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 53, and therefore deny those allegations.

54.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 54, and therefore deny those allegations.

55.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 55, and therefore deny those allegations.

56.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 56, and therefore deny those allegations.

57.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 57, and therefore deny those allegations.

58.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 58, and therefore deny those allegations.

59.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 59, and therefore deny those allegations.

60.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 60, and therefore deny those allegations.

61.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 61, and therefore deny those allegations.

62.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 62, and therefore deny those allegations.

63.     The allegations in Paragraph No. 63 are denied.

64.     The allegations in Paragraph No. 64 are denied.

65.     The allegations in Paragraph No. 65 are denied.

66.     The allegations in Paragraph No. 66 are denied.

67.     The allegations in Paragraph No. 67 are denied.

68.     In response to Paragraph No. 68, Jiles admits he is a resident of Paragould, Arkansas. Separate Defendants have insufficient information to admit or deny any remaining allegations in Paragraph No. 68, and therefore deny those allegations.

69.     The allegations in Paragraph No. 69 are denied.

70.     The allegations regarding potential John Doe Defendants contained in Paragraph No. 70 do not contain any allegations against Separate Defendants and therefore no response is required from them. To the extent a response is deemed required, Separate Defendants deny the allegations contained in Paragraph No. 70. To the extent the allegations contained in Paragraph No. 70 are construed to contain any allegations against Separate Defendants, all such allegations are denied.

71.     The allegations regarding potential John Doe Defendants contained in Paragraph No. 71 do not contain any allegations against Separate Defendants and therefore no response is required from them. To the extent a response is deemed required, Separate Defendants deny the allegations contained in Paragraph No. 71. To the extent the allegations contained in Paragraph No. 71 are construed to contain any allegations against Separate Defendants, all such allegations are denied.

72.     The statement contained in Paragraph No. 72 does not contain any allegations against Separate Defendants and therefore no response is required from them. To the extent the allegations contained in Paragraph No. 72 are construed to contain any allegations against Separate Defendants, all such allegations are denied.

73.     The allegations in Paragraph No. 73 are denied.

74.     The allegations in Paragraph No. 74 are denied.

75.     The allegations in Paragraph No. 75 are denied.

76. The allegations in Paragraph No. 76 are denied.

77. The allegations in Paragraph No. 77 are denied.

78. Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 78, and therefore deny those allegations. To the extent the allegations contained in Paragraph No. 78 are construed to contain any allegations against Separate Defendants, all such allegations are denied.

79. The allegations in Paragraph No. 79 are denied.

80. The allegations in Paragraph No. 80 are denied.

81. The allegations in Paragraph No. 81, including all subparts, are denied.

82. The allegations in Paragraph No. 82, including all subparts, are denied.

83. The allegations in Paragraph No. 83, including all subparts, are denied.

84. The allegations in Paragraph No. 84, including all subparts, are denied.

85. The allegations in Paragraph No. 85, including all subparts, are denied.

86. The allegations in Paragraph No. 86, including all subparts, are denied.

87. The allegations in Paragraph No. 87, including all subparts, are denied.

88. The allegations in Paragraph No. 88, including all subparts, are denied.

89. The allegations in Paragraph No. 89, including all subparts, are denied.

90. The allegations in Paragraph No. 90, including all subparts, are denied.

91. The allegations in Paragraph No. 91, including all subparts, are denied.

92. The allegations in Paragraph No. 92, including all subparts, are denied.

93. The allegations in Paragraph No. 93, including all subparts, are denied.

94. The allegations in Paragraph No. 94, including all subparts, are denied.

95. The allegations in Paragraph No. 95, including all subparts, are denied.

96. The allegations in Paragraph No. 96, including all subparts, are denied.

97. The allegations in Paragraph No. 97, including all subparts, are denied.

98. Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 98, and therefore deny those allegations.

99. Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 99, and therefore deny those allegations.

100. Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 100, and therefore deny those allegations.

101. The allegations in Paragraph No. 101 are denied.

102. The allegations in Paragraph No. 102 are denied.

103. The allegations in Paragraph No. 103 are denied.

104. The allegations in Paragraph No. 104 are denied.

105. The allegations in Paragraph No. 105 are denied.

106. The allegations in Paragraph No. 106 are denied.

107. The allegations in Paragraph No. 107 are denied.

108. The allegations in Paragraph No. 108 are denied.

109. The allegations in Paragraph No. 109 are denied.

110. The allegations in Paragraph No. 110 are denied.

111. The allegations in Paragraph No. 111 are denied.

112. The allegations in Paragraph No. 112 are denied.

113. The allegations in Paragraph No. 113 are denied.

114. The allegations in Paragraph No. 114 are denied.

115. The allegations in Paragraph No. 115 are denied.

116. The allegations in Paragraph No. 116 are denied.

117. The allegations in Paragraph No. 117 are denied.

118.  The allegations in Paragraph No. 118 are denied.

119.  The allegations in Paragraph No. 119 are denied.

120.  The allegations in Paragraph No. 120 are denied.

121.  The allegations in Paragraph No. 121 are denied.

122.  Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 122, and therefore deny those allegations.

123.  The allegations in Paragraph No. 123 are denied.

124.  Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 124, and therefore deny those allegations.

125.  Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 125, and therefore deny those allegations.

126.  Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 126, and therefore deny those allegations.

127.  Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 127, and therefore deny those allegations.

128.  Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 128, and therefore deny those allegations.

129.  Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 129, and therefore deny those allegations.

130.  Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 130, and therefore deny those allegations.

131.  Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 131, and therefore deny those allegations.

132.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 132, and therefore deny those allegations.

133.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 133, and therefore deny those allegations.

134.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 134, including all subparts, and therefore deny those allegations.

135.     The allegations in Paragraph No. 135 are denied.

136.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 136, and therefore deny those allegations.

137.     The allegations in Paragraph No. 137 are denied.

138.     The allegations in Paragraph No. 138 are denied.

139.     The allegations in Paragraph No. 139 are denied.

140.     The allegations in Paragraph No. 140 are denied.

141.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 141, and therefore deny those allegations.

142.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 142, and therefore deny those allegations.

143.     The allegations in Paragraph No. 143 are denied.

144.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 144, and therefore deny those allegations.

145.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 145, and therefore deny those allegations.

146.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 146, and therefore deny those allegations.

147.    Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 147, and therefore deny those allegations.

148.    Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 148, and therefore deny those allegations.

149.    Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 149, and therefore deny those allegations.

150.    The allegations in Paragraph No. 150 are denied.

151.    The allegations in Paragraph No. 151 are denied.

152.    The allegations in Paragraph No. 152 are denied.

153.    Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 153, and therefore deny those allegations.

154.    Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 154, and therefore deny those allegations.

155.    Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 155, and therefore deny those allegations.

156.    Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 156, and therefore deny those allegations.

157.    Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 157, and therefore deny those allegations.

158.    Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 158, and therefore deny those allegations.

159.    Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 159, and therefore deny those allegations.

160.    Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 160, and therefore deny those allegations.

161.    Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 161, and therefore deny those allegations.

162.    Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 162, and therefore deny those allegations.

163.    The allegations in Paragraph No. 163 are denied.

164.    Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 164, and therefore deny those allegations.

165.    Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 165, and therefore deny those allegations.

166.    Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 166, and therefore deny those allegations.

167.    Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 167, and therefore deny those allegations.

168.    Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 168, and therefore deny those allegations.

169.    Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 169, and therefore deny those allegations.

170.    Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 170, and therefore deny those allegations.

171.    Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 171, and therefore deny those allegations.

172.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 172, and therefore deny those allegations.

173.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 173, and therefore deny those allegations.

174.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 174, and therefore deny those allegations.

175.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 175, and therefore deny those allegations.

176.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 176, and therefore deny those allegations.

177.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 177, and therefore deny those allegations.

178.     The allegations in Paragraph No. 178 are denied.

179.     The allegations in Paragraph No. 179 are denied.

180.     The allegations in Paragraph No. 180 are denied.

181.     The allegations in Paragraph No. 181 are denied.

182.     The allegations in Paragraph No. 182 are denied.

183.     The allegations in Paragraph No. 183 are denied.

184.     The allegations in Paragraph No. 184 are denied.

185.     The allegations in Paragraph No. 185 are denied.

186.     The allegations in Paragraph No. 186 are denied.

187.     The allegations in Paragraph No. 187 are denied.

188.     The allegations in Paragraph No. 188 are denied.

189.     The allegations in Paragraph No. 189 are denied.

190.     The allegations in Paragraph No. 190 are denied.

191.     The allegations in Paragraph No. 191 are denied.

192.     The allegations in Paragraph No. 192 are denied.

193.     The allegations in Paragraph No. 193 are denied.

194.     The allegations in Paragraph No. 194 are denied.

195.     The allegations in Paragraph No. 195 are denied.

196.     The allegations in Paragraph No. 196 are denied.

197.     The allegations in Paragraph No. 197 are denied.

198.     The allegations in Paragraph No. 198 are denied.

199.     The allegations in Paragraph No. 199 are denied.

200.     The allegations in Paragraph No. 200 are denied.

201.     The allegations in Paragraph No. 201 are denied.

202.     In response to Paragraph No. 202, any duty owed is exclusively within the province of this Court to decide, and all allegations inconsistent with that duty, if any, are denied. The remaining allegations in Paragraph No. 202 are denied.

203.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 203, and therefore deny those allegations.

204.     In response to Paragraph No. 204, any duty owed is exclusively within the province of this Court to decide, and all allegations inconsistent with that duty, if any, are denied. The remaining allegations in Paragraph No. 204 are denied.

205.     Separate Defendants have insufficient information to admit or deny the allegations in Paragraph No. 205, and therefore deny those allegations.

206.     The allegations in Paragraph No. 206 are denied.

207.     The allegations in Paragraph No. 207 are denied.

208.     In response to Paragraph No. 208, Separate Defendants adopt and reaffirm all matters pled by them in response to Paragraph Nos. 1 through 207 above.

209.     In response to Paragraph No. 209, any duty owed is exclusively within the province of this Court to decide, and all allegations inconsistent with that duty, if any, are denied. The remaining allegations in Paragraph No. 209 are denied.

210.     The allegations in Paragraph No. 210 are denied.

211.     The allegations in Paragraph No. 211 are denied.

212.     The allegations in Paragraph No. 212 are denied.

213.     The allegations in Paragraph No. 213 are denied.

214.     The allegations in Paragraph No. 214 are denied.

215.     The allegations in Paragraph No. 215 are denied.

216.     In response to Paragraph No. 216, Separate Defendants adopt and reaffirm all matters pled by them in response to Paragraph Nos. 1 through 215 above.

217.     The allegations in Paragraph No. 217 are denied.

218.     The allegations in Paragraph No. 218 are denied.

219.     In response to Paragraph No. 219, Separate Defendants adopt and reaffirm all matters pled by them in response to Paragraph Nos. 1 through 218 above.

220.     In response to Paragraph No. 220, any duty owed is exclusively within the province of this Court to decide, and all allegations inconsistent with that duty, if any, are denied. To the extent the allegations contained in Paragraph No. 220 are construed to contain any allegations against Separate Defendants, all such allegations are denied.

221.     In response to Paragraph No. 221, any duty owed is exclusively within the province of this Court to decide, and all allegations inconsistent with that duty, if any, are denied. To the

extent the allegations contained in Paragraph No. 221 are construed to contain any allegations against Separate Defendants, all such allegations are denied.

222. In response to Paragraph No. 222, any duty owed is exclusively within the province of this Court to decide, and all allegations inconsistent with that duty, if any, are denied. To the extent the allegations contained in Paragraph No. 222 are construed to contain any allegations against Separate Defendants, all such allegations are denied.

223. In response to Paragraph No. 223, any duty owed is exclusively within the province of this Court to decide, and all allegations inconsistent with that duty, if any, are denied. To the extent the allegations contained in Paragraph No. 223 are construed to contain any allegations against Separate Defendants, all such allegations are denied.

224. In response to Paragraph No. 224, any duty owed is exclusively within the province of this Court to decide, and all allegations inconsistent with that duty, if any, are denied. To the extent the allegations contained in Paragraph No. 224 are construed to contain any allegations against Separate Defendants, all such allegations are denied. Separate Defendants have insufficient information to admit or deny the remaining allegations in Paragraph No. 224, and therefore deny those allegations.

225. In response to Paragraph No. 225, any duty owed is exclusively within the province of this Court to decide, and all allegations inconsistent with that duty, if any, are denied. To the extent the allegations contained in Paragraph No. 225 are construed to contain any allegations against Separate Defendants, all such allegations are denied.

226. In response to Paragraph No. 226, any duty owed is exclusively within the province of this Court to decide, and all allegations inconsistent with that duty, if any, are denied. To the extent the allegations contained in Paragraph No. 226 are construed to contain any allegations against Separate Defendants, all such allegations are denied.

227.     In response to Paragraph No. 227, any duty owed is exclusively within the province of this Court to decide, and all allegations inconsistent with that duty, if any, are denied. To the extent the allegations contained in Paragraph No. 227 are construed to contain any allegations against Separate Defendants, all such allegations are denied.

228.     In response to Paragraph No. 228, any duty owed is exclusively within the province of this Court to decide, and all allegations inconsistent with that duty, if any, are denied. To the extent the allegations contained in Paragraph No. 228 are construed to contain any allegations against Separate Defendants, all such allegations are denied.

229.     The allegations in Paragraph No. 229 are denied.

230.     The allegations in Paragraph No. 230 are denied.

231.     The allegations in Paragraph No. 231 are denied.

232.     In response to Paragraph No. 232, any duty owed is exclusively within the province of this Court to decide, and all allegations inconsistent with that duty, if any, are denied. To the extent the allegations contained in Paragraph No. 232 are construed to contain any allegations against Separate Defendants, all such allegations are denied.

233.     The allegations in Paragraph No. 233 are denied.

234.     The allegations in Paragraph No. 234 are denied.

235.     The allegations in Paragraph No. 235 are denied.

236.     The allegations in Paragraph No. 236 are denied.

237.     The allegations in Paragraph No. 237 are denied.

238.     The allegations in Paragraph No. 238 are denied.

239.     The allegations in Paragraph No. 239 are denied.

240.     The allegations in Paragraph No. 240 are denied.

241.    In response to Paragraph No. 241, Separate Defendants adopt and reaffirm all matters pled by them in response to Paragraph Nos. 1 through 240 above.

242.    In response to Paragraph No. 242, any duty owed is exclusively within the province of this Court to decide, and all allegations inconsistent with that duty, if any, are denied. To the extent the allegations contained in Paragraph No. 242 are construed to contain any allegations against Separate Defendants, all such allegations are denied.

243.    In response to Paragraph No. 243, any duty owed is exclusively within the province of this Court to decide, and all allegations inconsistent with that duty, if any, are denied. To the extent the allegations contained in Paragraph No. 243 are construed to contain any allegations against Separate Defendants, all such allegations are denied. Separate Defendants have insufficient information to admit or deny the remaining allegations in Paragraph No. 243, and therefore deny those allegations.

244.    In response to Paragraph No. 244, any duty owed is exclusively within the province of this Court to decide, and all allegations inconsistent with that duty, if any, are denied. To the extent the allegations contained in Paragraph No. 244 are construed to contain any allegations against Separate Defendants, all such allegations are denied. Separate Defendants have insufficient information to admit or deny the remaining allegations in Paragraph No. 244, and therefore deny those allegations.

245.    In response to Paragraph No. 245, any duty owed is exclusively within the province of this Court to decide, and all allegations inconsistent with that duty, if any, are denied. To the extent the allegations contained in Paragraph No. 245 are construed to contain any allegations against Separate Defendants, all such allegations are denied. Separate Defendants have insufficient information to admit or deny the remaining allegations in Paragraph No. 245, and therefore deny those allegations.

246.     The allegations in Paragraph No. 246 are denied.

247.     The allegations in Paragraph No. 247 are denied.

248.     The allegations in Paragraph No. 248 are denied.

249.     The allegations in Paragraph No. 249 are denied.

250.     In response to Paragraph No. 250, Separate Defendants adopt and reaffirm all matters pled by them in response to Paragraph Nos. 1 through 249 above.

251.     The allegations in Paragraph No. 251 are denied.

252.     The allegations in Paragraph No. 252 are denied.

253.     In response to Paragraph No. 253, Separate Defendants adopt and reaffirm all matters pled by them in response to Paragraph Nos. 1 through 252 above.

254.     The allegations in Paragraph No. 254 are denied.

255.     The allegations in Paragraph No. 255 are denied.

256.     The allegations in Paragraph No. 256 are denied.

257.     The allegations in Paragraph No. 257 are denied.

258.     In response to Paragraph No. 258, Separate Defendants adopt and reaffirm all matters pled by them in response to Paragraph Nos. 1 through 257 above.

259.     The allegations in Paragraph No. 259 are denied.

260.     The allegations in Paragraph No. 260 are denied.

261.     The allegations in Paragraph No. 261 are denied.

262.     The allegations in Paragraph No. 262 are denied.

263.     The allegations in Paragraph No. 263 are denied.

264.     The allegations in Paragraph No. 264 are denied.

265.     The allegations in Paragraph No. 265 are denied.

266. In response to Paragraph No. 266, Separate Defendants adopt and reaffirm all matters pled by them in response to Paragraph Nos. 1 through 265 above.

267. The allegations in Paragraph No. 267 are denied.

268. The allegations in Paragraph No. 268 are denied.

269. The allegations in Paragraph No. 269 are denied.

270. The allegations in Paragraph No. 270 are denied.

271. In response to Paragraph No. 271, Separate Defendants adopt and reaffirm all matters pled by them in response to Paragraph Nos. 1 through 270 above.

272. Paragraph No. 272 does not contain any allegations against Separate Defendants and therefore no response is required from them. To the extent a response is deemed required, Separate Defendants are without sufficient information to admit or deny the allegations contained in Paragraph No. 272 and therefore deny the same.

273. Paragraph No. 273 does not contain any allegations against Separate Defendants and therefore no response is required from them. To the extent a response is deemed required, Separate Defendants are without sufficient information to admit or deny the allegations contained in Paragraph No. 273 and therefore deny the same.

274. Paragraph No. 274 does not contain any allegations against Separate Defendants and therefore no response is required from them. To the extent a response is deemed required, Separate Defendants are without sufficient information to admit or deny the allegations contained in Paragraph No. 274 and therefore deny the same.

275. Paragraph No. 275 does not contain any allegations against Separate Defendants and therefore no response is required from them. To the extent a response is deemed required, Separate Defendants are without sufficient information to admit or deny the allegations contained in Paragraph No. 275 and therefore deny the same.

276.    Paragraph No. 276 does not contain any allegations against Separate Defendants and therefore no response is required from them. To the extent a response is deemed required, Separate Defendants are without sufficient information to admit or deny the allegations contained in Paragraph No. 276 and therefore deny the same.

277.    Paragraph No. 277 does not contain any allegations against Separate Defendants and therefore no response is required from them. To the extent a response is deemed required, Separate Defendants are without sufficient information to admit or deny the allegations contained in Paragraph No. 277 and therefore deny the same.

278.    Paragraph No. 278 does not contain any allegations against Separate Defendants and therefore no response is required from them. To the extent a response is deemed required, Separate Defendants are without sufficient information to admit or deny the allegations contained in Paragraph No. 278 and therefore deny the same.

279.    Paragraph No. 279 does not contain any allegations against Separate Defendants and therefore no response is required from them. To the extent a response is deemed required, Separate Defendants are without sufficient information to admit or deny the allegations contained in Paragraph No. 279 and therefore deny the same.

280.    Paragraph No. 280 does not contain any allegations against Separate Defendants and therefore no response is required from them. To the extent a response is deemed required, Separate Defendants are without sufficient information to admit or deny the allegations contained in Paragraph No. 280 and therefore deny the same.

281.    Paragraph No. 281 does not contain any allegations against Separate Defendants and therefore no response is required from them. To the extent a response is deemed required, Separate Defendants are without sufficient information to admit or deny the allegations contained in Paragraph No. 281 and therefore deny the same.

282.    Paragraph No. 282 does not contain any allegations against Separate Defendants and therefore no response is required from them. To the extent a response is deemed required, Separate Defendants are without sufficient information to admit or deny the allegations contained in Paragraph No. 282 and therefore deny the same.

283.    Paragraph No. 283 does not contain any allegations against Separate Defendants and therefore no response is required from them. To the extent a response is deemed required, Separate Defendants are without sufficient information to admit or deny the allegations contained in Paragraph No. 283 and therefore deny the same.

284.    Paragraph No. 284 does not contain any allegations against Separate Defendants and therefore no response is required from them. To the extent a response is deemed required, Separate Defendants are without sufficient information to admit or deny the allegations contained in Paragraph No. 284 and therefore deny the same.

285.    Paragraph No. 285 does not contain any allegations against Separate Defendants and therefore no response is required from them. To the extent a response is deemed required, Separate Defendants are without sufficient information to admit or deny the allegations contained in Paragraph No. 285 and therefore deny the same.

286.    Paragraph No. 286 does not contain any allegations against Separate Defendants and therefore no response is required from them. To the extent a response is deemed required, Separate Defendants are without sufficient information to admit or deny the allegations contained in Paragraph No. 286 and therefore deny the same.

287.    Paragraph No. 287 does not contain any allegations against Separate Defendants and therefore no response is required from them. To the extent a response is deemed required, Separate Defendants are without sufficient information to admit or deny the allegations contained in Paragraph No. 287 and therefore deny the same.

288. Paragraph No. 288 does not contain any allegations against Separate Defendants and therefore no response is required from them. To the extent a response is deemed required, Separate Defendants are without sufficient information to admit or deny the allegations contained in Paragraph No. 288 and therefore deny the same. To the extent Paragraph No. 288 is construed to contain any allegations against Separate Defendants, all such allegations are denied.

289. Paragraph No. 289 does not contain any allegations against Separate Defendants and therefore no response is required from them. To the extent a response is deemed required, Separate Defendants are without sufficient information to admit or deny the allegations contained in Paragraph No. 289 and therefore deny the same.

290. Paragraph No. 290 does not contain any allegations against Separate Defendants and therefore no response is required from them. To the extent a response is deemed required, Separate Defendants are without sufficient information to admit or deny the allegations contained in Paragraph No. 290 and therefore deny the same.

291. Paragraph No. 291 does not contain any allegations against Separate Defendants and therefore no response is required from them. To the extent a response is deemed required, Separate Defendants are without sufficient information to admit or deny the allegations contained in Paragraph No. 291 and therefore deny the same.

292. Paragraph No. 292 does not contain any allegations against Separate Defendants and therefore no response is required from them. To the extent a response is deemed required, Separate Defendants are without sufficient information to admit or deny the allegations contained in Paragraph No. 292 and therefore deny the same.

293. Paragraph No. 293 does not contain any allegations against Separate Defendants and therefore no response is required from them. To the extent a response is deemed required,

Separate Defendants are without sufficient information to admit or deny the allegations contained in Paragraph No. 293 and therefore deny the same.

294.    Paragraph No. 294 does not contain any allegations against Separate Defendants and therefore no response is required from them. To the extent a response is deemed required, Separate Defendants are without sufficient information to admit or deny the allegations contained in Paragraph No. 294 and therefore deny the same. To the extent Paragraph No. 294 is construed to contain any allegations against Separate Defendants, all such allegations are denied.

295.    Paragraph No. 295 does not contain any allegations against Separate Defendants and therefore no response is required from them. To the extent a response is deemed required, Separate Defendants are without sufficient information to admit or deny the allegations contained in Paragraph No. 295 and therefore deny the same.

296.    Paragraph No. 296 does not contain any allegations against Separate Defendants and therefore no response is required from them. To the extent a response is deemed required, Separate Defendants are without sufficient information to admit or deny the allegations contained in Paragraph No. 296 and therefore deny the same.

297.    Paragraph No. 297 does not contain any allegations against Separate Defendants and therefore no response is required from them. To the extent a response is deemed required, Separate Defendants are without sufficient information to admit or deny the allegations contained in Paragraph No. 297 and therefore deny the same.

298.    Paragraph No. 298 does not contain any allegations against Separate Defendants and therefore no response is required from them. To the extent a response is deemed required, Separate Defendants are without sufficient information to admit or deny the allegations contained in Paragraph No. 298 and therefore deny the same. To the extent Paragraph No. 298 is construed to contain any allegations against Separate Defendants, all such allegations are denied.

299.     Paragraph No. 299 does not contain any allegations against Separate Defendants and therefore no response is required from them. To the extent a response is deemed required, Separate Defendants are without sufficient information to admit or deny the allegations contained in Paragraph No. 299 and therefore deny the same. To the extent Paragraph No. 299 is construed to contain any allegations against Separate Defendants, all such allegations are denied.

300.     Paragraph No. 300 does not contain any allegations against Separate Defendants and therefore no response is required from them. To the extent a response is deemed required, Separate Defendants are without sufficient information to admit or deny the allegations contained in Paragraph No. 300 and therefore deny the same. To the extent Paragraph No. 300 is construed to contain any allegations against Separate Defendants, all such allegations are denied.

301.     In response to Paragraph No. 301, Separate Defendants adopt and reaffirm all matters pled by them in response to Paragraph Nos. 1 through 300 above.

302.     The allegations in Paragraph No. 302, including all subparts, are denied.

303.     The allegations in Paragraph No. 303 are denied.

304.     In response to Paragraph No. 304, Separate Defendants adopt and reaffirm all matters pled by them in response to Paragraph Nos. 1 through 303 above.

305.     The allegations in Paragraph No. 305 are denied.

306.     In response to Paragraph No. 306, Separate Defendants adopt and reaffirm all matters pled by them in response to Paragraph Nos. 1 through 305 above.

307.     The allegations in Paragraph No. 307 are denied.

308.     The allegations in Paragraph No. 308 are denied.

309.     The allegations in Paragraph No. 309 are denied.

310.     In response to Paragraph No. 310, Separate Defendants also request a trial by jury.

311.     Paragraph No. 311 does not contain any allegations against Separate Defendants and therefore no response is required from them. To the extent a response is deemed required, Separate Defendants state that Plaintiffs' ability to amend pleadings is governed by the applicable rules of civil procedure and scheduling order. To the extent Paragraph No. 311 is construed to contain any allegations against Separate Defendants, all such allegations are denied.

312.     The WHEREFORE Paragraph following Paragraph No. 311 of Plaintiffs' Complaint contains a request for relief for which no response is required of Separate Defendants. To the extent a response is deemed required, Separate Defendants deny the allegations in the WHEREFORE Paragraph following Paragraph No. 311, including all subparts.

313.     All allegations in the Complaint, and any and all prior complaints, not specifically admitted herein are denied.

### AFFIRMATIVE DEFENSES

314.     Separate Defendants affirmatively plead that Plaintiffs' claims are barred by the applicable statutes of limitations.

315.     Separate Defendants affirmatively plead that the Justice for Vulnerable Victims of Sexual Abuse Act, Ark. Code Ann. § 16-118-118, cannot revive a claim already barred by the statute of limitations, because the Arkansas Legislature lacks authority to revive such time-barred claims. Further, any attempt to revive such time-barred claims after Separate Defendants have a vested right to rely upon the statute of limitations as a defense violates the due process clause of the United States Constitution and Arkansas Constitution.

316.     Separate Defendants affirmatively plead the affirmative defense of laches.

317.     Any damages or injuries of the Plaintiffs were caused by the fault of others for whom Separate Defendants are not legally responsible.

318.     Pleading affirmatively, based upon information and belief, Plaintiffs have failed to act reasonably to mitigate their claimed damages.

319.     Separate Defendants reserve the right to plead further and reserve objections on the basis of lack of subject matter jurisdiction.

320.     Separate Defendants reserve the right to plead further and reserve objections on the basis of lack of jurisdiction over the person.

321.     Separate Defendants reserve the right to plead further and reserve objections on the basis of failure to state facts upon which relief can be granted.

322.     Pleading affirmatively, the conduct at issue in Plaintiffs' Complaint as alleged cannot constitute, or evidence, a conscious or reckless disregard of known or probable consequences from which malice can be inferred as a matter of law. Further, any award premised on the facts as alleged in Plaintiffs' Complaint would necessarily shock the conscience of this, and any other, federal court. Any award of punitive damages would be due to mere passion and prejudice because the alleged facts cannot constitute or evidence a conscious or reckless disregard on the part of Separate Defendants. Therefore, Plaintiffs' prayer for punitive damages must be dismissed.

323.     Pleading affirmatively, Plaintiffs' claim for punitive damages is unconstitutional and should be dismissed for the following reasons:

a.     Separate Defendants are entitled to fair notice regarding the amount of a punitive damages award. Under current federal law, Separate Defendants cannot receive fair notice regarding a punitive damages award.

b.     Federal law has not established a definitive standard for setting the amount of punitive damages and, therefore, an award of punitive damages without requiring Plaintiffs to prove every element beyond a reasonable doubt or, in the alternative, by clear

and convincing evidence, violates Separate Defendants' due process rights under the Fourteenth Amendment to the United States Constitution, and the corresponding, applicable due process provisions of the Arkansas Constitution. Further, federal law does not require a trier-of-fact to discriminate between an economic harm and physical harm.

c.     An award of punitive damages violates Separate Defendants' due process rights under the Fourteenth Amendment to the United States Constitution, and corresponding applicable due process provisions of the Arkansas Constitution, because it is neither subject to a predetermined limit nor a standard for determining any limit, such as a multiplier (ratio) of compensatory damages or a maximum amount.

d.     An award of punitive damages violates Separate Defendants' due process and equal protection rights that are guaranteed by the Fourteenth Amendment to the United States Constitution, and the Double Jeopardy Clause of the Fifth Amendment to the United States Constitution, as it is applied to this State by Amendment Fourteen of the United States Constitution, because: (1) a jury is not expressly prohibited from awarding punitive damages, in whole or in part, on the basis of insidiously discriminatory characteristics, including the corporate status of a defendant; (2) is permitted to award punitive damages under a standard for determining liability for punitive damages that is vague and arbitrary, which cannot and does not define with sufficient clarity the conduct or mental state that makes punitive damages permissible; (3) is not subject to judicial review on the basis of objective standards; and (4) is not required to consider the character and degree of the alleged wrong.

e.     An award of punitive damages for the purposes of compensating Plaintiffs for elements of damage not otherwise recognized by federal or Arkansas law violates Separate Defendants' due process rights guaranteed by the Fourteenth Amendment to the

United States Constitution, and by the corresponding applicable provisions of the Arkansas Constitution.

f.　　At a minimum, any award of punitive damages would constitute an unlawful taking of Separate Defendants' property under the United States Constitution and Arkansas's Constitution.

g.　　An award of punitive damages premised on the facts as alleged in Plaintiffs' Complaint would necessarily be grossly excessive in relation to this State's legitimate interests in punishment and/or deterrence; it would therefore be arbitrary in nature and violative of Separate Defendants' due process rights for the reasons including, but not limited to, those stated herein.

h.　　Under current federal law, a trier-of-fact is not given sufficient guidelines as to how to determine the reprehensibility of a defendant's conduct. This is prejudicial to Separate Defendants' legal rights because a trier-of-fact can award grossly excessive damages based on bias, or other inappropriate factors. In the alternative, the degree of reprehensibility of Separate Defendants' alleged conduct does not warrant, nor can it adequately support, any award for punitive damages. Submitting the issue of punitive damages to a trier-of-fact on the facts as alleged by Plaintiffs would be so likely to invite an award outside a constitutionally permissible range that this Court should dismiss Plaintiffs' prayer for punitive damages.

i.　　The Due Process Clause of the Fourteenth Amendment to the United States Constitution prohibits the imposition of grossly excessive or arbitrary punishments on an alleged tortfeasor.

j.　　Unless a trier-of-fact is instructed that Plaintiffs are presumed to have been made whole by any compensatory damages award, an award of punitive damages would

violate Separate Defendants' due process rights because it would subject Separate Defendants to an acute danger of deprivation of property. Further, there is no nexus with respect to the alleged tortious conduct of Separate Defendants and the specific harm allegedly suffered by Plaintiffs.

324.     Plaintiffs are not entitled to recover punitive damages, because an award of compensatory damages would fully compensate Plaintiffs, and Plaintiffs have no standing to recover funds assessed against Separate Defendants as punishment or as an example to others.

325.     For the reasons stated above, whether they be considered and applied individually or collectively, in any combination or manner, Plaintiffs' prayer for punitive damages must be dismissed with prejudice.

326.     Separate Defendants state that their actions were taken in good faith and require a bifurcation of any issue as to punitive damages and affirmatively assert that any such damages should be proved by clear and convincing evidence.

327.     Separate Defendants adopt all affirmative defenses asserted by other Defendants in this case not heretofore specifically set out in this Answer.

328.     Separate Defendants specifically reserve the right to amend their Answer or otherwise plead further in this case.

WHEREFORE, Separate Defendants Emmett A. Presley, Alonza Jiles, and Tyree Davis pray that Plaintiffs' Complaint be denied and that they take nothing thereby, for their attorneys' fees and costs incurred herein, and for all other appropriate relief to which Separate Defendants are entitled.

Respectfully submitted,

**Jay Bequette**, Ark. Bar No. 87012
**Phillip M. Brick, Jr.**, Ark. Bar No. 2009116
BEQUETTE, BILLINGSLEY & KEES, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
Telephone: (501) 374-1107
Fax: (501) 374-5092
Email: jbequette@bbpalaw.com
Email: pbrick@bbpalaw.com

***Attorneys for Separate Defendants Emmett
A. Presley, Alonza Jiles, and Tyree Davis***