**EXHIBIT**

**1**



**CONFIDENTIAL**

October 28, 2025

Counsel,

Consistent with our recent discussion, the identities and dates of birth of the Plaintiffs in 3:25-00197-DPM, which were not previously filed as plaintiffs in other matters against your clients, are as follows:



1. ▓▓▓▓▓▓ (Jane Doe 120) ▓▓▓▓▓
2. ▓▓▓▓▓▓ (Jane Doe 121) ▓▓▓▓▓
3. ▓▓▓▓▓▓ (John Doe 120) ▓▓▓▓▓
4. ▓▓▓▓▓▓ (John Doe 121) ▓▓▓▓▓
5. ▓▓▓▓▓▓ (John Doe 122) ▓▓▓▓▓; and
6. ▓▓▓▓▓▓ (John Doe 123) ▓▓▓▓▓.

If you have any further questions, please do not hesitate to contact our office via email at Martin@sgghlaw.com and Nicholas@sgghlaw.com.

Thank you,

Martin D. Gould
Nicholas P. Wainwright
STINAR GOULD GRIECO & HENSLEY, PLLC

**SGGH**
101 N. Wacker Drive, Suite 100
Chicago, IL 60606
Office: (312) 728-7444
Facsimile: (313) 221-9550
www.SGGHLaw.com