IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN DOES 1, 2, 4, 5, 6, & 8; MICHAEL ROBINSON; and MAURICE COLLINS | | PLAINTIFFS |
| v. | No. 3:23-cv-230-DPM | |
| EMMETT PRESLEY, et al. | | DEFENDANTS |
| JOHN DOES 9-12 &14-16; and NATHAN HARMON | | PLAINTIFFS |
| v. | No. 3:24-cv-3-DPM | |
| EMMETT PRESLEY, et al. | | DEFENDANTS |
| JOHN DOES 19-24 & 29-30 | | PLAINTIFFS |
| v. | No. 3:24-cv-12-DPM | |
| EMMETT PRESLEY, et al. | | DEFENDANTS |
| JOHN DOES 103, 105, 107 – 113, 120-123; and JANE DOES 103, 109, 120, & 121 | | PLAINTIFFS |
| v. | No. 3:25-cv-197-DPM | |
| EMMETT PRESLEY, *et al.* | | DEFENDANTS |

**MOTION FOR LEAVE TO FILE**
**MOTION TO DISMISS AND BRIEF IN SUPPORT UNDER SEAL**

Defendants Theodore E. Suhl, Individually and d/b/a Maxus, Inc. d/b/a Arkansas Counseling Associates Incorporated d/b/a Trinity Behavioral Healthcare Systems, Inc. d/b/a The Lord's Ranch; Maxus, Inc. Individually and d/b/a The Lord's Ranch; Trinity Behavioral Health Care System, Incorporated, Individually and d/b/a The Lord's Ranch; The Lord's Ranch Christian Boy's Home, Inc.; The Lord's Ranch Christian Center And Children's Rehabilitation Unit; The Lord's Ranch Psychiatric Unit, Inc.; Christian International Medical Sciences Foundation, Inc.;

1

Cornerstone Treatment Center, Inc.; Burklyn Corporation; Good Samaritan Rehabilitation Center, Inc.; Warm Springs Christian Center, Inc.; Trinity Dynamics, Incorporated; The Lord's Ranch Behavioral Healthcare System, Incorporated; Triennia Health Care, Inc.; Horizon Sunrise Management; Millenia Health Care, Inc.; LG Property Management, Incorporated; Green Valley Asset Management, LLC; Rolling Hills Investments, LLC; Regal Property Developments, LLC; and Shirley Suhl (collectively, "Separate Defendants"), by and through their undersigned counsel, seek leave of the Court to file their Motion to Dismiss Plaintiffs' New Complaint (No. 3:25-cv-197-DPM) and Brief in Support Under Seal with redacted copies filed publicly and state as follows:

1. On March 5, 2024, the Court filed an Order that, among other things, required that Plaintiffs be referred to under pseudonyms and instructed the parties not to publicly disclose the Plaintiffs' real names. [Doc. 44].

2. The Court previously ordered Plaintiffs provide limited discovery regarding the John Doe Plaintiffs ages and dates of attendance at the Lord's Ranch. ([Doc. 94], ¶¶ 2-3).

3. Plaintiffs' New Complaint (No. 3:25-cv-197-DPM) adds 17 Plaintiffs to the Consolidated lawsuits, including six new Plaintiffs.[1]

4. On October 28, 2025, Plaintiffs shared the names and birthdays of these six new Plaintiffs.

5. In an effort to improve efficiency the Defendants seek to file their Motion to Dismiss and Brief in Support with redactions and file unredacted copies under seal because one of the Plaintiffs is untimely under the Delayed Discovery Act, .

6. This follows the Court's prior Order requesting the same. ([Doc. 94], ¶ 3).

---

[1] John Does 120-123 & Jane Does 120-121.

7.	The redactions are necessary to protect the identities of individual plaintiffs who are presently proceeding under John Doe pseudonyms in compliance with the Court's Order. [Doc. 44]. It also seeks to protect personally identifiable information necessary for this analysis like dates of birth.

8.	Defendants seek to file an unredacted version of their Motion to Dismiss Plaintiffs' new Complaint and Brief in support under seal.

9.	Sealing the Brief is appropriate to ensure any named Plaintiff remains anonymous pursuant to the Court's March 5, 2024 Order. [Doc. 44].

6.	Pursuant to Local Rule 7.2 (a), this motion is accompanied by a supporting brief.

WHEREFORE, these separate Defendants pray that the Court grant their request to file under seal their unredacted Motion to Dismiss and Brief in Support of their Motion permitting Plaintiffs to proceed under Pseudonyms and out of the public record.

Respectfully submitted,

**ROETZEL & ANDRESS, LPA**
30 N. LaSalle Street, Suite 2800
Chicago, IL  60602
Phone: 312.580.1200
mscotti@ralaw.com

By:   /s/ Michael J. Scotti
     Michael J. Scotti, III
     *Pro Hac Vice*

-     AND     -

**MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C.**
4206 South J.B. Hunt Drive, Suite 200
Rogers, Arkansas  72758
Direct:  (479) 464-5670
Facsimile:  (479) 464-5680
smiller@mwlaw.com
jalexander@mwlaw.com

By:   *[signature: Stuart Miller]*
     Stuart P. Miller, Ark. Bar No. 88137
     John E. Alexander, Ark. Bar No. 2015248
     *Attorneys for Separate Defendants*