IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| JOHN DOES 1, 2, 4, 5, 6, & 8; MICHAEL ROBINSON; and MAURICE COLLINS | PLAINTIFFS |
| v.  No. 3:23-cv-230-DPM | |
| EMMETT PRESLEY, et al. | DEFENDANTS |
| JOHN DOES 9-12 &14-16; and NATHAN HARMON | PLAINTIFFS |
| v.  No. 3:24-cv-3-DPM | |
| EMMETT PRESLEY, et al. | DEFENDANTS |
| JOHN DOES 19-24 & 29-30 | PLAINTIFFS |
| v.  No. 3:24-cv-12-DPM | |
| EMMETT PRESLEY, et al. | DEFENDANTS |
| JOHN DOES 103, 105, 107 – 113, 120-123; and JANE DOES 103, 109, 120, & 121 | PLAINTIFFS |
| v.  No. 3:25-cv-197-DPM | |
| EMMETT PRESLEY, *et al.* | DEFENDANTS |

**BRIEF IN SUPPORT OF
<u>MOTION FOR LEAVE TO FILE</u>
<u>MOTION TO DISMISS AND BRIEF IN SUPPORT UNDER SEAL</u>**

Defendants Theodore E. Suhl, Individually and d/b/a Maxus, Inc. d/b/a Arkansas Counseling Associates Incorporated d/b/a Trinity Behavioral Healthcare Systems, Inc. d/b/a The Lord's Ranch; Maxus, Inc. Individually and d/b/a The Lord's Ranch; Trinity Behavioral Health Care System, Incorporated, Individually and d/b/a The Lord's Ranch; The Lord's Ranch Christian Boy's Home, Inc.; The Lord's Ranch Christian Center And Children's Rehabilitation Unit; The

Lord's Ranch Psychiatric Unit, Inc.; Christian International Medical Sciences Foundation, Inc.; Cornerstone Treatment Center, Inc.; Burklyn Corporation; Good Samaritan Rehabilitation Center, Inc.; Warm Springs Christian Center, Inc.; Trinity Dynamics, Incorporated; The Lord's Ranch Behavioral Healthcare System, Incorporated; Triennia Health Care, Inc.; Horizon Sunrise Management; Millenia Health Care, Inc.; LG Property Management, Incorporated; Green Valley Asset Management, LLC; Rolling Hills Investments, LLC; Regal Property Developments, LLC; and Shirley Suhl (collectively, "Separate Defendants"), by and through their undersigned counsel, file their Brief in Support of Motion for Leave to File their Motion to Dismiss Plaintiffs' New Complaint (No. 3:25-cv-197-DPM) and Brief in Support Under Seal with redacted copies filed on the public docket and state as follows"

The Court's current Order requires the Plaintiffs to be identified via pseudonyms. [Doc. 44] at ¶ 2. Defendants Motion to Dismiss and Brief in Support redacts the names of one Plaintiff in order to comply with the Court's Order. However, Defendants seek leave of the Court to file an unredacted version under seal.

The Supreme Court has recognized that the decision to seal a document is "best left to the sound discretion of the trial court, a discretion to be exercised in light of the relevant facts and circumstances of the case." *See Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 599 (1978). The Court should seal the unredacted Motion to Reconsider because it includes the names of individual Plaintiffs, who are presently required to be identified by pseudonyms. It may enter an order to this effect under Fed. R. Civ. P. 5.2 (d) and/or (e)(2).

Defendants respectfully request that the Court permit the unredacted Motion to Dismiss Plaintiffs' New Complaint (No. 3:25-cv-197-DPM) and Brief in Support be filed under seal.

Respectfully submitted,

**ROETZEL & ANDRESS, LPA**
30 N. LaSalle Street, Suite 2800
Chicago, IL 60602
Phone: 312.580.1200
mscotti@ralaw.com

By: \_/s/ Michael J. Scotti_____
   Michael J. Scotti, III
   *Pro Hac Vice*

- AND -

**MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C.**
4206 South J.B. Hunt Drive, Suite 200
Rogers, Arkansas 72758
Direct: (479) 464-5670
Facsimile: (479) 464-5680
smiller@mwlaw.com
jalexander@mwlaw.com

By: _____/s/ Stuart Miller_____
   Stuart P. Miller, Ark. Bar No. 88137
   John E. Alexander, Ark. Bar No. 2015248
   *Attorneys for Separate Defendants*