UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| **JOHN DOES 1, 2, 4, 5, 6 & 8; MICHAEL ROBINSON; and MAURICE COLLINS** | | **PLAINTIFFS** |
| v. | No. 3:23-cv-230-DPM | |
| **EMMETT A. PRESLEY,** *et al.* | | **DEFENDANTS** |
| **JOHN DOES 9-12 & 14-16; and NATHAN HARMON** | | **PLAINTIFFS** |
| v. | No. 3:24-cv-3-DPM | |
| **EMMETT A. PRESLEY,** *et al.* | | **DEFENDANTS** |
| **JOHN DOES 19-24, 26, 29 & 30** | | **PLAINTIFFS** |
| v. | No. 3:24-cv-12-DPM | |
| **EMMETT A. PRESLEY,** *et al.* | | **DEFENDANTS** |
| **JOHN DOES 103, 105, 107-113, 120-123; JANE DOES 103, 109, 120-121** | | **PLAINTIFFS** |
| v. | No. 3:25-cv-197-DPM | |
| **EMMETT A. PRESLEY,** *et al.* | | **DEFENDANTS** |

**SEPARATE DEFENDANTS EMMETT A. PRESLEY, ALONZA JILES,
AND TYREE DAVIS'S NOTICE OF ADOPTION OF
SEPARATE DEFENDANTS' MOTIONS TO DISMISS ALL CLAIMS**

In response to Plaintiffs' Complaint (ECF Doc. 1 in Case No. 3:25-cv-197-DPM), Separate Defendants Emmett A. Presley ("Presley"), Alonza Jiles ("Jiles"), and Tyree Davis ("Davis"), by their attorneys, Bequette, Billingsley & Kees, P.A., pursuant to Fed. R. Civ. P. 10(c), adopt and incorporate by reference the following:

1.     Separate Defendants Theodore E. Suhl, Individually and d/b/a Maxus, Inc. d/b/a Arkansas Counseling Associates Incorporated d/b/a Trinity Behavioral Healthcare Systems, Inc.

d/b/a The Lord's Ranch; Maxus, Inc. Individually and d/b/a The Lord's Ranch; Trinity Behavioral Health Care System, Incorporated, Individually and d/b/a The Lord's Ranch; The Lord's Ranch Christian Boy's Home, Inc.; The Lord's Ranch Christian Center And Children's Rehabilitation Unit; The Lord's Ranch Psychiatric Unit, Inc.; Christian International Medical Sciences Foundation, Inc.; Cornerstone Treatment Center, Inc.; Burklyn Corporation; Good Samaritan Rehabilitation Center, Inc.; Warm Springs Christian Center, Inc.; Trinity Dynamics, Incorporated; The Lord's Ranch Behavioral Healthcare System, Incorporated; Triennia Health Care, Inc.; Horizon Sunrise Management; Millenia Health Care, Inc.; LG Property Management, Incorporated; Green Valley Asset Management, LLC; Rolling Hills Investments, LLC; Regal Property Developments, LLC; and Shirley Suhl's Motion to Dismiss All Claims and Brief in Support (ECF Docs. 157 and 158), filed herein on December 23, 2025, to the extent applicable to Presley, Jiles, and/or Davis, except for Section III., B. of the Argument Section of the Brief in Support, and

    2.    Separate Defendants Theodore E. Suhl, Maxus, Inc., Arkansas Counseling Associates Incorporated, Trinity Behavioral Health Care System, Incorporated, The Lord's Ranch Christian Boy's Home, Inc., The Lord's Ranch Christian Center and Children's Rehabilitation Unit, The Lord's Ranch Psychiatric Unit, Inc., Christian International Medical Sciences Foundation, Inc., Cornerstone Treatment Center, Inc., Burklyn Corporation, Good Samaritan Rehabilitation Center, Inc., Warm Springs Christian Center, Inc., Trinity Dynamics, Incorporated, The Lord's Ranch Behavioral Healthcare System, Incorporated, Triennia Health Care, Inc., Horizon Sunrise Management, Millenia Health Care, Inc., Green Valley Asset Management, LLC, Rolling Hills Investments, LLC, Regal Property Development LLC, and Shirley Suhl's Motion to Dismiss All Claims and Brief in Support (ECF Docs. 133 and 134), filed herein on May 30, 2025,

to the extent applicable to Presley, Jiles, and/or Davis, except for Paragraph 11 of the Motion and Section III., B. of the Argument Section of the Brief in Support.

                                                Respectfully submitted,

                                                **Jay Bequette**, Ark. Bar No. 87012
                                                **Phillip M. Brick, Jr.**, Ark. Bar No. 2009116
                                                BEQUETTE, BILLINGSLEY & KEES, P.A.
                                                425 West Capitol Avenue, Suite 3200
                                                Little Rock, AR 72201-3469
                                                Telephone: (501) 374-1107
                                                Fax: (501) 374-5092
                                                Email: jbequette@bbpalaw.com
                                                Email: pbrick@bbpalaw.com

                                                ***Attorneys for Separate Defendants Emmett A. Presley, Alonza Jiles, and Tyree Davis***