# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

| | |
|---|---|
| **JOHN DOES 1, 2, 4, 5, 6, & 8; MICHAEL ROBINSON; and MAURICE COLLINS** | **PLAINTIFFS** |
| v. No. 3:23-cv-230-DPM | |
| **EMMETT PRESLEY, et al.** | **DEFENDANTS** |
| **JOHN DOES 9-12 &14-16; and NATHAN HARMON** | **PLAINTIFFS** |
| v. No. 3:24-cv-3-DPM | |
| **EMMETT PRESLEY, et al.** | **DEFENDANTS** |
| **JOHN DOES 19-24 & 29-30** | **PLAINTIFFS** |
| v. No. 3:24-cv-12-DPM | |
| **EMMETT PRESLEY, et al.** | **DEFENDANTS** |
| **JOHN DOES 103, 105, 107 – 113, 120-123; and JANE DOES 103, 109, 120, & 121** | **PLAINTIFFS** |
| v. No. 3:25-cv-197-DPM | |
| **EMMETT PRESLEY, et al.** | **DEFENDANTS** |

### PLAINTIFFS' UNOPPOSED MOTION FOR A FINAL EXTENSION OF TIME TO RESPOND TO SEPARATE DEFENDANTS' MOTION TO DISMISS ALL CLAIMS AND MOTION TO DISMISS FOR LACK OF JURISDICTION

1. This cause is the consolidation of five separate lawsuits: *John Does 1-8 v. Emmett A. Presley, et al.* (Case No. 3:23-cv-230-DPM), *John Does 9-16 v. Emmett A. Presley, et al.* (Case No. 3:24-cv-00003-DPM), *John Does 17-30 v. Emmett A. Presley, et al.* (Case No. 3:24-cv-12-DPM), *John and Jane Does 101-107 v. Emmett A. Presley, et al.* (Case No. 3:24-cv-14-DPM), and *John Does 103, 105, 107-113, 120-123; and Jane Does 103, 109, 120, & 121 v. Emmett A. Presley, et al.* (Case No. 3:25-CV-197-dpm).

2. On December 23, 2025, Theodore E. Suhl, Individually and d/b/a Maxus, Inc. d/b/a Arkansas Counseling Associates Incorporated d/b/a Trinity Behavioral Healthcare Systems, Inc. d/b/a The Lord's Ranch; Maxus, Inc. Individually and d/b/a The Lord's Ranch; Trinity Behavioral Health Care System, Incorporated, Individually and d/b/a The Lord's Ranch; The Lord's Ranch Christian Boy's Home, Inc.; The Lord's Ranch Christian Center And Children's Rehabilitation Unit; The Lord's Ranch Psychiatric Unit, Inc.; Christian International Medical Sciences Foundation, Inc.; Cornerstone Treatment Center, Inc.; Burklyn Corporation; Good Samaritan Rehabilitation Center, Inc.; Warm Springs Christian Center, Inc.; Trinity Dynamics, Incorporated; The Lord's Ranch Behavioral Healthcare System, Incorporated; Triennia Health Care, Inc.; Horizon Sunrise Management; Millenia Health Care, Inc.; LG Property Management, Incorporated; Green Valley Asset Management, LLC; Rolling Hills Investments, LLC; Regal Property Developments, LLC; and Shirley Suhl (collectively, "Separate Defendants") filed a Motion to Dismiss. [Doc. 157 & 158].

3. On December 23, 2025, Defendants Tyree Davis, Alonza Jiles, and Emmet A. Presley filed a Motion to Dismiss for Lack of Jurisdiction. [Doc. 154 & 155].

4. On December 23, 2025, Defendants Tyree Davis, Alonza Jiles, and Emmet A. Presley adopted the Separate Defendants Motion to Dismiss. [Doc. 161].

5. Said Motions relate to the Plaintiffs in case No. 3:25-cv-197-DPM.

6. As previously stated, Plaintiffs and Defendants have partially resolved the Motion to Dismiss for Lack of Jurisdiction since its filing and are sorting through the appropriate mechanism to resolve that issue.

7. Plaintiffs initially requested the deadline to respond to said Motions to Dismiss be Extended to January 20, 2026. [Doc. 164].

8. Plaintiffs' Counsel who was initially responsible for Responding to the Motion to Dismiss has had an uncharacteristically high workload do to the recent departure of several attorneys from the firm, causing significant increases in Discovery Responses, Motion Responses, Hearings, inspections, and in-person out-of-state depositions.

9. Plaintiffs' Counsel apologizes for the inconvenience and delay caused and will not be requesting further extension regarding either of these Motions.

10. An extension to January 26, 2026, will not prejudice any party.

11. This request is not made to cause undue delay.

12. Defendants have confirmed that they have no objection to this extension.

WHEREFORE, Plaintiffs respectfully request that this Motion for Extension be granted, causing this briefing to become due on January 26, 2026.

| | |
|---|---|
| Dated: January 20, 2026 | Respectfully Submitted, |

| | |
|---|---|
| **PAUL BYRD LAW FIRM, PLLC** | **GOULD GRIECO & HENSLEY, PLLC** |
| Paul Byrd | Martin D. Gould |
| Maryann Byrd | Nicholas P. Wainwright |
| 415 N. McKinley St., Suite 210 | 101 N. Wacker Dr., Ste. 100 |
| Little Rock, AR 72205 | T: (312) 748-7330 |
| Phone: (501) 420-3050 | F: (313) 221-9550 |
| Fax: (501) 420-3128 | Martin@gghlaw.com |
| Paul@paulbyrdlawfirm.com | Nicholas@gghlaw.com |
| maryann@paulbyrdlawfirm.com | |
| | By: /s/ *Nicholas P. Wainwright* |
| By: */s/ Paul Byrd* | Nicholas P. Wainwright |
| *Counsel for Plaintiffs* | *Counsel for Plaintiffs* |
| *John Does 103, 105, 107-113, 120-123; and Jane Does 103, 109, 120, & 121* | *John Does 103, 105, 107-113, 120-123; and Jane Does 103, 109, 120, & 121* |

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the Court's ECF system which sent notification of such filing to the following:

Jay Bequette, Ark. Bar No. 87012
Phillip M. Brick, Jr., Ark. Bar No. 2009116
BEQUETTE, BILLINGSLEY & KEES, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
Telephone: (501) 374-1107
Fax: (501) 374-5092
Email: jbequette@bbpalaw.com
Email: pbrick@bbpalaw.com

*Attorneys for Separate Defendants Emmett A. Presley and Alonza Jiles*

Stuart Miller
John Alexander
MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.
4206 South J.B. Hunt Drive, Suite 200
Rogers, Arkansas 72758
Direct: (479) 464-5670
Facsimile: (479) 464-5680
smiller@mwlaw.com
jalexander@mwlaw.com
Michael J. Scotti
ROETZEL & ANDRESS, LPA
30 N. LaSalle Street, Suite 2800 Chicago, IL 60602
Phone: 312.580.1200
mscotti@ralaw.com
*Attorneys for Separate Defendants "Suhl Defendants"*


*/s/ Nicholas P. Wainwright*
Attorney for Plaintiffs