UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| JOHN DOES 1, 2, 4, 5, 6, & 8; MICHAEL ROBINSON; and MAURICE COLLINS          PLAINTIFFS | |
| v.                No. 3:23-cv-230-DPM | |
| EMMETT PRESLEY, et al. | DEFENDANTS |
| JOHN DOES 9-12 &14-16; and NATHAN HARMON | PLAINTIFFS |
| v.                No. 3:24-cv-3-DPM | |
| EMMETT PRESLEY, et al. | DEFENDANTS |
| JOHN DOES 19-24 & 29-30 | PLAINTIFFS |
| v.                No. 3:24-cv-12-DPM | |
| EMMETT PRESLEY, et al. | DEFENDANTS |
| JOHN DOES 103, 105, 107 – 113, 120-123; and JANE DOES 103, 109, 120, & 121 | PLAINTIFFS |
| v.                No. 3:25-cv-197-DPM | |
| EMMETT PRESLEY, et al. | DEFENDANTS |

**STIPULATION TO VOLUNTARILY DISMISS CLAIMS AGAINST DEFENDANT TYREEE DAVIS**

Pursuant to FRCP 41(a)(1)(A)(ii), all Parties hereby stipulate to the dismissal of all claims against Defendant Tyree Davis only, **without prejudice**.

| | |
|---|---|
| Dated: January 26, 2026 | Respectfully submitted, |

*/s/ Nicholas P. Wainwright*

**GOULD GRIECO & HENSLEY, PLLC**
Martin D. Gould
Nicholas P. Wainwright
101 N. Wacker Drive | Floor M | Suite 100
Chicago, Illinois 60606
Phone: (312) 728-7444
Fax: (312) 221-9550
Email: nicholas@GGHLaw.com

Joshua D. Gillispie, Bar No. 2010131
**Gillispie Law Firm**
1 Riverfront Place, Suite 605
North Little Rock, AR 72114
Phone: (501) 244-0700
Fax: (501) 244-2020
Email: josh@gillispielawfirm.com

**ROMANUCCI & BLANDIN, LLC**
Stephan Blandin (admitted *pro hac vice*)
Daisy Ayllon (admitted *pro hac vice*)
Patrick A. Huber (*pro hac vice*)
321 N. Clark Street, Suite 900
Chicago, IL 60654
Phone: (312) 253-8790
Fax: (312) 458-1004
Email: phuber@rblaw.net

Jay Bequette, Ark. Bar No. 87012
Phillip M. Brick, Jr., Ark. Bar No. 2009116
BEQUETTE, BILLINGSLEY & KEES, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
Telephone: (501) 374-1107
Fax: (501) 374-5092
Email: jbequette@bbpalaw.com

Email: pbrick@bbpalaw.com

*Attorneys for Separate Defendants Emmett A. Presley and Alonza Jiles*

Stuart Miller
John Alexander
MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C.
4206 South J.B. Hunt Drive, Suite 200
Rogers, Arkansas 72758
Direct: (479) 464-5670
Facsimile: (479) 464-5680
smiller@mwlaw.com
jalexander@mwlaw.com


Michael J. Scotti
ROETZEL & ANDRESS, LPA
30 N. LaSalle Street, Suite 2800 Chicago, IL 60602
Phone: 312.580.1200
mscotti@ralaw.com

*Attorneys for Separate Defendants "Suhl Defendants"*

3