IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOHN DOES 1, 4 & 6;  MICHAEL ROBINSON;
and MAURICE COLLINS                                           PLAINTIFFS

v.                              No. 3:23-cv-230-DPM

EMMETT A. PRESLEY, *et al.*                                   DEFENDANTS

JOHN DOES 10, 15 & 16                                         PLAINTIFFS

No. 3:24-cv-3-DPM

EMMETT A. PRESLEY, *et al.*                                   DEFENDANTS

JOHN DOES 19, 23 & 29                                         PLAINTIFFS

No. 3:24-cv-12-DPM

EMMETT A. PRESLEY, *et al.*                                   DEFENDANTS

JOHN DOES 110, 111, 121 & 123;  and
JANE DOE 109                                                  PLAINTIFFS

No. 3:25-cv-197-DPM

EMMETT A. PRESLEY, *et al.*                                   DEFENDANTS

## ORDER

The Court made a mistake in its 5 February 2026 Order, *Doc. 172*, which it corrects here.  The Court said that the claims brought by the "group one plaintiffs" and John Doe 106 go forward.  *Doc. 172 at*

-2-

*11 & 15.* But the Court had already dismissed some of those plaintiffs. *Doc. 129.* They remain dismissed from the case. They are:

- John Does 101 & 106;

- Jane Does 101, 102, & 105; and

- Jami Wells

The Court has updated the caption in this Order to reflect all current plaintiffs. The Court directs the Clerk to terminate any plaintiffs not listed in the corrected caption.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 April 2026