**THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

| | |
|---|---|
| **JOHN DOES 1, 4 &6; MICHAEL ROBINSON;** <br> **and MAURICE COLLINS** | **PLAINTIFFS** |
| | |
| **v.**                           No. 3:23-cv-230-DPM | |
| | |
| **EMMETT A. PRESLEY,** *et al.* | **DEFENDANTS** |
| | |
| **JOHN DOES 10, 15 & 16;** | **PLAINTIFFS** |
| | |
| **v.**                           No. 3:24-cv-3-DPM | |
| | |
| **EMMETT A. PRESLEY,** *et al.* | **DEFENDANTS** |
| | |
| **JOHN DOES 19, 23, & 29** | **PLAINTIFFS** |
| | |
| **v.**                           No. 3:24-cv-12-DPM | |
| | |
| **EMMETT A. PRESLEY,** *et al.* | **DEFENDANTS** |
| | |
| **JOHN DOES 110, 111, 121 & 123; and** <br> **JANE DOE 109** | **PLAINTIFFS** |
| | |
| No. 3:25-cv-197-DPM | |
| | |
| **EMMETT A. PRESLEY,** *et al.* | **DEFENDANTS** |

<u>**NOTICE OF DEPOSITION**</u>

TO:    **ALL INTERESTED PARTIES**

Please take notice that on **May 14, 2026,** beginning at **9:30 a.m.**, Counsel for Plaintiff will take the deposition upon oral examination of the following person in the above-styled and numbered cause before a duly qualified court reporter and videographer:

**STEVE CANDELARIO**

Said deposition upon oral examination is taken pursuant to Rule 26 of the Arkansas Rules of Civil Procedure governing depositions. This deposition shall begin at the time specified and shall continue thereafter until completed.

Counsel is invited to attend and cross-examine.

DATE:        **Thursday, May 14, 2026, at 9:30 A.M. (Pacific Time)**

LOCATION:   Los Angeles Airport Marriott, 5855 W. Century Blvd., Los Angeles, CA 90045

Respectfully Submitted,

/s/ Joshua D. Gillispie
Joshua D. Gillispie
Ark. Bar No. 2010131
GILLISPIE LAW FIRM
1 Riverfront Place, Ste. 605
North Little Rock, AR 72114
501-244-0700; 501-244-2020 (fax)
josh@gillispielawfirm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was filed via the eFlex system on this 1st day of May, 2026, and service shall be accomplished via the eFlex system on all parties of record.

/s/ Joshua D. Gillispie
Joshua D. Gillispie