**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

| | |
|---|---|
| **JOHN DOES 1, 2, 4, 5, 6, & 8; MICHAEL ROBINSON; and MAURICE COLLINS** | **PLAINTIFFS** |
| **v.**                   No. **3:23-cv-230-DPM** | |
| **EMMETT PRESLEY, et al.** | **DEFENDANTS** |
| **JOHN DOES 9-12 &14-16; and NATHAN HARMON** | **PLAINTIFFS** |
| **v.**                   No. **3:24-cv-3-DPM** | |
| **EMMETT PRESLEY, et al.** | **DEFENDANTS** |
| **JOHN DOES 19-24 & 29-30** | **PLAINTIFFS** |
| **v.**                   No. **3:24-cv-12-DPM** | |
| **EMMETT PRESLEY, et al.** | **DEFENDANTS** |

<u>**NOTICE TO TAKE DEPOSITION
AND SUBPOENA DUCES TECUM OF JD 002 ERIC LESHAWN BERRY**</u>

TO:   **ERIC LESHAWN BERRY**
        c/o Undersigned Counsel

        Please take notice that Defendants will take the deposition upon oral examination and video of **ERIC LESHAWN BERRY** before a duly qualified court reporter at Romanucci & Blandin, LLC, located at 321 N. Clark Street, Suite 900, Chicago, Illinois 60654. Said deposition will commence at **9:30 a.m. on Thursday, May 21, 2026**.

        Said deposition upon oral examination is taken pursuant to Rule 26 of the Federal Rules of Civil Procedure governing depositions. This deposition shall begin at the time specific and shall continue thereafter until completed.

        The witness is requested to produce through counsel at the time specified the items listed in the Subpoena Duces Tecum, attached hereto as <u>**Exhibit A**</u>. <u>The requested documents should be produced no later than two (2) days prior to the scheduled deposition</u>

**PLAINTIFF**:                    **JD 002 – ERIC LESHAWN BERRY**

**DATE, TIME, AND PLACE**:    Thursday, May 21, 2026, at 9:30 a.m.
Romanucci & Blandin, LLC
321 N. Clark Street, Suite 900
Chicago, Illinois 60654

Respectfully submitted,

**MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C.**
4206 South J.B. Hunt Drive, Suite 200
Rogers, Arkansas 72758
Direct: (479) 464-5670
Facsimile: (479) 464-5680
smiller@mwlaw.com
jalexander@mwlaw.com

By: _____
Stuart P. Miller, Ark. Bar No. 88137
John E. Alexander, Ark. Bar No. 2015248

*Attorneys for Separate Defendants*

**ROETZEL & ANDRESS, LPA**
30 N. LaSalle Street, Suite 2800
Chicago, IL  60602
Phone: 312.580.1200
mscotti@ralaw.com

By: _/s/ Michael J. Scotti_____
Michael J. Scotti, III
*Pro Hac Vice*

## CERTIFICATE OF SERVICE

I, John Alexander, do hereby certify that I served a copy of the foregoing to the below named persons via email on this 18th day of May 2026:

Joshua Gillispie
GILLISPIE LAW FIRM
1 Riverfront Place, Suite 605
North Little Rock, AR 72114
josh@gillispielawfirm.com

Stephen Blandin (*pro hac vice*)
Daisy Ayllon (*pro hac vice*)
Jason Friedl (*pro hac vice*)
Patrick Huber (*pro hac vice*)
ROMANUCCI & BLANDIN LLC
321 N Clark Street, Suite 900
Chicago, IL 60654
sblandin@rblaw.net
dayllon@rblaw.net
phuber@rblaw.net

Jay Bequette
Phillip M. Brick, Jr.
BEQUETTE, BILLINGSLEY & KEES, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
jbequette@bbpalaw.com
pbrick@bbpalaw.com

Stuart P. Miller

**EXHIBIT A**

**<u>SUBPOENA DUCES TECUM</u>**

1. Any and all non-privileged documents or materials you reviewed, referenced, relied on, or created related to this deposition.

2. Any and all documents or materials related to any of your claims against any defendant in this matter, if such documents or materials have not previously been produced.

3. Any and all documents or materials previously identified or referenced in your objections or responses to the interrogatories and/or requests for production of documents propounded to you by any defendant in this matter, if such documents or materials have not previously been produced.

4. Any and all documents or materials relied on in objecting or responding to the interrogatories and/or requests for production or documents propounded to you by any defendant in this matter, if such documents or materials have not previously been produced.

5. Any and all documents or materials supplementing your objections or responses to the interrogatories and/or requests for production of documents propounded to you by any defendant in this matter, if such documents or materials have not previously been produced.

6. Any and all documents or materials you intend to use, reference, rely on, or enter into evidence at the trial of this matter, if such documents or materials have not previously been produced.

7. Any and all non-privileged documents or materials comprising or evidencing communications between you and any other person about this matter, if such documents or materials have not previously been produced.

8. Any and all documents, statements, notes, diaries, and discovery responses which are related to the allegations contained in the Complaint which have not already been produced.

9. Any photographs that you intend to show to a jury at the trial of this lawsuit.

10. Any and all documents, including medical records, counseling records or medical bills, which you contend supports your claim for monetary damages not previously produced in discovery.

11. Any other documents in your possession, or to which you have access, which are related to the claims or allegations in this lawsuit which are not protected by attorney-client privilege or claims of attorney work-product.

12. The above non-privilege documents or materials included but are not limited to pictures from your time at The Lord's Ranch, medical records, prescriptions, counselor notes, correspondence, school records other documentation regarding your time at The Lord's Ranch.

13. Any and all documents or materials received or referred to for appearing on "What Really Happened At The Lord's Ranch" Podcast, including but not limited to contracts, checks, correspondence with the hosts, payments of any kind for such appearance.

**<u>You are requested to produce these documents through counsel 2 days prior to the scheduled deposition.</u>**