THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| **JOHN DOES 1, 4, 6; MICHAEL ROBINSON; and MAURICE COLLINS** | **PLAINTIFFS** |
| **v.** No. 3:23-cv-230-DPM | |
| **EMMETT PRESLEY, et al.** | **DEFENDANTS** |
| **JOHN DOES 10, 15, and 16** | **PLAINTIFFS** |
| **v.** No. 3:24-cv-3-DPM | |
| **EMMETT PRESLEY, et al.** | **DEFENDANTS** |
| **JOHN DOES 19, 23, and 29** | **PLAINTIFFS** |
| **v.** No. 3:24-cv-12-DPM | |
| **EMMETT PRESLEY, et al.** | **DEFENDANTS** |
| **JOHN DOES 110, 111, 121, 123; and JANE DOE 109** | **PLAINTIFFS** |
| **v.** No. 3:25-cv-197-DPM | |
| **EMMETT PRESLEY, *et al.*** | **DEFENDANTS** |

**JOINT MOTION FOR EXTENSION OF DISCOVERY DEADLINES**

Plaintiffs and Defendants (collectively "Parties"), by and through their respective counsel, and in compliance with Local Rule 7.2(d) and 7.5, submit this *Joint Motion for Extension of the Discovery Deadlines*:

1.      There is presently a Scheduling Order entered by this Court on July 14, 2025 [Document 142].  Counsel for all Parties have discussed the upcoming deadlines and believe that more time is necessary to complete discovery.

2.      The Parties jointly move to extend the deadlines for expert witness disclosures, discovery cutoff, and the dispositive and Daubert motions.

3.      The Parties propose the following extensions to the current Scheduling Order:

| Contemplated Act | Current Deadline | Proposed Deadline |
|---|---|---|
| • **Plaintiffs' Expert Witness** | • 10 July 2026 | • January 8, 2027 |
| • **Defendants' Expert Witness** | • 11 August 2026 | • February 12 2026 |
| • **Plaintiffs' Rebuttal Experts** | • 1 September 2026 | • March 5 2027 |
| • **Discovery Cutoff** | • 6 November 2026 | • May 7 2027 |
| • **Dispositive and Daubert Motions** | • 6 January 2027 | • July 7 2027 |

4.      The remaining deadlines set in the final scheduling Order may remain the same.

5.      Parties understand this request may impact on other deadlines in the scheduling order, including the trial date, but leave that to the sound discretion of the Court.

6.      Pursuant to Rule 7.5, there is good cause for the continuance of these deadlines. The Parties need to finish depositions prior to expert disclosures and require more time to complete the depositions.

7.      Pursuant to Rule 7.2(d), no brief is filed with this Motion.

8.      Parties respectfully request the Court grant the Joint Motion for Extension of the Discovery Deadlines.

Respectfully submitted,

| | |
|---|---|
| **BEQUETTE, BILLINGSLEY & KEES, P.A.**<br>425 W. Capitol Avenue, Suite 3200<br>Little Rock, AR 72201-3469<br>Phone: (501) 374-1107<br>Fax: (501) 374-5092<br>jbequette@bbpalaw.com<br>pbrick@bbpalaw.com<br><br>By: /s/ *Phillip M. Brick*<br>　　Jay Bequette<br>　　Phillip M. Brick<br><br>*Counsel for Defendants Emmett A. Presley,*<br>*Alonza Jiles and Tyree Davis* | **ROETZEL & ANDRESS, LPA**<br>30 N. LaSalle Street, Suite 2800<br>Chicago, IL  60602<br>Phone: 312.580.1200<br>mscotti@ralaw.com<br><br>By: /s/ *Michael J. Scotti*<br>　　Michael J. Scotti, III<br>　　*Pro Hac Vice*<br><br>- AND –<br><br>**MITCHELL, WILLIAMS, SELIG,**<br>**GATES & WOODYARD, P.L.L.C.**<br>4206 South J.B. Hunt Drive, Suite 200<br>Rogers, Arkansas 72758<br>Direct: (479) 464-5670<br>Facsimile: (479) 464-5680<br>smiller@mwlaw.com<br>jalexander@mwlaw.com<br><br>By: _____<br>　　Stuart P. Miller<br>　　John E. Alexander<br><br>*Counsel for Lord's Ranch Defendants* |
| **GILLISPIE LAW FIRM**<br>1 Riverfront Place, Suite 605<br>North Little Rock, AR 72114<br>Phone:  (501) 244-0700<br>Fax:  (501) 244-2020<br>josh@gillispielawfirm.com<br><br>By: /s/ *Joshua D. Gillispie*<br>　　Joshua D. Gillispie<br><br>*Counsel for Plaintiffs*<br>*John Does 1, Michael Robinson, 4, 6,*<br>*Maurice Collins; 10, 15,16; 19, 23, & 29* | **ROMANUCCI & BLANDIN, LLC.**<br>321 N. Clark Street, Suite 900<br>Chicago, IL 60654<br>Phone: (312) 253-8790<br>Fax: (312) 458-1004<br>phuber@rblaw.net<br><br>By: /s/ *Patrick Huber*<br>　　Patrick Huber *Pro Hac Vice*<br>　　Stephan Blandin *Pro Hac Vice*<br>　　Daisy Ayllon *Pro Hac Vice*<br><br>*Counsel for Plaintiffs* |

|  | *John Does 1, Michael Robinson, 4, 6, Maurice Collins; 10, 15, 16; 19, 23 & 29* |
|---|---|
| **STINAR GOULD GRIECO & HENSLEY, PLLC**<br>Martin D. Gould (P*ro Hac Vice*)<br>Nicholas P. Wainwright (*Pro Hac Vice* application forthcoming)<br>Parker Stinar (*Pro Hac Vice* application forthcoming)<br>Valerie A. Letko (P*ro Hac Vice*)<br>101 N. Wacker Dr., Ste. 100<br>T:  (313) 895-7227<br>F:  (313) 221-9550<br>Martin@sgghlaw.com<br>Nicholas@sgghlaw.com<br>Valerie@sgghlaw.com<br>Parker@sgghlaw.com<br><br>By: /s/ *Martin D. Gould*____<br>     Martin D. Gould<br><br>*Counsel for Plaintiffs Maurice Collins; 110, 111; and Jane Does and 109* | **PAUL BYRD LAW FIRM, PLLC**<br>415 N. McKinley St., Suite 210<br>Little Rock, AR 72205<br>Phone: (501) 420-3050<br>Fax: (501) 420-3128<br>Paul@paulbyrdlawfirm.com<br><br>By: /s/ *Paul Byrd*_____<br>     Paul Byrd<br><br>*Counsel for Plaintiffs John Doe 110, 111, 121, 123 & Jane Doe 109* |
| **ETOCH LAW FIRM**<br>Robert Lewis<br>221 West 2ⁿᵈ Street, Ste. 312<br>Little Rock, AR 72201<br>Phone: (501) 333-9400<br>Fax: (501) 232-3777<br>robert@etochlaw.com<br><br>*Counsel for Plaintiffs John Does 110, 111, and Jane Does 109* | **ONDER LAW, LLC**<br>Kayla R. Onder *Pro Hac Vice*<br>James G. Onder (*Pro Hac Vice* application forthcoming)<br>Cynthia L. Garber (*Pro Hac Vice* application forthcoming)<br>ONDER LAW, LLC<br>110 East Lockwood<br>St. Louis, MO 63119<br>Tel: (314) 963-9000<br>Fax: (314) 227-7665<br>onder@onderlaw.com<br>garber@onderlaw.com<br>konder@onderlaw.com |