# EXHIBIT 12

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

| | |
|---|---|
| **JOHN DOES 1, 2, 4, 5, 6, & 8; MICHAEL ROBINSON; and MAURICE COLLINS** | **PLAINTIFFS** |
| **v.**          **No. 3:23-cv-230-DPM** | |
| **EMMETT PRESLEY, et al.** | **DEFENDANTS** |
| **JOHN DOES 9-12 &14-16; and NATHAN HARMON** | **PLAINTIFFS** |
| **v.**          **No. 3:24-cv-3-DPM** | |
| **EMMETT PRESLEY, et al.** | **DEFENDANTS** |
| **JOHN DOES 19-24 & 29-30** | **PLAINTIFFS** |
| **v.**          **No. 3:24-cv-12-DPM** | |
| **EMMETT PRESLEY, et al.** | **DEFENDANTS** |

**DEFENDANT, LORD'S RANCH CHRISTIAN CENTER AND CHILDREN'S REHABILITATION UNIT'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' SECOND SET OF INTERROGATORIES**

COMES NOW, Defendant, Lord's Ranch Christian Center and Children's Rehabilitation Unit, by and through its attorneys, Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C., and for its *Objections and Responses to Plaintiffs' Second Set of Interrogatories* states as follows:

**INTERROGATORY NO. 1:** State your full legal name, all former names, and any fictitious names or DBAs used at any time.

**RESPONSE TO INTERROGATORY NO. 1:** The full legal name of this entity is The Lord's Ranch Christian Center and Children's Rehabilitation Unit, Inc. Upon information and

belief, this entity has not used any former names, fictitious names, or DBAs designations at any time.

**INTERROGATORY NO. 2:** State the date and state of your incorporation or formation, and your current status, including whether you are active, dissolved, or forfeited.

**RESPONSE TO INTERROGATORY NO. 2:** This entity was incorporated int he State of Arkansas on November 27, 1995. The entity was statutorily dissolved on August 1, 2023, and its current status is dissolved.

**INTERROGATORY NO. 3:** Identify all physical addresses used by you, including your principal place of business, all mailing addresses, and any locations where you conducted business, and state the dates each address was used.

**RESPONSE TO INTERROGATORY NO. 3:** The principal place of business and mailing address for The Lord's Ranch Christian Center and Children's Rehabilitation Unit, Inc. was 1033 Old Burr Road, Warm Springs, AR 72478.

**INTERROGATORY NO. 4:** Describe your purpose at the time of formation and any changes to that purpose over time.

**RESPONSE TO INTERROGATORY NO. 4:** This entity was founded by Bud Suhl. At the time of its formation, the stated purpose of the corporation was to organize exclusively for religious, charitable, scientific, literary, and education purposes. Upon information and belief, the stated purpose of the entity did not change from its formation through its dissolution.  This entity was founded by Bud Suhl.  Ted Suhl admittedly served as one of the original four Incorporators and as Vice President immediately afterwards but ceased serving or working with this company shortly thereafter.  We do not know what, if anything, Bud ended up using the company for, but will supplement this response as necessary if we find information to shed light on its existence.

**INTERROGATORY NO. 5:** Identify all persons who have served as officers, directors, members, managers, or owners of your entity, and state their titles, dates of service, and roles and responsibilities.

**RESPONSE TO INTERROGATORY NO. 5:** The following individuals served as officers, directors, or agents of The Lord's Ranch Christian Center and Children's Rehabilitation Unit, Inc.: Bud Suhl (Incorporator, and Registered Agent); Dr. Walter Pedersen, (President); Dr. Jack Hanberry; Ted Suhl, (Vice President); and Robert Foster.  Ted Suhl admittedly served as one of the original four Incorporators and as Vice President immediately afterwards but ceased serving or working with this company shortly thereafter.  We do not know what, if anything, Bud ended up using the company for, but will supplement this response as necessary if we find information to shed light on its existence.

**INTERROGATORY NO. 6:** Identify all persons responsible for day-to-day management or decision-making for your entity during the time period alleged in Plaintiffs' Third Amended Consolidated Complaint.

**RESPONSE TO INTERROGATORY NO. 6:** The following individuals were responsible for the day-to-day management or decision-making of The Lord's Ranch Christian Center and Children's Rehabilitation Unit, Inc. during the time period alleged in Plaintiffs' Third Amended Consolidated Complaint: Upon information and belief, Dr. Walter Pedersen and Bud Suhl.  Ted Suhl was an incorporator and Vice President but got off the company shortly after its formation.  Current surviving parties do not have much knowledge or information about what this entity was created for.  Defendant will supplement this response as necessary if we find information to shed light on its corporate existence.

**INTERROGATORY NO. 7:** Identify all entities with which you shared officers, directors, employees, physical addresses, or business operations.

**RESPONSE TO INTERROGATORY NO. 7:** The Lord's Ranch Christian Center and Children's Rehabilitation Unit, Inc. shared its principal mailing address at 1033 Old Burr Road, similar to other Defendants like the Lord's Ranch Christian Boys Home and Trinity behavioral Health.

Bud Suhl was the founder and owner of this Defendant and also served as an officer and/or director, at least at some point,  of separate named entity defendants – Burklyn Corporation, The Christian International Medical Sciences Foundation, Inc., The Lord's Ranch Christian Boy's Home, Inc., and The Lord's Ranch Psychiatric Unit, Inc.

Ted Suhl served an initial Incorporator and briefly as Vice President but discontinued any affiliation with this company shortly thereafter.  However, Ted Suhl served as an officer and/or director, at least at some point, of separate named entity defendants – The Lord's Ranch Behavioral Healthcare System Incorporated (which became Trinity Behavioral Health), Maxus, Inc., Burklyn Corporation, Warm Springs Christian center, Trinity Dynamics Incorporated, Horizon Sunrise Management, Triennia Health Care, Inc., Millinea Health Care, Inc., Green Valley Asset Management, Cornerstone Treatment Center, Inc., Rolling Hills Investments, Trinity Dynamics, Inc., LLC, Christian International Medical Sciences Foundation, Inc., and The Lord's Ranch Psychiatric Unit, Inc.

**INTERROGATORY NO. 8:** Describe all business activities conducted by you during the time period alleged in Plaintiffs' Third Amended Consolidated Complaint.

**RESPONSE TO INTERROGATORY NO. 8:** Defendant refers Plaintiffs to its Response to Interrogatory No. 4. The business activities conducted by this entity during the time period

alleged in Plaintiffs' Third Amended Consolidated Complaint were limited to organizing exclusively for religious, charitable, scientific, literary and educational purposes. This entity was founded by Bud Suhl. Ted Suhl admittedly served as one of the original four Incorporators and as Vice President immediately afterwards but ceased serving or working with this company shortly thereafter. We do not know what, if anything, Bud ended up using the company for, but will supplement this response as necessary if we find information to shed light on its existence.

**INTERROGATORY NO. 9:** Identify all facts supporting your contention that you had no involvement in the allegations in this case.

**RESPONSE TO INTERROGATORY NO. 9:** Defendant refers Plaintiffs to its Response for Interrogatory No. 4. This entity was organized exclusively for religious, charitable, scientific, literary, and educational purposes and, upon information and belief did not engage in any activities related to the allegations set forth in Plaintiffs' Third Amended Consolidated Complaint. Defendant is not aware of this entities corporation conduct, if any, since it was founded and run by Bud Suhl. Dr. Walter Pedersen also served as president. Please also see Responses to Interrogatories No. 8 & 10.

**INTERROGATORY NO. 10:** Identify all persons with knowledge of the facts stated in your response to Interrogatory No. 9.

**RESPONSE TO INTERROGATORY NO. 10:** The person with the most knowledge would be Bud Suhl who is deceased. Ted Suhl does not recall what, if anything, this entity was used for as he discontinued any affiliation with it shortly after its formation and it was his Bud's company. Upon information and belief, the following individuals may have knowledge of the facts stated in Defendant's Response to Interrogatory No. 9: Dr. Walter Pedersen (President); Dr. Jack Hanberry (Incorporator); and Robert Foster (Incorporator).

**INTERROGATORY NO. 11:** Identify all documents that support, relate to, or were relied upon in making the contention described in Interrogatory No. 9.

**RESPONSE TO INTERROGATORY NO. 11:** The documents that support, relate to, or were relied upon in connection with the contention described in Interrogatory No.9 include the Articles of Incorporation of The Lord's Ranch Christian Center and Children's Rehabilitation Unit, Inc. and records available through the Arkansas Secretary of State's database.  These documents were previously produced to Plaintiffs as Bates No. (SUHL 000056-000059).

**INTERROGATORY NO. 12:** Identify all custodians whose files were searched, or who were consulted, in responding to Plaintiffs' Requests for Production to you.

**RESPONSE TO INTERROGATORY NO. 12:** After reasonable inquiry and a diligent search, Lord's Ranch Christian Center and Children's Rehabilitation Unit states that this entity has been dissolved and/or forfeited, and no custodians with files have been identified. The only documents that have been located in connection with this entity are the Articles of Incorporation and information available through the Arkansas Secretary of State's website that were previously produced . Accordingly, no custodians' files were searched, as no files or repositories of documents belonging to to Plaintiffs as Bates No. (SUHL 000056-000059).  Bud Suhl was the one who founded and would have the most knowledge about the entity and is deceased.  We also consulted with Ted Suhl to inquire about his knowledge of any records related to this entity that was dissolved.

**INTERROGATORY NO. 13:** Identify all locations, repositories, or sources of information searched for responsive documents, including but not limited to physical locations, email accounts, servers, shared drives, cloud storage, physical files, personal devices, and third-party storage.

**RESPONSE TO INTERROGATORY NO. 13:** After reasonable inquiry and a diligent search, Lord's Ranch Christian Center and Children's Rehabilitation Unit states that this entity has been dissolved and/or forfeited, and no physical or electronic repositories of documents maintained by or on behalf of this entity have been located. The only sources of responsive information that have been identified are the Articles of Incorporation for this entity; and records available through the Arkansas Secretary of State's website. No email accounts, servers, shared drives, cloud storage, physical files, personal devices, or third-party storage locations containing documents of this entity have been identified or located.  The primary owner and founder of this company is deceased and we consulted with Ted Suhl who had no further responsive information.

**INTERROGATORY NO. 14:** Describe in detail the methods used to search for responsive documents, including but not limited to search terms used, date ranges applied, types of files searched, and whether any custodians or repositories were excluded and the reasons for any such exclusion.

**RESPONSE TO INTERROGATORY NO. 14:** After reasonable inquiry and a diligent search, Lord's Ranch Christian Center and Children's Rehabilitation Unit states that this entity has been dissolved and/or forfeited. Counsel for Lord's Ranch Christian Center and Children's Rehabilitation Unit made reasonable efforts to identify and locate documents related to this entity, including inquiring of individuals with knowledge of the entity's operations and searching for any physical or electronic records that may have been maintained by or on behalf of the entity. Those efforts did not yield any documents within Lord's Ranch Christian Center and Children's Rehabilitation Unit's possession, custody, or control, with the exception of the Articles of Incorporation and information available on the Arkansas Secretary of State's website. No custodians or repositories were intentionally excluded from the search; rather, no custodians or

repositories of documents belonging to this entity could be identified or located beyond the foregoing sources.

**INTERROGATORY NO. 15:** State whether any documents relating to (a) Your corporate structure, (b) Your relationship with any Related Entity, or (c) The operation of The Lord's Ranch ever existed but are no longer in Your possession, custody, or control, and if so, describe the nature of such documents and the circumstances under which they were lost, destroyed, or transferred.

**RESPONSE TO INTERROGATORY NO. 15:** After reasonable inquiry and a diligent search, Lord's Ranch Christian Center and Children's Rehabilitation Unit states that documents relating to this entity's corporate structure were previously produced as Bates No. SUHL (000056-000059).

We are not aware of any documents related to this entity, nor believe that any would exist, that correspond to the operation of the Lord's Ranch Christian Boys Home or Trinity Behavioral Health as these were separate entities.  As discussed in Responses to Interrogatories No. 4, 8, 9, & 10 this entity was formed and owned by Bud Suhl, who is deceased, and we lack knowledge of any specific business it conducted, if any.

We are not aware of any documents that would pertain to the operation of the separate entities the Lord's Ranch Christian Boys Home or Trinity Behavioral Health and do not believe that any would have existed.  Similarly, we are not aware of its relationship to any related entity beyond the principal mailing address, Owner Bud Suhl and, initially, Ted Suhl serving as an original Incorporator and Vice President until resigning shortly thereafter. We are not aware of any other responsive documents and also have not destroyed any responsive documents related to this entity. This is further complicated by the fact this is a dissolved entity.

Lord's Ranch Christian Center and Children's Rehabilitation Unit's investigation into these matters is ongoing, and Lord's Ranch Christian Center and Children's Rehabilitation Unit reserves the right to supplement this response as additional information becomes available, consistent with Lord's Ranch Christian Center and Children's Rehabilitation Unit's obligations under the Federal Rules of Civil Procedure.

**INTERROGATORY NO. 16:** Identify all bank accounts, financial accounts, or repositories of funds that were held, maintained, used, or controlled by you, or in your name, whether directly or indirectly, at any time during the time period alleged in Plaintiffs' Third Amended Consolidated Complaint, including all domestic and foreign accounts. For each such account, state the name of the financial institution, account number (last four digits only), type of account, dates the account was open, and all persons with signatory authority or control over the account.

**RESPONSE TO INTERROGATORY NO. 16:** Lord's Ranch Christian Center and Children's Rehabilitation Unit objects to this Interrogatory on the grounds that it is overbroad, unduly burdensome, and not proportional to the needs of the case. The Interrogatory seeks detailed financial account information, for an entity that has been dissolved and/or forfeited.  It further seeks information for an entity that did not exist during all of the relevant time period contained in the Complaint.  Lord's Ranch Christian Center and Children's Rehabilitation Unit further objects to this Request for financial discovery relating to Separate Defendant's personal finances before Plaintiffs can show prima facie entitlement to punitive damages. *See Lodging Dev. & Mgmt., Inc. v. Days Inn Worldwide, Inc.*, No. 3:00CV218 HW, 2001 WL 35756572, at *4 (E.D. Ark. Oct. 18, 2001) (finding Arkansas law requires a plaintiff to make a prima facie case for punitive damages before disclosure required); *Curtis v. Partain*, 272 Ark. 400, 614 S.W.2d 671 (1981), *rev'd on*

*other grounds*, *Lupo v. Lineberger*, 313 Ark. 315, 855 S.W.2d 293 (1993) (holding evidence would have to be produced establishing complaint allegations before ordering disclosure of defendant's financial statement). Further, when a plaintiff sues two or more defendants for punitive damages, as Plaintiffs do here, the plaintiff waives his right to prove the financial condition of any one of them. *Life & Casualty Ins. Co. v. Padgett*, 241 Ark. 353, 356-357; 407 S.W.2d 728, 730 (1966). Separate Defendant, therefore, objects to this Request because it seeks personal and private information and is overbroad, irrelevant to any of Plaintiffs' claims, and not proportional to the needs of the case considering the relevant factors under Federal Rule of Civil Procedure 26(b)(1).

Defendant further objects to this Interrogatory as overbroad, unduly burdensome, and not likely to lead to the discovery of admissible evidence because Lord's Ranch Christian Center and Children's Rehabilitation Unit is a dissolved entity.  We have no knowledge of any connection to the Lord's Ranch Christian Boys Home or Trinity Behavioral Health.  We further lack knowledge of what business operations, if any, were actually conducted by this entity since it was a Bud Suhl company who is deceased.

Respectfully submitted,

**MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.**
4206 South J.B. Hunt Drive, Suite 200
Rogers, Arkansas 72758
Direct: (479) 464-5670
Facsimile: (479) 464-5680
smiller@mwlaw.com
jalexander@mwlaw.com

By: _____

Stuart P. Miller, Ark. Bar No. 88137
John E. Alexander, Ark. Bar No. 2015248

*Attorneys for Separate Defendants*

**ROETZEL & ANDRESS, LPA**
30 N. LaSalle Street, Suite 2800
Chicago, IL  60602
Phone: 312.580.1200
mscotti@ralaw.com

By: */s/ Michael J. Scotti*_____

Michael J. Scotti, III
*Pro Hac Vice*

## CERTIFICATE OF SERVICE

I, Stuart Miller, do hereby certify that I served a copy of the foregoing to the below named persons via email on this 1st day of June 2026:

Joshua Gillispie
GILLISPIE LAW FIRM
1 Riverfront Place, Suite 605
North Little Rock, AR 72114
josh@gillispielawfirm.com

Stephen Blandin (*pro hac vice*)
Daisy Ayllon (*pro hac vice*)
Jason Friedl (*pro hac vice*)
Patrick Huber (*pro hac vice*)
ROMANUCCI & BLANDIN LLC
321 N Clark Street, Suite 900
Chicago, IL 60654
sblandin@rblaw.net
dayllon@rblaw.net
phuber@rblaw.net

Jay Bequette
Phillip M. Brick, Jr.
BEQUETTE, BILLINGSLEY & KEES, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
jbequette@bbpalaw.com
pbrick@bbpalaw.com

Stuart P. Miller