# EXHIBIT 13

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

| | |
|---|---|
| **JOHN DOES 1, 2, 4, 5, 6, & 8; MICHAEL ROBINSON; and MAURICE COLLINS** | **PLAINTIFFS** |
| **v.**                          **No. 3:23-cv-230-DPM** | |
| **EMMETT PRESLEY, et al.** | **DEFENDANTS** |
| **JOHN DOES 9-12 &14-16; and NATHAN HARMON** | **PLAINTIFFS** |
| **v.**                          **No. 3:24-cv-3-DPM** | |
| **EMMETT PRESLEY, et al.** | **DEFENDANTS** |
| **JOHN DOES 19-24 & 29-30** | **PLAINTIFFS** |
| **v.**                          **No. 3:24-cv-12-DPM** | |
| **EMMETT PRESLEY, et al.** | **DEFENDANTS** |

**DEFENDANT, LORD'S RANCH PSYCHIATRIC UNIT INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' SECOND SET OF INTERROGATORIES**

COMES NOW, Defendant, Lord's Ranch Psychiatric Unit Inc., by and through its attorneys, Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C., and for its *Objections and Responses to Plaintiffs' Second Set of Interrogatories* states as follows:

**INTERROGATORY NO. 1:** State your full legal name, all former names, and any fictitious names or DBAs used at any time.

**RESPONSE TO INTERROGATORY NO. 1:** The full legal name of this entity is The Lord's Ranch Psychiatric Unit, Inc. Upon information and belief, this entity has not used any former names, fictitious names or DBAs at this time.

**INTERROGATORY NO. 2:** State the date and state of your incorporation or formation, and your current status, including whether you are active, dissolved, or forfeited.

**RESPONSE TO INTERROGATORY NO. 2:** This entity was incorporated in the State of Arkansas on April 9, 2001. Its current status is forfeited, effective November 3, 2020.

**INTERROGATORY NO. 3:** Identify all physical addresses used by you, including your principal place of business, all mailing addresses, and any locations where you conducted business, and state the dates each address was used.

**RESPONSE TO INTERROGATORY NO. 3:** The physical addresses associated with The Lord's Ranch Psychiatric Unit, Inc. are as follows: 1033 Old Burr Road, Warm Springs, Arkansas 72478.

**INTERROGATORY NO. 4:** Describe your purpose at the time of formation and any changes to that purpose over time.

**RESPONSE TO INTERROGATORY NO. 4:** The purpose for which this entity was organized to engage in private education and treatment along and to conduct any other business enterprise not contrary to law. Upon information and belief, the entity ended up becoming a payroll company.

**INTERROGATORY NO. 5:** Identify all persons who have served as officers, directors, members, managers, or owners of your entity, and state their titles, dates of service, and roles and responsibilities.

**RESPONSE TO INTERROGATORY NO. 5:** The following individuals served in the identified capacities for the Lord's Ranch Psychiatric Unit, Inc.: Don R. Brown (Incorporator); Bud Suhl (Owner); Ted Suhl (President and Registered Agent); and Shirley Suhl, Secretary and Treasurer.

**INTERROGATORY NO. 6:** Identify all persons responsible for day-to-day management or decision-making for your entity during the time period alleged in Plaintiffs' Third Amended Consolidated Complaint.

**RESPONSE TO INTERROGATORY NO. 6:** Upon information and blief, Bud Suhl was initially responsible for the formation and day-to-day decision making for the Company.  At some point, Ted Suhl became president and Shirley Suhl became Treasurer/Secretary.  Upon information and belief, Ted Suhl and Shirley Suhl were responsible for running it as a payroll company.

**INTERROGATORY NO. 7:** Identify all entities with which you shared officers, directors, employees, physical addresses, or business operations.

**RESPONSE TO INTERROGATORY NO. 7:** The Lord's Ranch Psychiatric Unit, Inc. shared a principal mailing address with the Lord's Ranch Christian Boys Home and Trinity Behavioral Health.   Upon information and belief, Bud Suhl served as the founder and owner of this Defendant and also served as an officer and/or director, at least at some point,  of separate named entity defendants – Burklyn Corporation, The Lord's Ranch Christian Center and Children's Rehabilitation Unit, Christian International Medical Sciences Foundation, Inc., and The Lord's Ranch Christian Boys Home.

Ted Suhl served as an officer and/or director, at least at some point, of separate named entity defendants – The Lord's Ranch Behavioral Healthcare System Incorporated (which became Trinity Behavioral Health), Maxus, Inc., Burklyn Corporation, Warm Springs Christian center, The Lord's Ranch Christian Center and Children's Rehabilitation Unit, Trinity Dynamics Incorporated, Horizon Sunrise Management, Triennia Health Care, Inc., Millinea Health Care, Inc., Green Valley Asset Management, Cornerstone Treatment Center, Inc., Rolling Hills

Investments, Trinity Dynamics, Inc., LLC, Christian International Medical Sciences Foundation, Inc., and The Lord's Ranch Christian Boys Home.

Shirley Suhl, at least at some point,  served as secretary/treasurer of this this Defendant and also served as an officer or director of the Lord's Ranch Behavioral Healthcare System Incorporated (which became Trinity Behavioral Health), the Lord's Ranch Christian Boys Home, Trinity Dynamics, Inc., Burklyn Corporation, Cornerstone Treatment Center, Inc., and The Lord's Ranch Psychiatric Unit, Inc.

**INTERROGATORY NO. 8:** Describe all business activities conducted by you during the time period alleged in Plaintiffs' Third Amended Consolidated Complaint.

**RESPONSE TO INTERROGATORY NO. 8:** Defendant refers Plaintiffs to its Response to Interrogatory No. 4. Ted Suhl recalls this entity operated solely as a payroll company.

**INTERROGATORY NO. 9:** Identify all facts supporting your contention that you had no involvement in the allegations in this case.

**RESPONSE TO INTERROGATORY NO. 9:** Defendant refers Plaintiffs to its Response to Interrogatory No. 4. Please also see the previously produced records at SUHL (000060-000062). Ted Suhl recalls The Lord's Ranch Psychiatric Unit, Inc. operating simply as a payroll company, and Defendant contends that this entity had no involvement in the conduct alleged in Plaintiffs Third Amended Consolidated Complaint.  Further, this entity was not formed until 2001, which is after the time period of multiple Plaintiffs allegations.

**INTERROGATORY NO. 10:** Identify all persons with knowledge of the facts stated in your response to Interrogatory No. 9.

**RESPONSE TO INTERROGATORY NO. 10:** The person with the most knowledge related to this entity is believed to be Bud Suhl.  However, the persons with knowledge of the facts stated in Defendant's Response to Interrogatory No. 9 are Ted Suhl and Shirley Suhl.

**INTERROGATORY NO. 11:** Identify all documents that support, relate to, or were relied upon in making the contention described in Interrogatory No. 9.

**RESPONSE TO INTERROGATORY NO. 11:** The documents that support, relate to, or were relied upon in connection with the contention described in Interrogatory No. 9 are the Articles of Incorporation and records available through the Arkansas Secretary of State's database that were previously produced as Bates No. SUHL (000060-000062).  We also consulted with Ted Suhl.  This entity no longer exists but Defendant will supplement if additional information comes available.

**INTERROGATORY NO. 12:** Identify all custodians whose files were searched, or who were consulted, in responding to Plaintiffs' Requests for Production to you.

**RESPONSE TO INTERROGATORY NO. 12:** After reasonable inquiry and a diligent search, Lord's Ranch Psychiatric Unit Inc. states that it consulted individuals with knowledge of the business including Ted Suhl.  Offices at 1033 Old Burr Road were physically searched for documentation.  We also obtained incorporation documents from the Arkansas Secretary of State that were previously produced as Bates No. SUHL (000060-000062).   Since this entity dissolved/forfeited in 2020, it had no additional files.

**INTERROGATORY NO. 13:** Identify all locations, repositories, or sources of information searched for responsive documents, including but not limited to physical locations, email accounts, servers, shared drives, cloud storage, physical files, personal devices, and third-party storage.

**RESPONSE TO INTERROGATORY NO. 13:** Please see Response to Interrogatory No. 12. The Lord's Ranch Psychiatric Unit Inc. consulted with individuals with knowledge including Ted Suhl. We physically searched the offices at 1033 Old Burr Road, sought records from the Arkansas Secretary of State website that were previously produced as Bates No. SUHL (000060-000062). This entity was dissolved in 2020. No further email accounts, servers, shared drives, cloud storage, physical files, personal devices, or third-party storage locations containing documents of this entity have been identified or located.

**INTERROGATORY NO. 14:** Describe in detail the methods used to search for responsive documents, including but not limited to search terms used, date ranges applied, types of files searched, and whether any custodians or repositories were excluded and the reasons for any such exclusion.

**RESPONSE TO INTERROGATORY NO. 14:** Please see Response to Interrogatotries No. 12 & 13. The Lord's Ranch Psychiatric Unit Inc. made reasonable efforts to identify and locate documents related to this entity, including inquiring of individuals with knowledge of the entity's operation, searching for any physical or electronic records that may have been maintained by on or behalf the entity. We physically searched the offices at 1033 Old Burr Road, consulted with management including Ted Suhl. We also searched for publicly available documents on the Arkansas Secretary of State Database. The Lord's Ranch Psychiatric Unit, Inc. was a payroll company that dissolved in 2020. No custodians or repositories were intentionally excluded from the search; rather, no custodians or repositories of documents belonging to this entity could be identified or located beyond the foregoing sources.

**INTERROGATORY NO. 15:** State whether any documents relating to (a) Your corporate structure, (b) Your relationship with any Related Entity, or (c) The operation of The Lord's Ranch

ever existed but are no longer in Your possession, custody, or control, and if so, describe the nature of such documents and the circumstances under which they were lost, destroyed, or transferred.

**RESPONSE TO INTERROGATORY NO. 15:** The Lord's Ranch Psychiatric Unit Inc. states that documents relating to this entity's corporate structure were previously produced as Bates No. (SUHL 000060-000062).

As discussed, we believe The Lord's Ranch Psychiatric Unit operated as a payroll company before ceasing operations and forfeiting its charter in 2020. We are not aware of any relationship to a related entity outside of its role as a payroll company. At most, this entity may have had documents, at one time, related to payroll for employees of The Lord's Ranch or Trinity Behavioral Health. Beyond that, we have no reason to think it would have ever had any documents related to the operation of The Lord's Ranch, Trinity Behavioral Health, or any other named entity. Trinity Behavioral Health ceased active operations in 2014, the Lord's Ranch Psychiatric Unit Inc. has been inactive for years and forfeited its charter in 2020. As such, there are no responsive documents in The Lord's Ranch Psychiatric Unit Inc.'s possession, custody, or control for other related entities.

The Lord's Ranch Psychiatric Unit only served as payroll company. The Lord's Ranch Psychiatric Unit never had any documentation in its possession, custody, or control related to the operation of The Lord's Ranch Christian Boys Home or Trinity Behavioral Health. The Lord's Ranch Psychiatric Unit was a separate entity and would never have had any such documentation

The Lord's Ranch Psychiatric Unit Inc. reserves the right to supplement this response as additional information becomes available, consistent with Lord's Ranch Psychiatric Unit Inc.'s obligations under the Federal Rules of Civil Procedure.

**INTERROGATORY NO. 16:** Identify all bank accounts, financial accounts, or repositories of funds that were held, maintained, used, or controlled by you, or in your name, whether directly or indirectly, at any time during the time period alleged in Plaintiffs' Third Amended Consolidated Complaint, including all domestic and foreign accounts. For each such account, state the name of the financial institution, account number (last four digits only), type of account, dates the account was open, and all persons with signatory authority or control over the account.

**RESPONSE TO INTERROGATORY NO. 16:** Lord's Ranch Psychiatric Unit, Inc. objects to this Interrogatory on the grounds that it is overbroad, unduly burdensome, and not proportional to the needs of the case. The Interrogatory seeks detailed financial account information for a separate payroll company that had no control or authority over The Lord's Ranch Christian Boys Home or Trinity Behavioral Health. The Lord's Ranch Psychiatric Unit also objects to this Interrogatory because the entity had ceased active operations and was subsequently dissolved back in 2020. Further, Defendant objects because this Interrogatory seeks information for an entity that did not exist during relevant time periods for the majority of the remaining Plaintiffs as it was not formed until 2001. Lord's Ranch Psychiatric Unit, Inc. further objects to this Request for financial discovery relating to Separate Defendant's personal finances before Plaintiffs can show prima facie entitlement to punitive damages. *See Lodging Dev. & Mgmt., Inc. v. Days Inn Worldwide, Inc.*, No. 3:00CV218 HW, 2001 WL 35756572, at *4 (E.D. Ark. Oct. 18, 2001) (finding Arkansas law requires a plaintiff to make a prima facie case for punitive damages before disclosure required); *Curtis v. Partain*, 272 Ark. 400, 614 S.W.2d 671 (1981), *rev'd on other grounds*, *Lupo v. Lineberger*, 313 Ark. 315, 855 S.W.2d 293 (1993) (holding evidence would have to be produced establishing complaint allegations before ordering disclosure of defendant's

financial statement). Further, when a plaintiff sues two or more defendants for punitive damages, as Plaintiffs do here, the plaintiff waives his right to prove the financial condition of any one of them. *Life & Casualty Ins. Co. v. Padgett*, 241 Ark. 353, 356-357; 407 S.W.2d 728, 730 (1966). Separate Defendant, therefore, objects to this Request because it seeks personal and private information and is overbroad, irrelevant to any of Plaintiffs' claims, and not proportional to the needs of the case considering the relevant factors under Federal Rule of Civil Procedure 26(b)(1).

Defendant further objects to this Interrogatory as overbroad, unduly burdensome, and not likely to lead to the discovery of admissible evidence because Lord's Ranch Psychiatric Unit, Inc. previously operated as a payroll company, ceased active operations years ago, and subsequently forfeited its charter on or around 2020.

Respectfully submitted,

**MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.**
4206 South J.B. Hunt Drive, Suite 200
Rogers, Arkansas 72758
Direct: (479) 464-5670
Facsimile: (479) 464-5680
smiller@mwlaw.com
jalexander@mwlaw.com

By: _____
Stuart P. Miller, Ark. Bar No. 88137
John E. Alexander, Ark. Bar No. 2015248

*Attorneys for Separate Defendants*

**ROETZEL & ANDRESS, LPA**
30 N. LaSalle Street, Suite 2800
Chicago, IL  60602
Phone: 312.580.1200
mscotti@ralaw.com

By: */s/ Michael J. Scotti*
Michael J. Scotti, III
*Pro Hac Vice*

## CERTIFICATE OF SERVICE

I, Stuart Miller, do hereby certify that I served a copy of the foregoing to the below named persons via email on this 1st day of June 2026:

Joshua Gillispie
GILLISPIE LAW FIRM
1 Riverfront Place, Suite 605
North Little Rock, AR 72114
josh@gillispielawfirm.com

Stephen Blandin (*pro hac vice*)
Daisy Ayllon (*pro hac vice*)
Jason Friedl (*pro hac vice*)
Patrick Huber (*pro hac vice*)
ROMANUCCI & BLANDIN LLC
321 N Clark Street, Suite 900
Chicago, IL 60654
sblandin@rblaw.net
dayllon@rblaw.net
phuber@rblaw.net

Jay Bequette
Phillip M. Brick, Jr.
BEQUETTE, BILLINGSLEY & KEES, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
jbequette@bbpalaw.com
pbrick@bbpalaw.com

Stuart P. Miller