# EXHIBIT 14

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**JOHN DOES 1, 2, 4, 5, 6, & 8; MICHAEL**
**ROBINSON; and MAURICE COLLINS**                    **PLAINTIFFS**

**v.**                    **No. 3:23-cv-230-DPM**

**EMMETT PRESLEY, et al.**                    **DEFENDANTS**

**JOHN DOES 9-12 &14-16; and**
**NATHAN HARMON**                    **PLAINTIFFS**

**v.**                    **No. 3:24-cv-3-DPM**

**EMMETT PRESLEY, et al.**                    **DEFENDANTS**

**JOHN DOES 19-24 & 29-30**                    **PLAINTIFFS**

**v.**                    **No. 3:24-cv-12-DPM**

**EMMETT PRESLEY, et al.**                    **DEFENDANTS**

**DEFENDANT, CHRISTIAN INTERNATIONAL MEDICAL SCIENCES FOUNDATION**
**INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' SECOND SET OF**
**INTERROGATORIES**

COMES NOW, Defendant, Christian International Medical Sciences Foundation, Inc., by

and through its attorneys, Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C., and for its

*Objections and Responses to Plaintiffs' Second Set of Interrogatories* states as follows:

**INTERROGATORY NO. 1:** State your full legal name, all former names, and any

fictitious names or DBAs used at any time.

**RESPONSE TO INTERROGATORY NO. 1:** The full legal name for this entity is

Christian International Medical Sciences Foundation, Inc. Upon reasonable inquiry, Defendant is

not aware of any former names, fictitious names, or DBAs used by this entity.

**INTERROGATORY NO. 2:** State the date and state of your incorporation or formation, and your current status, including whether you are active, dissolved, or forfeited.

**RESPONSE TO INTERROGATORY NO. 2:** This entity was incorporated in the State of Arkansas on March 1, 1994. The entity was statutorily dissolved on or about August 1, 2023. It is not currently active.

**INTERROGATORY NO. 3:** Identify all physical addresses used by you, including your principal place of business, all mailing addresses, and any locations where you conducted business, and state the dates each address was used.

**RESPONSE TO INTERROGATORY NO. 3:** The principal place of business for Christian International Medical Sciences Foundation, Inc. was located at 1033 Old Burr Road, Warm Springs, Arkansas 72478. The mailing address for this entity was P.O. Box 700, Warm Springs, Arkansas 72478.

**INTERROGATORY NO. 4:** Describe your purpose at the time of formation and any changes to that purpose over time.

**RESPONSE TO INTERROGATORY NO. 4:** At the time of its formation of this entity was to engage in charitable, educational, and social activities, specifically consisting of providing for the health care costs of clients and employees of The Lord's Ranch, a non-profit corporation that provides complete, long-term residential care and services for troubled children and young people. *See* previously produced document at Bates No. (SUHL 000063). Upon reasonable inquiry, Defendant believes this entities purpose may have shifted to starting a global/international ministry with the intent to donate Bibles and provide food to those in need. This entity was founded by Bud Suhl. Ted Suhl initially served as one of the original Incorporators, Board of

Directors, and Treasurer but ultimately stopped working with the company after Bud Suhl shifted its purpose to global/international ministry.

**INTERROGATORY NO. 5:** Identify all persons who have served as officers, directors, members, managers, or owners of your entity, and state their titles, dates of service, and roles and responsibilities.

**RESPONSE TO INTERROGATORY NO. 5:** The following individuals are known to have served as officers, directors or in other capacities for Christian International Medical Sciences Foundation, Inc.  The original Officers were Jack Hanberry (President); Mary Malone (Secretary), and Ted Suhl (Treasurer).   The initial Board of Directors included Jack Hanberry, Ted Suhl, Bud Suhl, Alonzo Jiles, and Patty Smith.  Defendant is unable to state with specificity the exact dates of service for each individual at this time. Ted Suhl initially served as one of the original Incorporators, Board of Directors, and Treasurer but ultimately stopped working with the company after Bud Suhl shifted its purpose to global/international ministry.

**INTERROGATORY NO. 6:** Identify all persons responsible for day-to-day management or decision-making for your entity during the time period alleged in Plaintiffs' Third Amended Consolidated Complaint.

**RESPONSE TO INTERROGATORY NO. 6:** The following individuals are believed to have been responsible for day-to-day management or decision-making for Christian International Medical Sciences Foundation, Inc.: Bud Suhl, Jack Hanberry, and Mary Malone.

**INTERROGATORY NO. 7:** Identify all entities with which you shared officers, directors, employees, physical addresses, or business operations.

**RESPONSE TO INTERROGATORY NO. 7:** Christian International Medical Sciences Foundation, Inc. shared a principal place of business with The Lord's Ranch Christian Boys Home

and Trinity Behavioral Health Care System, Incorporated.  It also had management personnel that served as officers or managers of other named entity Defendants.

Bud Suhl served as the founder, owner, and Chairman of the Board of this Defendant.  Bud Suhl also served as an officer and/or director, at least at some point, of separate named entity defendants – Burklyn Corporation, The Lord's Ranch Christian Center and Children's Rehabilitation Unit, The Lord's Ranch Christian Boy's Home, and The Lord's Ranch Psychiatric Unit, Inc

Ted Suhl served as the Treasurer of this Defendant for a period and also served as an officer and/or director, at least at some point, of separate named entity defendants – The Lord's Ranch Behavioral Healthcare System Incorporated (which became Trinity Behavioral Health), Maxus, Inc., Burklyn Corporation, Warm Springs Christian center, The Lord's Ranch Christian Center and Children's Rehabilitation Unit, Trinity Dynamics Incorporated, Horizon Sunrise Management, Triennia Health Care, Inc., Millinea Health Care, Inc., Green Valley Asset Management, Cornerstone Treatment Center, Inc., Rolling Hills Investments, Trinity Dynamics, Inc., LLC, The Lord's Ranch Christian Boys Home., and The Lord's Ranch Psychiatric Unit, Inc

**INTERROGATORY NO. 8:** Describe all business activities conducted by you during the time period alleged in Plaintiffs' Third Amended Consolidated Complaint.

**RESPONSE TO INTERROGATORY NO. 8:** Defendant incorporates by reference its Response for Interrogatory No. 4. Bud Suhl started this company and used this as an international ministry to distribute Bibles and feed those in need.

**INTERROGATORY NO. 9:** Identify all facts supporting your contention that you had no involvement in the allegations in this case.

**RESPONSE TO INTERROGATORY NO. 9:** Defendant incorporates by reference its Response to Interrogatory No. 4. Upon information and belief, Bud Suhl used this as an international ministry to distribute Bibles and feed those in need. Defendant contends that the limited and charitable nature of this entity's actual operations supports its position that it had no involvement in the allegations set forth in this case.

**INTERROGATORY NO. 10:** Identify all persons with knowledge of the facts stated in your response to Interrogatory No. 9.

**RESPONSE TO INTERROGATORY NO. 10:** The following individuals who have the most direct knowledge are Bud Suhl, Jack Hanberry, and Mary Malone. Other individuals who may have some knowledge are Ted Suhl, Alonzo Giles, and Patricia Smith.

**INTERROGATORY NO. 11:** Identify all documents that support, relate to, or were relied upon in making the contention described in Interrogatory No. 9.

**RESPONSE TO INTERROGATORY NO. 11:** The documents that support, relate to, or were relied upon in making the contention described in Interrogatory No. 9 include the Articles of Incorporation for Christian International Medical Sciences Foundation, Inc., the Articles of Dissolution, and publicly available records maintained on the Arkansas Secretary of State's database. Documents were previously provided to Plaintiffs as Bates No. SUHL (000063-000067). This entity ceased operations many years ago and was subsequently statutorily dissolved. We also consulted with individuals with knowledge.

**INTERROGATORY NO. 12:** Identify all custodians whose files were searched, or who were consulted, in responding to Plaintiffs' Requests for Production to you.

**RESPONSE TO INTERROGATORY NO. 12:** After reasonable inquiry and a diligent search, Christian International Medical Sciences Foundation, Inc. states that this entity has been

dissolved and/or forfeited. We made reasonable efforts to identify and locate documents related to this entity, including inquiring of individuals with knowledge of the entity's operations and searching for any physical or electronic records that may have been maintained by or on behalf of the entity, including at the physical office in 1033 Old Burr Road.  Unfortunately, the primary individuals including Bud Suhl (founder), Jack Hanberry (President), and Mary Malone (Secretary) are deceased.  The only responsive documents that have been located in connection with this entity are the Articles of Incorporation and information available through the Arkansas Secretary of State's website which were previously provided to Plaintiffs as Bates No. SUHL (000063-000067).

Christian International Medical Sciences Foundation, Inc. reserves the right and agrees to supplement this response if additional information becomes available, consistent with its obligations under the Federal Rules of Civil Procedure,

**INTERROGATORY NO. 13:** Identify all locations, repositories, or sources of information searched for responsive documents, including but not limited to physical locations, email accounts, servers, shared drives, cloud storage, physical files, personal devices, and third-party storage.

**RESPONSE TO INTERROGATORY NO. 13:** Please see Response to Interrogatory No. 12.  Defendant consulted with surviving individuals with any knowledge including Ted Suhl.  Offices at 1033 Old Burr Road were physically searched for documentation.  We also searched for incorporating documents with the Arkansas Secretary of State.

After reasonable inquiry and a diligent search, Christian International Medical Sciences Foundation, Inc. states that this entity previously ceased operations and has been dissolved and/or forfeited, and no physical or electronic repositories of documents maintained by or on behalf of

this entity have been located. The only sources of responsive information that have been identified are the Articles of Incorporation for this entity; and records available through the Arkansas Secretary of State's website. No email accounts, servers, shared drives, cloud storage, physical files, personal devices, or third-party storage locations containing documents of this entity have been identified or located.

**INTERROGATORY NO. 14:** Describe in detail the methods used to search for responsive documents, including but not limited to search terms used, date ranges applied, types of files searched, and whether any custodians or repositories were excluded and the reasons for any such exclusion.

**RESPONSE TO INTERROGATORY NO. 14:** Please see Response to Interrogatories 12 & 13.  Christian International Medical Sciences Foundation, Inc. made reasonable efforts to identify and locate documents related to this entity, including inquiring of individuals with knowledge of the entity's operations like Ted Suhl; searching for any physical or electronic records that may have been maintained by or on behalf of the entity, including at the physical office in 1033 Old Burr Road. Aside from the incorporating documents that were previously produced as Bates No. SUHL (000046-00047), we were unable to locate any other documents.

Christian International Medical Sciences Foundation, Inc. states that this entity has been dissolved and/or forfeited and there are no additional responsive documents within its possession, custody, or control. Further, the Individuals with the most knowledge - Bud Suhl, Jack Hanberry, and Mary Malone - are all deceased No custodians or repositories were intentionally excluded from the search; rather, no custodians or repositories of documents belonging to this entity could be identified or located beyond the foregoing sources.

Christian International Medical Sciences Foundation, Inc. reserves the right and agrees to supplement this response if additional information becomes available, consistent with its obligations under the Federal Rules of Civil Procedure.

**INTERROGATORY NO. 15:** State whether any documents relating to (a) Your corporate structure, (b) Your relationship with any Related Entity, or (c) The operation of The Lord's Ranch ever existed but are no longer in Your possession, custody, or control, and if so, describe the nature of such documents and the circumstances under which they were lost, destroyed, or transferred.

**RESPONSE TO INTERROGATORY NO. 15:** After reasonable inquiry and a diligent search, Christian International Medical Sciences Foundation, Inc. states that documents relating to its corporate structure were previously produced as Bates No. SUHL (000063-000067).  We also consulted officers and individuals with knowledge of its structure and where documents would have been kept.  We believe this entity ceased operations years ago and was subsequently statutorily dissolved.

Christian International Medical Sciences Foundation, Inc. does not have any documents related to an alleged relationship with another "related entity."  The only similarity with other named Defendants is that Bud Suhl founded the company and that Ted Suhl served as an initial Board of Director and Treasurer. This entity was founded in 1994 by Bud Suhl and subsequently shifted its purpose to starting a global/international ministry with the intent to donate Bibles and provide food to those in need.  As such, we have no documents that would evidence a relationship with a "related entity."  In addition, the founder Bud Suhl is deceased and the entity ceased active operations years ago before becoming statutorily dissolved.  As such, Christian International Medical Sciences Foundation, Inc.'s has no documents in its possession, custody, or control.

Christian International Medical Sciences Foundation, Inc never had any documentation in its possession, custody, or control related to the operation of The Lord's Ranch Christian Boys Home or Trinity Behavioral Health. Christian International Medical Sciences Foundation, Inc was a separate entity and would have never had any such documentation. Defendant never intentionally destroyed any documents. The business ceased any active operations years ago and was statutorily dissolved.

Christian International Medical Sciences Foundation, Inc. reserves the right to supplement this response as additional information becomes available, consistent with Christian International Medical Sciences Foundation, Inc.'s obligations under the Federal Rules of Civil Procedure.

**INTERROGATORY NO. 16:** Identify all bank accounts, financial accounts, or repositories of funds that were held, maintained, used, or controlled by you, or in your name, whether directly or indirectly, at any time during the time period alleged in Plaintiffs' Third Amended Consolidated Complaint, including all domestic and foreign accounts. For each such account, state the name of the financial institution, account number (last four digits only), type of account, dates the account was open, and all persons with signatory authority or control over the account.

**RESPONSE TO INTERROGATORY NO. 16:** Christian International Medical Sciences Foundation, Inc. objects to this Interrogatory on the grounds that it is overbroad, unduly burdensome, and not proportional to the needs of the case. The Interrogatory seeks detailed financial information for an entity that has been dissolved and/or forfeited. It further seeks information for an unrelated entity that was used as a charitable entity to donate bibles and feed the hungry. Christian International Medical Sciences Foundation, Inc. further objects to this Request for financial discovery relating to Separate Defendant's personal finances before Plaintiffs

can show prima facie entitlement to punitive damages. *See Lodging Dev. & Mgmt., Inc. v. Days Inn Worldwide, Inc.*, No. 3:00CV218 HW, 2001 WL 35756572, at *4 (E.D. Ark. Oct. 18, 2001) (finding Arkansas law requires a plaintiff to make a prima facie case for punitive damages before disclosure required); *Curtis v. Partain*, 272 Ark. 400, 614 S.W.2d 671 (1981), *rev'd on other grounds*, *Lupo v. Lineberger*, 313 Ark. 315, 855 S.W.2d 293 (1993) (holding evidence would have to be produced establishing complaint allegations before ordering disclosure of defendant's financial statement). Further, when a plaintiff sues two or more defendants for punitive damages, as Plaintiffs do here, the plaintiff waives his right to prove the financial condition of any one of them. *Life & Casualty Ins. Co. v. Padgett*, 241 Ark. 353, 356-357; 407 S.W.2d 728, 730 (1966). Separate Defendant, therefore, objects to this Request because it seeks personal and private information and is overbroad, irrelevant to any of Plaintiffs' claims, and not proportional to the needs of the case considering the relevant factors under Federal Rule of Civil Procedure 26(b)(1).

Defendant further objects to this Interrogatory as overbroad, unduly burdensome, and not likely to lead to the discovery of admissible evidence because Christian International Medical Sciences Foundation, Inc. ceased active operations years ago and is a dissolved entity. Defendant further objects to the extent it charitable immunity is applicable.

Respectfully submitted,

**MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.**
4206 South J.B. Hunt Drive, Suite 200
Rogers, Arkansas 72758
Direct: (479) 464-5670
Facsimile: (479) 464-5680
smiller@mwlaw.com
jalexander@mwlaw.com

By: _____
Stuart P. Miller, Ark. Bar No. 88137
John E. Alexander, Ark. Bar No. 2015248

*Attorneys for Separate Defendants*

**ROETZEL & ANDRESS, LPA**
30 N. LaSalle Street, Suite 2800
Chicago, IL  60602
Phone: 312.580.1200
mscotti@ralaw.com

By: */s/ Michael J. Scotti*_____
Michael J. Scotti, III
*Pro Hac Vice*

## CERTIFICATE OF SERVICE

I, Stuart Miller, do hereby certify that I served a copy of the foregoing to the below named persons via email on this 1st day of June 2026:

Joshua Gillispie
GILLISPIE LAW FIRM
1 Riverfront Place, Suite 605
North Little Rock, AR 72114
josh@gillispielawfirm.com

Stephen Blandin (*pro hac vice*)
Daisy Ayllon (*pro hac vice*)
Jason Friedl (*pro hac vice*)
Patrick Huber (*pro hac vice*)
ROMANUCCI & BLANDIN LLC
321 N Clark Street, Suite 900
Chicago, IL 60654
sblandin@rblaw.net
dayllon@rblaw.net
phuber@rblaw.net

Jay Bequette
Phillip M. Brick, Jr.
BEQUETTE, BILLINGSLEY & KEES, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
jbequette@bbpalaw.com
pbrick@bbpalaw.com

Stuart P. Miller