# EXHIBIT 18

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

| | |
|---|---|
| **JOHN DOES 1, 2, 4, 5, 6, & 8; MICHAEL**<br>**ROBINSON; and MAURICE COLLINS** | **PLAINTIFFS** |
| **v.**               **No. 3:23-cv-230-DPM** | |
| **EMMETT PRESLEY, et al.** | **DEFENDANTS** |
| **JOHN DOES 9-12 &14-16; and**<br>**NATHAN HARMON** | **PLAINTIFFS** |
| **v.**               **No. 3:24-cv-3-DPM** | |
| **EMMETT PRESLEY, et al.** | **DEFENDANTS** |
| **JOHN DOES 19-24 & 29-30** | **PLAINTIFFS** |
| **v.**               **No. 3:24-cv-12-DPM** | |
| **EMMETT PRESLEY, et al.** | **DEFENDANTS** |

**DEFENDANT, WARM SPRINGS CHRISTIAN CENTER INC.'S OBJECTIONS AND**
**RESPONSES TO PLAINTIFFS' SECOND SET OF INTERROGATORIES**

COMES NOW, Defendant, Warm Springs Christian Center, Inc., by and through its

attorneys, Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C., and for its *Objections and*

*Responses to Plaintiffs' Second Set of Interrogatories* states as follows:

**INTERROGATORY NO. 1:** State your full legal name, all former names, and any

fictitious names or DBAs used at any time.

**RESPONSE TO INTERROGATORY NO. 1:** The full legal name of this entity is Warm

Springs Christian Center, Inc. Upon information and belief, this entity has not used any former

names, fictitious names or DBAs at any time.

**INTERROGATORY NO. 2:** State the date and state of your incorporation or formation, and your current status, including whether you are active, dissolved, or forfeited.

**RESPONSE TO INTERROGATORY NO. 2:** This entity was incorporated in the State of Arkansas on February 17, 1995. The entity is currently active and in good standing.

**INTERROGATORY NO. 3:** Identify all physical addresses used by you, including your principal place of business, all mailing addresses, and any locations where you conducted business, and state the dates each address was used.

**RESPONSE TO INTERROGATORY NO. 3:** The following physical and mailing address have been used by Warm Springs Christian Center: Hwy 62 West at Bowers Street, Pocahontas, Arkansas 72455; P.O. Box 494, Pocahontas, Arkansas 72455; 916 Saunders Heights, Berryville, Arkansas 72616; and 1033 Old Burr Road, Warm Springs, Arkansas 72478.

**INTERROGATORY NO. 4:** Describe your purpose at the time of formation and any changes to that purpose over time.

**RESPONSE TO INTERROGATORY NO. 4:** At the time of its formation, the purpose of this entity is to engage in retail business enterprises and to conduct all activities related thereto. It operates retail sales for groceries and gas.

**INTERROGATORY NO. 5:** Identify all persons who have served as officers, directors, members, managers, or owners of your entity, and state their titles, dates of service, and roles and responsibilities.

**RESPONSE TO INTERROGATORY NO. 5:** The following persons have served in the identified capacities for Warm Springs Christian Center: Bud Suhl; Robert C. Foster, Incorporator and Member of the Board of Directors; Ted Suhl, President.

**INTERROGATORY NO. 6:** Identify all persons responsible for day-to-day management or decision-making for your entity during the time period alleged in Plaintiffs' Third Amended Consolidated Complaint.

**RESPONSE TO INTERROGATORY NO. 6:** Robert Foster and possibly Bud Suhl was the person responsible for day-to-day management and decision-making for Warm Springs Christian Center during the time period alleged in Plaintiffs' Third Amended Consolidated Complaint. Later, Ted Suhl was named President and is responsible for day-to-day decision making.

**INTERROGATORY NO. 7:** Identify all entities with which you shared officers, directors, employees, physical addresses, or business operations.

**RESPONSE TO INTERROGATORY NO. 7:** Warm Springs Christian Center shares a principal place of business, mailing address shared a principal place of business and mailing address with other entities located at 1033 Old Burr Road, which included The Lord's Ranch Christian Boys Home, Inc. and Trinity Behavioral Health.

Bud Suhl also served as an officer and/or director, at least at some point, of separate named entity defendants – Burklyn Corporation, The Lord's Ranch Christian Center and Children's Rehabilitation Unit, Christian International Medical Sciences Foundation, Inc., and The Lord's Ranch Psychiatric Unit, Inc., The Lord's Ranch Christian Boys Home, Inc., and Good Samaritan Rehabilitation Center, Inc.

Ted Suhl served as President of this entity at one point. He also served as an officer and/or director, at least at some point, of separate named entity defendants – The Lord's Ranch Behavioral Healthcare System Incorporated (which became Trinity Behavioral Health), Maxus, Inc., Burklyn Corporation, Warm Springs Christian center, The Lord's Ranch Christian Center and Children's

Rehabilitation Unit, Trinity Dynamics Incorporated, Horizon Sunrise Management, Triennia Health Care, Inc., Millinea Health Care, Inc., Green Valley Asset Management, Rolling Hills Investments, Trinity Dynamics, Inc., LLC, The Lord's Ranch Christian Boys Home, Christian International Medical Sciences Foundation, Inc., Cornerstone Treatment Center, Inc. The Lord's Ranch Psychiatric Unit, Inc., and Good Samaritan Rehabilitation Center, Inc.

**INTERROGATORY NO. 8:** Describe all business activities conducted by you during the time period alleged in Plaintiffs' Third Amended Consolidated Complaint.

**RESPONSE TO INTERROGATORY NO. 8:** Defendant refers Plaintiffs to its Response for Interrogatory No. 4. The purpose of Warm Springs Christian Center is to engage in retail business enterprises and to conduct all activities related thereto. It operated retails sales of groceries and gasoline.

**INTERROGATORY NO. 9:** Identify all facts supporting your contention that you had no involvement in the allegations in this case.

**RESPONSE TO INTERROGATORY NO. 9:** Defendant refers Plaintiffs to its Response for Interrogatory No. 4. Warm Springs Christian Center was created solely to engage in retail business enterprises. It sold groceries and gasoline. The only association this entity has with The Lord's Ranch and/or Trinity Behavioral Health is that it shared a physical home office address, the entity was owned by Bud Suhl, and Ted Suhl later served as an officer. Warm Springs Christian Center was not licensed to operate, and did not operate, a psychiatric or residential care facility. Warm Springs had no control over the hiring practices, policies or procedures, or operations of The Lord's Ranch Christian Boys Home, Inc. or Trinity Behavioral Health. Warm Springs Christian Center had no involvement in, management of, or operational role with respect to The Lord's Ranch or Trinity Behavioral Health and never did.

**INTERROGATORY NO. 10:** Identify all persons with knowledge of the facts stated in your response to Interrogatory No. 9.

**RESPONSE TO INTERROGATORY NO. 10:** The following persons have knowledge of the facts stated in Defendant's Response to Interrogatory No. 9: Ted Suhl.

**INTERROGATORY NO. 11:** Identify all documents that support, relate to, or were relied upon in making the contention described in Interrogatory No. 9.

**RESPONSE TO INTERROGATORY NO. 11:** The documents that support the contention described in Interrogatory No. 9 were previously produced at Bates No. SUHL (000043-000045).

**INTERROGATORY NO. 12:** Identify all custodians whose files were searched, or who were consulted, in responding to Plaintiffs' Requests for Production to you.

**RESPONSE TO INTERROGATORY NO. 12:** After reasonable inquiry and a diligent search, Warm Springs Christian Center, Inc. states that it consulted with Individuals with knowledge of the business including President Ted Suhl.  Offices at 1033 Old Burr Road were physically searched for documentation.  We also obtained incorporation documents from the Arkansas Secretary of State that were previously produced as Bates No. SUHL (0000443-00045). Center, Inc. reserves the right and agrees to supplement this response if additional information becomes available, consistent with its obligations under the Federal Rules of Civil Procedure

**INTERROGATORY NO. 13:** Identify all locations, repositories, or sources of information searched for responsive documents, including but not limited to physical locations, email accounts, servers, shared drives, cloud storage, physical files, personal devices, and third-party storage.

**RESPONSE TO INTERROGATORY NO. 13:** Please see Response to Interrogatory No. 12. Defendant consulted with individuals with knowledge including President Ted Suhl. Offices at 1033 Old Burr Road were physically searched for documentation. We also searched for incorporating documents with the Arkansas Secretary of State that were previously produced as Bates No. SUHL (0000443-00045). Further, we inquired into any potential applicable insurance information. Warm Springs Christian Center, Inc. states that a diligent search was conducted of all locations and repositories reasonably believed to contain responsive documents. This search included inquiry into any physical files, records, or documents associated with the entity.

**INTERROGATORY NO. 14:** Describe in detail the methods used to search for responsive documents, including but not limited to search terms used, date ranges applied, types of files searched, and whether any custodians or repositories were excluded and the reasons for any such exclusion.

**RESPONSE TO INTERROGATORY NO. 14:** Please see Responses to Interrogatories No. 12 & 13. Warm Springs Christian Center, Inc. made reasonable efforts to identify and locate documents related to this entity, including inquiring of individuals with knowledge of the entity's operations like Ted Suhl; searching for any physical or electronic records that may have been maintained by or on behalf of the entity, including at the physical office in 1033 Old Burr Road. We also sent request for records to the Arkansas Secretary of State's Office.

**INTERROGATORY NO. 15:** State whether any documents relating to (a) Your corporate structure, (b) Your relationship with any Related Entity, or (c) The operation of The Lord's Ranch ever existed but are no longer in Your possession, custody, or control, and if so, describe the nature of such documents and the circumstances under which they were lost, destroyed, or transferred.

**RESPONSE TO INTERROGATORY NO. 15:** Warm Springs Christian Center, Inc. states that documents relating to its corporate structure exist and were previously produced as Bates No. SUHL (000043-00045).

Warm Springs Christian Center, Inc. does not have any documents related to an alleged relationship with another "related entity." It was a retail company that did grocery and gas sales. The only similarity with other named Defendants is the aforementioned home office address and that Bud Suhl founded it and Ted Suhl became President. However, there was no relationship with another entity.

Warm Springs Christian Center, Inc. never had any documentation in its possession, custody, or control related to the operation of The Lord's Ranch Christian Boys Home or Trinity Behavioral Health. Warm Springs Christian Center, Inc. is a separate entity and would never have had any such documentation.

Warm Springs Christian Center, Inc. reserves the right to supplement this response if additional information becomes available, consistent with Warm Springs Christian Center, Inc.'s obligations under the Federal Rules of Civil Procedure.

**INTERROGATORY NO. 16:** Identify all bank accounts, financial accounts, or repositories of funds that were held, maintained, used, or controlled by you, or in your name, whether directly or indirectly, at any time during the time period alleged in Plaintiffs' Third Amended Consolidated Complaint, including all domestic and foreign accounts. For each such account, state the name of the financial institution, account number (last four digits only), type of account, dates the account was open, and all persons with signatory authority or control over the account.

**RESPONSE TO INTERROGATORY NO. 16:** Warm Springs Christian Center, Inc. objects to this Interrogatory on the grounds that it is overbroad, unduly burdensome, and not proportional to the needs of the case. The Interrogatory seeks detailed financial account information of an separate entity that conducted unrelated business since it engaged in retail sales of groceries and gasoline. Warm Springs Christian Center, Inc. further objects to this Request for financial discovery relating to Separate Defendant's personal finances before Plaintiffs can show prima facie entitlement to punitive damages. *See Lodging Dev. & Mgmt., Inc. v. Days Inn Worldwide, Inc.*, No. 3:00CV218 HW, 2001 WL 35756572, at *4 (E.D. Ark. Oct. 18, 2001) (finding Arkansas law requires a plaintiff to make a prima facie case for punitive damages before disclosure required); *Curtis v. Partain*, 272 Ark. 400, 614 S.W.2d 671 (1981), *rev'd on other grounds*, *Lupo v. Lineberger*, 313 Ark. 315, 855 S.W.2d 293 (1993) (holding evidence would have to be produced establishing complaint allegations before ordering disclosure of defendant's financial statement). Further, when a plaintiff sues two or more defendants for punitive damages, as Plaintiffs do here, the plaintiff waives his right to prove the financial condition of any one of them. *Life & Casualty Ins. Co. v. Padgett*, 241 Ark. 353, 356-357; 407 S.W.2d 728, 730 (1966). Separate Defendant, therefore, objects to this Request because it seeks personal and private information and is overbroad, irrelevant to any of Plaintiffs' claims, and not proportional to the needs of the case considering the relevant factors under Federal Rule of Civil Procedure 26(b)(1).

Respectfully submitted,

**MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.**
4206 South J.B. Hunt Drive, Suite 200
Rogers, Arkansas 72758
Direct: (479) 464-5670
Facsimile: (479) 464-5680
smiller@mwlaw.com
jalexander@mwlaw.com

By: _____
Stuart P. Miller, Ark. Bar No. 88137
John E. Alexander, Ark. Bar No. 2015248

*Attorneys for Separate Defendants*

**ROETZEL & ANDRESS, LPA**
30 N. LaSalle Street, Suite 2800
Chicago, IL  60602
Phone: 312.580.1200
mscotti@ralaw.com

By: */s/ Michael J. Scotti* _____
Michael J. Scotti, III
*Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I, Stuart Miller, do hereby certify that I served a copy of the foregoing to the below named persons via email on this 1st day of June 2026:

Joshua Gillispie
GILLISPIE LAW FIRM
1 Riverfront Place, Suite 605
North Little Rock, AR 72114
josh@gillispielawfirm.com

Stephen Blandin (*pro hac vice*)
Daisy Ayllon (*pro hac vice*)
Jason Friedl (*pro hac vice*)
Patrick Huber (*pro hac vice*)
ROMANUCCI & BLANDIN LLC
321 N Clark Street, Suite 900
Chicago, IL 60654
sblandin@rblaw.net
dayllon@rblaw.net
phuber@rblaw.net

Jay Bequette
Phillip M. Brick, Jr.
BEQUETTE, BILLINGSLEY & KEES, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
jbequette@bbpalaw.com
pbrick@bbpalaw.com

Stuart P. Miller