# EXHIBIT 23

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

JOHN DOES 1, 2, 4, 5, 6, & 8; MICHAEL
ROBINSON; and MAURICE COLLINS                     PLAINTIFFS

v.                          No. 3:23-cv-230-DPM

EMMETT PRESLEY, et al.                            DEFENDANTS

JOHN DOES 9-12 &14-16; and
NATHAN HARMON                                     PLAINTIFFS

v.                          No. 3:24-cv-3-DPM

EMMETT PRESLEY, et al.                            DEFENDANTS

JOHN DOES 19-24 & 29-30                           PLAINTIFFS


v.                          No. 3:24-cv-12-DPM

EMMETT PRESLEY, et al.                            DEFENDANTS


**DEFENDANT, GREEN VALLEY ASSET MANAGEMENT, LLC'S OBJECTIONS AND
RESPONSES TO PLAINTIFFS' SECOND SET OF INTERROGATORIES**

COMES NOW, Defendant, Green Valley Asset Management, LLC, by and through its

attorneys, Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C., and for its *Objections and

Responses to Plaintiffs' Second Set of Interrogatories* states as follows:

**INTERROGATORY NO. 1:** State your full legal name, all former names, and any

fictitious names or DBAs used at any time.

**RESPONSE TO INTERROGATORY NO. 1:** The full legal name of this entity is Green

Valley Asset Management, LLC. Upon information and belief this entity has not used any former

names, fictitious names or DBAs at any time.

**INTERROGATORY NO. 2:** State the date and state of your incorporation or formation, and your current status, including whether you are active, dissolved, or forfeited.

**RESPONSE TO INTERROGATORY NO. 2:** This entity was formed in the State of Arkansas on May 15, 2007. The entity is currently active and in good standing with the Arkansas Secretary of State.

**INTERROGATORY NO. 3:** Identify all physical addresses used by you, including your principal place of business, all mailing addresses, and any locations where you conducted business, and state the dates each address was used.

**RESPONSE TO INTERROGATORY NO. 3:** The mailing address for Green Valley Asset Management, LLC is 1033 Old Burr Road, Warm Springs, Arkansas 72478.

**INTERROGATORY NO. 4:** Describe your purpose at the time of formation and any changes to that purpose over time.

**RESPONSE TO INTERROGATORY NO. 4:** Green Valley Asset Management LLC was formed for the purpose of engaging in investments and the management of investments. Upon information and belief, the entity's stated purpose has not changed since the time of its formation.

**INTERROGATORY NO. 5:** Identify all persons who have served as officers, directors, members, managers, or owners of your entity, and state their titles, dates of service, and roles and responsibilities.

**RESPONSE TO INTERROGATORY NO. 5:** The following individuals have served in the identified capacities for Green Valley Asset Management, LLC: Ted Suhl, has served as Manager from the time of the entity's formation to the present.

**INTERROGATORY NO. 6:** Identify all persons responsible for day-to-day management or decision-making for your entity during the time period alleged in Plaintiffs' Third Amended Consolidated Complaint.

**RESPONSE TO INTERROGATORY NO. 6:** Upon information and belief, the individuals responsible for the day-to-day management and decision making of this entity during the time period alleged in Plaintiffs' Third Amended Consolidated Complaint were Ted Suhl.

**INTERROGATORY NO. 7:** Identify all entities with which you shared officers, directors, employees, physical addresses, or business operations.

**RESPONSE TO INTERROGATORY NO. 7:** Green Valley Asset Management, LLC, shares its mailing address of 1033 Old Burr Road with other named Defendants like the Lord's Ranch Christian Boys Home, Inc. and Trinity Behavioral Health

Additionally, Ted Suhl also served as an officer and/or director, at least at some point, of separate named entity defendants – The Lord's Ranch Behavioral Healthcare System Incorporated (which became Trinity Behavioral Health), Maxus, Inc., Burklyn Corporation, Warm Springs Christian center, The Lord's Ranch Christian Center and Children's Rehabilitation Unit, Trinity Dynamics Incorporated, Horizon Sunrise Management, Triennia Health Care, Inc., Millinea Health Care, Inc., Green Valley Asset Management, Rolling Hills Investments, Trinity Dynamics, Inc., LLC, The Lord's Ranch Christian Boys Home, Christian International Medical Sciences Foundation, Inc., Cornerstone Treatment Center, Inc. and The Lord's Ranch Psychiatric Unit, Inc.

**INTERROGATORY NO. 8:** Describe all business activities conducted by you during the time period alleged in Plaintiffs' Third Amended Consolidated Complaint.

**RESPONSE TO INTERROGATORY NO. 8:** Defendant refers Plaintiffs to its Response for Interrogatory No. 4. Green Valley Asset Management was formed for the purpose of engaging

in investments and the management of investments, and all business activities conducted by the entity during the relevant time period were related thereto.

**INTERROGATORY NO. 9:** Identify all facts supporting your contention that you had no involvement in the allegations in this case.

**RESPONSE TO INTERROGATORY NO. 9:** Defendant refers Plaintiffs to its Response for Interrogatory No. 4. Green Valley Asset Management was formed solely for the purpose of engaging in investments and the management of investments. The entity's only association with The Lord's Ranch and/or Trinity Behavioral Health is that it was created by Ted Suhl and shares a mailing address with some other entities involved in this lawsuit. Green Valley Asset Management LLC had no operational involvement with, management authority over, or financial interest in The Lord's Ranch or Trinity Behavioral Health, and no facts exist to support such a contention.  Further, this entity was created in May 2007, long after the remaining Plaintiffs in the lawsuit had left the Lord's Ranch.  Green Valley Asset Management had no license to operate, and did not operate, a residential or psychiatric treatment facility and was a completely unrelated entity from The Lord's Ranch Christian Boys Home and Trinity Behavioral Health.

**INTERROGATORY NO. 10:** Identify all persons with knowledge of the facts stated in your response to Interrogatory No. 9.

**RESPONSE TO INTERROGATORY NO. 10:** The individuals with knowledge of the facts stated in Response to Interrogatory No. 9 are Ted Suhl.

**INTERROGATORY NO. 11:** Identify all documents that support, relate to, or were relied upon in making the contention described in Interrogatory No. 9.

**RESPONSE TO INTERROGATORY NO. 11:** The documents that support or relate to the contention described in Interrogatory No. 9 are the Articles of Incorporation and the records

maintained on the Arkansas Secretary of State database that were previously provided as Bates No. SUHL (000089-000090). We also consulted with Ted Suhl.

**INTERROGATORY NO. 12:** Identify all custodians whose files were searched, or who were consulted, in responding to Plaintiffs' Requests for Production to you.

**RESPONSE TO INTERROGATORY NO. 12:** After reasonable inquiry and a diligent search, Green Valley Asset Management, LLC states that it consulted with Individuals with knowledge of the business including Ted Suhl. Counsel consulted with the entity's management in connection with responding to this request and a diligent search was conducted. We also obtained incorporation documents from the Arkansas Secretary of State that were previously produced as Bates No. SUHL (000089-000090). Green Valley Asset Management, LLC reserves the right and agrees to supplement this response if additional information becomes available, consistent with its obligations under the Federal Rules of Civil Procedure.

**INTERROGATORY NO. 13:** Identify all locations, repositories, or sources of information searched for responsive documents, including but not limited to physical locations, email accounts, servers, shared drives, cloud storage, physical files, personal devices, and third-party storage.

**RESPONSE TO INTERROGATORY NO. 13:** Please see Response to Interrogatory No. 12.

**INTERROGATORY NO. 14:** Describe in detail the methods used to search for responsive documents, including but not limited to search terms used, date ranges applied, types of files searched, and whether any custodians or repositories were excluded and the reasons for any such exclusion.

**RESPONSE TO INTERROGATORY NO. 14:** Please see Responses to Interrogatories No. 12 & 13.  Green Valley Asset Management, LLC states that counsel conducted a diligent search for responsive documents by consulting with the entity's management regarding the existence and location of any documents pertaining to the entity's formation, structure, operations, and any relationship with The Lord's Ranch, Trinity Behavioral Health, or any related entity. Green Valley Asset Management, LLC made reasonable efforts to identify and locate documents related to this entity, including inquiring of individuals with knowledge of the entity's operations like Ted Suhl; searching for any physical or electronic records that may have been maintained by or on behalf of the entity, including at the mailing address at 1033 Old Burr Road.

**INTERROGATORY NO. 15:** State whether any documents relating to (a) Your corporate structure, (b) Your relationship with any Related Entity, or (c) The operation of The Lord's Ranch ever existed but are no longer in Your possession, custody, or control, and if so, describe the nature of such documents and the circumstances under which they were lost, destroyed, or transferred.

**RESPONSE TO INTERROGATORY NO. 15:** Green Valley Asset Management LLC states that documents relating to its corporate structure exist and were previously produced as Bates No. SUHL (000089-000090).

Green Valley Asset Management, LLC does not have any documents related to an alleged relationship with another "related entity." It was formed in May 2007, long after most, if not all, of the remaining Plaintiffs in the lawsuit claim they had already left the Lord's Ranch.  Further, this is a separate entity that existed to perform the unrelated business activity of investment and asset management. As such, there would be no documents that exists evidencing a relationship with a "related entity."  The only similarity with other named Defendants is that Ted Suhl was also involved with this company.  However, there was no relationship with another "related entity."

Green Valley Asset Management, LLC never had any documentation in its possession, custody, or control related to the operation of The Lord's Ranch Christian Boys Home or Trinity Behavioral Health.  Green Valley did not have the license to operate, nor did it operate, any residential or psychiatric behavioral health treatment facilities.  Green Valley Asset Management, LLC. was a separate entity, engaged in investment and management, and would never have had any such documentation.

Green Valley Asset Management, LLC reserves the right to supplement this response if additional information becomes available, consistent with Green Valley Asset Management, LLC's obligations under the Federal Rules of Civil Procedure.

**INTERROGATORY NO. 16:** Identify all bank accounts, financial accounts, or repositories of funds that were held, maintained, used, or controlled by you, or in your name, whether directly or indirectly, at any time during the time period alleged in Plaintiffs' Third Amended Consolidated Complaint, including all domestic and foreign accounts. For each such account, state the name of the financial institution, account number (last four digits only), type of account, dates the account was open, and all persons with signatory authority or control over the account.

**RESPONSE TO INTERROGATORY NO. 16:** Green Valley Management objects to this Interrogatory on the grounds that it is overbroad, unduly burdensome, and not proportional to the needs of the case. The Interrogatory seeks detailed financial information for a separate entity that was engaged in the unrelated business of investment and asset management.  Further, this entity was formed in 2007, which was after most, if not all, remaining Plaintiffs claimed they had already left the Lord's Ranch.  Green Valley Management further objects to this Request for financial discovery relating to Separate Defendant's personal finances before Plaintiffs can show

prima facie entitlement to punitive damages. *See Lodging Dev. & Mgmt., Inc. v. Days Inn Worldwide, Inc.*, No. 3:00CV218 HW, 2001 WL 35756572, at *4 (E.D. Ark. Oct. 18, 2001) (finding Arkansas law requires a plaintiff to make a prima facie case for punitive damages before disclosure required); *Curtis v. Partain*, 272 Ark. 400, 614 S.W.2d 671 (1981), *rev'd on other grounds*, *Lupo v. Lineberger*, 313 Ark. 315, 855 S.W.2d 293 (1993) (holding evidence would have to be produced establishing complaint allegations before ordering disclosure of defendant's financial statement). Further, when a plaintiff sues two or more defendants for punitive damages, as Plaintiffs do here, the plaintiff waives his right to prove the financial condition of any one of them. *Life & Casualty Ins. Co. v. Padgett*, 241 Ark. 353, 356-357; 407 S.W.2d 728, 730 (1966). Separate Defendant, therefore, objects to this Request because it seeks personal and private information and is overbroad, irrelevant to any of Plaintiffs' claims, and not proportional to the needs of the case considering the relevant factors under Federal Rule of Civil Procedure 26(b)(1).

Respectfully submitted,

**MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.**
4206 South J.B. Hunt Drive, Suite 200
Rogers, Arkansas 72758
Direct: (479) 464-5670
Facsimile: (479) 464-5680
smiller@mwlaw.com
jalexander@mwlaw.com

By: _____

Stuart P. Miller, Ark. Bar No. 88137
John E. Alexander, Ark. Bar No. 2015248

*Attorneys for Separate Defendants*

**ROETZEL & ANDRESS, LPA**
30 N. LaSalle Street, Suite 2800
Chicago, IL  60602
Phone: 312.580.1200
mscotti@ralaw.com

By: */s/ Michael J. Scotti* _____
Michael J. Scotti, III
*Pro Hac Vice*

## CERTIFICATE OF SERVICE

I, Stuart Miller, do hereby certify that I served a copy of the foregoing to the below named persons via email on this 1st day of June 2026:

Joshua Gillispie
GILLISPIE LAW FIRM
1 Riverfront Place, Suite 605
North Little Rock, AR 72114
josh@gillispielawfirm.com

Stephen Blandin (*pro hac vice*)
Daisy Ayllon (*pro hac vice*)
Jason Friedl (*pro hac vice*)
Patrick Huber (*pro hac vice*)
ROMANUCCI & BLANDIN LLC
321 N Clark Street, Suite 900
Chicago, IL 60654
sblandin@rblaw.net
dayllon@rblaw.net
phuber@rblaw.net

Jay Bequette
Phillip M. Brick, Jr.
BEQUETTE, BILLINGSLEY & KEES, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
jbequette@bbpalaw.com
pbrick@bbpalaw.com

Stuart P. Miller