# EXHIBIT 27 2025.10.30 Deposition of Shirley Suhl

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

JOHN DOES 1, 2, 4, 5, 6, & 8; MICHAEL ROBINSON; and MAURICE COLLINS, et al.,

        Plaintiffs,

vs.           No. 3:23-CV-230-DPM (and other related cases)

EMMETT A. PRESLEY, et al.,

        Defendants.

_____

VIDEO AND ORAL DEPOSITION OF SHIRLEY SUHL
TAKEN ON BEHALF OF THE PLAINTIFFS
ON OCTOBER 30, 2025, BEGINNING AT 9:16 A.M.
IN LITTLE ROCK, ARKANSAS
REPORTED BY MIKE WASHKOWIAK, CCR

APPEARANCES:

On behalf of the PLAINTIFFS

        Patrick A. Huber
        ROMANUCCI & BLANDIN, LLC
        321 N. Clark Street, Suite 900
        Chicago, Illinois 60654
        312.253.8790
        phuber@rblaw.net


On behalf of the PLAINTIFFS

        Martin Gould
        Nicholas Wainwright
        STINAR GOULD GRIECO & HENSLEY, PLLC
        101 N. Wacker Drive, Suite 100
        Chicago, Illinois 60606
        312.718.7444
        martin@sgghlaw.com



On behalf of the PLAINTIFFS

       Joshua D. Gillispie
       GILLISPIE LAW FIRM
       1 Riverfront Place, Suite 605
       North Little Rock, Arkansas 72214
       501.244.2020
       josh@gillispielawfirm.com

On behalf of the PLAINTIFFS

       Paul Byrd
       PAUL BYRD LAW FIRM, PLLC
       415 N. McKinley Street, Suite 210
       Little Rock, Arkansas 72205
       501-420-3050
       paul@paulbyrdlawfirm.com

On behalf of the DEFENDANTS SUHL and THE LORD'S RANCH entities

       John Alexander
       MITCHELL WILLIAMS
       4206 South J.B. Hunt Drive, Suite 200
       Rogers, Arkansas 72758
       479.464.5654
       jalexander@mwlaw.com

On behalf of the DEFENDANTS PRESLEY, JILES, and DAVIS

       Phillip M. Brick
       BEQUETTE BILLINGSLEY & KEES
       425 West Capitol Avenue, Suite 3200
       Little Rock, Arkansas 72201
       501.373.5092
       pbrick@bbpalaw.com

Also present:  (via Zoom) Michael Scotti

Videographer:  Sean Shell



A    No.

Q    That's because he -- if he had a criminal history of sexual abuse, he would have threatened the safety of residents at The Lord's Ranch, right?

A    Absolutely.

Q    Ma'am, the Plaintiffs' Third Amended Consolidated Complaint in this case alleges that Emmett Presley sexually abused multiple residents between 1998 and 2006, including while transporting them in his personal vehicle.  Do you admit or deny these allegations?

A    I deny them.

Q    Were you aware that Mr. Presley transported minor residents in his personal vehicle?

A    When he -- he and all of our other social workers did that.

Q    Mr. Presley and all the other social workers transported minor residents in their personal vehicles?

A    Only to the little store and back, which was just a very short distance.

Q    Mr. Presley and these other social workers would transport minor residents -- strike that.  That's a bad question.

When Mr. Presley and these other social workers would transport minor residents, were there any policies ensuring that a third person was in the vehicle with them?

