# EXHIBIT 28
# 2026.05.05 Deposition of John Doe 4

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOHN DOES 1, 2, 4, 5, 6, & 8; MICHAEL ROBINSON; and MAURICE COLLINS ) PLAINTIFFS

v.  No. 3:23-cv-230-DPM

EMMETT PRESLEY, et al.  ) DEFENDANTS

JOHN DOES 9-12 & 14-16; and NATHAN HARMON ) PLAINTIFFS

v.  No. 3:24-CV-3-DPM

EMMETT PRESLEY, et al.  ) DEFENDANTS

JOHN DOES 19-24 & 29-30 ) PLAINTIFFS

v.  No. 3:24-CV-12-DPM

EMMETT PRESLEY, et al.  ) DEFENDANTS.

-----------------------------------

VIDEO DEPOSITION OF

MAY 5, 2026

-----------------------------------

VIDEO DEPOSITION OF                  , produced as a witness at the instance of the Defendants, and duly sworn, was taken in the above-styled and numbered cause on Tuesday, May 5, 2026, from 9:34 a.m. to 4:30 p.m., before Crystal Garrison, CCR, in and for the State of Arkansas, at the Gillispie Law Firm, 1 Riverfront Place, Suite 605, North Little Rock, Arkansas 72114, pursuant to the Federal Rules of Civil Procedure. This deposition was reported stenographically in person and in realtime.

## A P P E A R A N C E S

ATTORNEY FOR THE PLAINTIFF:

MR. PATRICK HUBER
Romanucci & Blandin LLC
321 North Clark Street, Suite 900
Chicago, Illinois 60654
phuber@rblaw.net

MR. JOSHUA GILLISPIE
Gillispie Law Firm
1 Riverfront Place, Suite 605
North Little Rock, Arkansas 72114
josh@gillispielawfirm.com

ATTORNEY FOR EMMETT PRESLEY and ALONZA GILES:

MR. PHILLIP M. BRICK, JR.
Bequette, Billingsley & Kees, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, Arkansas 72201
pbrick@bbpalaw.com

ATTORNEYS FOR THE LORD'S RANCH, et al.:

MR. STUART P. MILLER
MR. JOHN E. ALEXANDER
Mitchell, Williams, Selig, Gates & Woodyard, PLLC
4206 South J.B. Hunt Drive, Suite 200
Rogers, Arkansas 72758
smiller@mwlaw.com
jalexander@mwlaw.com

MR. MICHAEL J. SCOTTI, III (Via Zoom)
Roetzel & Andress, LPA
30 North LaSalle Street
Chicago, Illinois 60602
mscotti@ralaw.com

ALSO PRESENT:

MS. CATHERINE BRUNETTI, Mitchell Williams Paralegal

MR. JOHN SIMS, Legal Videographer

MS. CRYSTAL GARRISON, Certified Court Reporter.

## EXAMINATION INDEX

PAGE

Examination by Mr. Alexander......................6
Examination by Mr. Brick........................244
Examination by Mr. Huber........................258
Further Examination by Mr. Alexander............277
Further Examination by Mr. Brick...............288

Changes and Signature..............................290

Reporter's Certificate..............................292

## EXHIBIT INDEX

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Notice of Deposition, 4 pages | 11 |
| 2 | 2/11/26 Responses and Objections, 24 pages | 21 |
| 3 | Authorizations, 19 pages | 27 |
| 4 | 5/30/23 arrest record, 4 pages | 90 |
| 5 | Thank You note to Alonza Jiles, 4 pages | 212 |
| 6 | Google shot of 13692 State Hwy 251, 1 page | 259 |
| 7 | Google shot of State Hwy P, 1 page | 259 |
| 8 | Google shot of Dropped pin, 1 page | 259 |
| 9 | Photo of the new Murphy House at TLR, 1 page | 260 |
| 10 | Photo of the Kirk house at TLR, 1 page | 261 |
| 11 | Photo of the old Murphy house at TLR, 1 page | 261 |
| 12 | Photo of the general store at TLR, 1 page | 262 |
| 13 | Photo of the ISS unit at TLR, 1 page | 262 |
| 14 | Photo of basketball champs banner, 1 page | 264 |
| 15 | Photo of the main office at TLR, 1 page | 265 |
| 16 | Photo of the main house at TLR, 1 page | 266 |
| 17 | Photo of girls' cottage at TLR, 1 page | 266 |
| 18 | Photo of gate and gravel road, 1 page | 267 |
| 19 | Photo of pond, 1 page | 268 |

129

A. Yeah, I remember going with Mr. P for a little while and K was there.

Q. And then let's get into the first time you allege something more than just driving around town.
Was K -- did K get checked out with you then?

A. Yeah. He was already out the class already. We wasn't in the same class. So when Mr. P came and got me, K was in the hallway waiting.

Q. Okay. And so in your own words, kind of describe what happened.

A. I knew I was going with Mr. P because K told me, "I'm going to get Mr. P to come get you." That was a regular thing.
I said, "All right. Cool."
He came and got me, take me out, everyone got in the car, and Mr. P started off driving, and we drove off the campus and went -- we made a right and went up the road past the Sorrell House and past the state line over to Missouri on the back road and made a right on the first dirt road right there.

Q. And did y'all stop at the -- did y'all stop for any food or buy anything, or just drive?

A. No.

Q. Mr. P is driving. Is Mr. Katronn in the passenger

130

seat?

A. No. I am. K was in the backseat at this time.

Q. And you're in the passenger seat?

A. Yes.

Q. Okay. And then y'all drive off and turned down a dirt road.
What happens next?

A. Mr. P asked me do I want to drive; he think I'm ready to drive. And we switched sides. He gets on the passenger side; I get on the driver side. And I started driving. K is in the backseat. This time K is behind me.
And I start driving on the dirt road. And as I'm driving, Mr. P has his hand on the steering wheel. I'm driving, my hands on the steering wheel as well. And he lets his hand off the steering wheel as I'm driving and he puts his hand on my leg. He said, "You're doing good. You're doing good. You're doing good."
You know, I kind of pushed his hand off. "What you doing, Mr. P?"
He says, "It's all right. You all right. You like those shoes? You like those snacks? I'm going to teach you how to drive. Just keep driving."
And so in that moment in time, we just going back

131

and forth, but I'm kind of shocked that he's touching me, you know. At the same time, you know, I don't know what's really happening. So as I'm driving, I hit the brakes and that's when, you know, I'm telling him, "What you doing, Mr. P? I'm straight."
And he says, "No. I know you got" -- "I bet that dick big. I bet" -- "I bet it got a nice size on it. Let me see it."
I said "No." And K grabbed me by my -- from the back of the car, he grabbed me by my neck pretty much, and I'm letting that happen. I'm not fighting K, really.
And Mr. P like, "Let me see it," you know, "Let me do it."
And he go in my pants and he grabs my -- grabs my private. And I tell him "No." And I asked him like, "Damn, Mr. P, no, I'm straight. I'm straight."
He said, "I just want to see it." And I let him see it. And then he starts to put his mouth on me. He did that till it was over with.

Q. Mr. , when you said that K kind of grabbed you by the shoulders and Mr. P asked to see it, do you remember what you were wearing at the time? Were you wearing jeans or pants or...

A. Jogging pants and a shirt.

132

Q. And did you take your pants off or did Mr. Presley take your pants off?

A. He never took the pants off. He just grabbed it like here and pulled it, like, down.

Q. Okay. And at this time, K was holding you from behind in the car?

A. K grabbed me by my neck.
Now, before it gets to that point, now, as I'm driving, Mr. P is rubbing on my leg, and by the time -- by the time K grabs me, Mr. P already had his hand in my pants.

MR. HUBER: Remember to keep your voice up.

Q. (BY MR. ALEXANDER) I assume you stopped driving at this point?

A. Yeah, the car is stopped. And once I hit the brakes, and Mr. P already put the car in drive, because, mind you, he was helping me drive at that time.

Q. Uh-huh.

A. Let's go back. There was a couple times when I started riding with Mr. P -- and when I used to drive, he used to have his arm on the steering wheel and have his other arm behind people. So if I'm driving, he's teaching me to drive. I'm looking in the rear view at times and I can see -- I can't see what he 's doing, but I could see he's doing something with somebody. I think

137

A.   Huh-uh.

Q.   So then you get dropped off and you go back to class.

     Did you tell your teacher right then?

A.   No.  I didn't tell anybody right then and there.  My head was kind of -- I couldn't believe what just happened.  I was trying to process it, honestly.  And I didn't know who to tell.

     But at that time, I was close -- very close with Alonza.  I looked up to him.  I thought I was close with him.  I looked up to him.  And I seen all the guys, everybody, you know, going to him for things and stuff like that.  So I felt like he was somebody I could confide in and tell something to.

Q.   Okay.  So you didn't -- you went back and finished school and class that day; correct?

A.   Uh-huh.

Q.   Who was the first person you told about this?

A.   Alonza.

Q.   And when did you tell him?

A.   Sometime after.  I don't remember the exact time, but probably the next day or the day after.

Q.   So within a day or two, you told Alonza?

A.   Yeah.

Q.   Explain --

138

A.   I made up in my head that, you know, maybe the phone calls -- maybe that wasn't true what he said, that he would take from me and stuff like that.  So, yeah, I decided to go to Alonza.

Q.   Before you went and talked with Alonza, did you have any conversation with K        ?

A.   No.

Q.   Okay.  I mean, he was your roommate at the time; is that correct?

A.   No.

Q.   Okay.

A.   He was my roommate at a time.  But they moved people around from different rooms and different places.

Q.   Was -- when was K       your roommate?

A.   I want to say, you know, when I first come to The Ranch, he was my roommate.

Q.   And how long was K       your roommate?

A.   I can't remember.  It was some time, though.

Q.   A couple months?

A.   I'm not sure.

Q.   Okay.

A.   We moved around.  We switched roommates periodically, a lot.

Q.   But at the time that this incident happened, K was not your roommate?

139

A.   He was not, no.

Q.   Was K        still living in the same residence, house as you?

A.   I don't think so.  I think he had moved by this time.

Q.   But you didn't speak with him after this happened for the next two days?

A.   No.

Q.   Okay.

A.   I wasn't trying to say nothing to him.  I wasn't trying to bring it back up, any of that.

Q.   So then let's get to one or two days -- either the next day or the following day, you decide you're going to tell Alonza Jiles.

     Is there a reason you wanted to tell Alonza?

A.   Yeah.  I told you I thought he was somebody I could confide in.  He was my coach.  He is the coach.  And he seemed like he was against, you know, gay activity and stuff like that going on at The Ranch.

     He seemed like he was the type of person that -- you know, he's a preacher.  He's a pastor.  You know, he's the deputy director.  He's the coach.  He's the guy we used to see, you know, if something wrong with the staff.  They go to him and he says things.  If it doesn't work, then he goes to Ted and it gets done.  So

140

that's why.

Q.   Okay.  So was -- Alonza was your coach at that time.

     Were you already on the basketball team?

A.   No.  I don't think I was on the basketball team for some time.  First, I think I was too small.  But I had to develop.  So basketball didn't come around for a couple years.

Q.   So how did you get to know Alonza before you told him?

A.   How did I get to know him?  He's the pastor.  He's basketball coach.  Whether I played ball or not, he's still -- you know -- he's the basketball coach.  So we going to games, you know, we're going to interact with him all the time.

     And he's the type of guy that comes around to the houses on a regular to see the kids, see the staff.  Once again, he's the pastor, he's the preacher, so you know you're going to have your one-on-ones and talk to him.

Q.   When you say he's the pastor and the preacher, did you ever go to any of his sermons?

A.   Had to.  It was part of our services.  And we had Wednesday, Friday, and Sunday where we had service every week.  And he was the head of that.

Q.   Okay.  So you had spoken with him before and knew

him a little bit?

A.   Yeah.  I knew him enough and felt enough trust to come to him and tell him.

Q.   And so you go -- where did you find Alonza -- let's just go back.

Where did you find Alonza to tell him?

A.   I found him at like a recess on the main campus, and he pulled up like he always do.  And I asked him can I talk to him, please; I got to tell him something.  And he let me get in the truck, his truck.

And I basically told him, "I was riding with K and Mr. P and Mr. P put his mouth on me."

And he looked, he said, "What?  Dude, what?  What did you just say to me?"  And I told him.  And he was like, "You sure?  You positive?"  He said, "All right.  Don't say nothing to nobody.  I'm going to get back with you."

And the next time it was -- he called me in his office at the main house.

Q.   And after you spoke with him in the car, how long was it until he called you into his office in the main house?

A.   Like that evening or the next day.

Q.   So --

A.   It was very shortly he called me in the main office,

in the room.  And Ted was there.  And that's when Ted sat down next to Alonza and he was like, "Tell him what you told me."  And I told Ted exactly how it went.

And Ted looks at Alonza and looks at me and said, "Dude, I know you're lying.  I know you're lying."  He said, "Mr. P said he's not like that.  He's making this up.  You're making this up.  You're lying."

And he said something else to Alonza, and they went out the room and came back in the room and he told me that "Ted told me that he was going to deal with it.  Don't say nothing to nobody.  Don't bring it up, don't mention it, and he's going to deal with it."  But he needs to find out if I'm telling the truth or not, if I'm lying or not.

Q.   So when you said Alonza called you into the office, I mean, did he call you out of class or did he get you from dinner or from your resident hall?  How did that work?

A.   I can't remember.  I remember the first time I told him was around noontime and I got in his truck and told him.  And then it was later on that he brought me to the office, the main office, where I told Ted.

Q.   Okay.  So when he came back to get you, were you -- do you recall, were you at your residence hall?

A.   I think he came and got me from the Sorrell House,

but I'm not sure.  But I think he came and picked me up from one of the houses and brought me to The Ranch, to the main office.

Q.   And where's the main office located?

A.   Where is it located?

Q.   Yeah.

A.   Warm Springs.

Q.   I'm talking -- I know where The Ranch in general is.

A.   Okay.  What do you mean "located"?  Like, how can I give you --

Q.   So you're coming onto The Ranch.  I'm asking where the main office is located.

A.   So when you come onto The Ranch, you -- the first place on your right is going to be the pavilion and then you have the school -- the chapel and the school area.

If you keep driving down, you're going to have the mechanic shops and the barn shop where we have Job Corps class there.

And then you go further down, there's trailers there and there's another barn and then there's a cafeteria and then there's the main office and the main house.

Q.   And so you go in the main office.  You walk in with Alonza.

A.   Uh-huh.

Q.   Once you get into the main office, where do you go?

A.   To my right and to this other office.

Q.   So right up there --

A.   I believe that was Alonza's office.  Or that was the room where you have your one-on-ones and have sessions.  So I went in there.

Q.   When you say "your one-on-ones and have" sessions, with who?

A.   Whoever.  That's why I spoke with Alonza a lot.  That's one of the rooms that you would see people go in with whoever, you know, for a conversation and stuff like that.

Q.   Do you mean like the counselors?

A.   It was like a meeting room, basically.

Q.   Okay.  And it was right up at the front?  You think it was Alonza's office?

A.   I think so.

Q.   Okay.  So you go into Alonza's office.  Was Ted already in the office?

A.   No.  I remember coming to the office and Alonza bringing me in the office and telling me to sit down, wait, and then Ted comes in with Alonza, and they sit down and said, "Tell him what you told me."

Q.   Was there anyone else there with you besides Alonza and Ted?

A.   No.

145

Q. Okay. And you say that you told them both that Mr. Presley took you out in the car and he put his mouth on you?

A. (Nodding head.)

Q. And --

A. Before you asked why would I tell Alonza. Another reason -- before that incident with Mr. P, there was a lot of things like that used to go on -- that went on at The Ranch as far as residents on residents. And Alonza used to ask me -- pull me to the side, like, "Hey, is this true? What's going on with these two guys?" And I used to tell him, yeah, they doing that, this happened.

So he's a guy you can tell stuff to. And we been having conversations of, you know, he's the guy that I thought I could tell this to and he was going to do something about it.

Q. Uh-huh. And you're saying that Ted told you -- said that you were lying about it?

A. Yes.

Q. Okay. And then did -- I mean, did you just -- did he say, "Y'all can go now?" I mean, how did that end?

A. He didn't say, "Y'all can go now." He just told me I was lying, he thinks I'm making it up, and he was going to look into it more. And he told me he was going to get back to me on it, but don't mention it, don't

146

bring it up, and he don't want to hear no big deal on the campus about this; you know, deal with it and get back to me. He never got back to me.

Q. Did you -- when you were telling him what happened, did you tell them that K            was with you?

A. Yes.

Q. And so as you're leaving the office, what is Alonza -- did he say anything to you?

A. No, not that I can remember.

Q. Did you say anything else to Alonza?

A. No. I just remember them saying they was going to deal with it.

Q. Okay.

A. They're going to take care of it.

Q. And then did you get back with Alonza in his car and go back to your residence hall?

A. I think so. I believe so. I believe he took me back to the house.

Q. Okay. And then after the -- after that meeting, when is the next time you saw Mr. Presley?

A. I want to say I didn't see him for like a few days or a week or something. Like, the next week, I seen him. And he didn't come get me for, like, a couple weeks. But he had a look and he had a vibe. But he ended up telling me, like, "See, I told you wasn't

147

nothing going to happen and I know you said something."

So he didn't come get me for a little while, honestly. And he end up coming to get me and made up, basically. And it was at that moment in time I already know that, you know, nothing is -- he in control. So I went again for the drive, and he bought me shoes and gave me stuff, and I let him do whatever he wanted to do. After a while, it became normal.

Q. So you didn't see him or ride or go out -- go on a any car rides with him for a couple weeks after you had that meeting?

A. True.

Q. And then did he just show up back to check you out of school again one day or...

A. It was mostly like he was on campus already. And so let's say we're having recess or something, he would pull up and come on the court and we have a conversation, we talk. Pull me to the side, you know. It was like that until he came and got me. Like, "You want to go for a ride?" And we went for a ride.

Q. Did you ever consider telling him, no, you didn't feel like going for a ride?

A. Not at that time, no.

Q. And then you say he bought you shoes. What all did you say he bought you?

148

A. He bought me Jordans twice. He bought me a headset. He gave me CDs, porno magazines. He gave us money at times.

Q. CDs, porno magazines, and money?

A. Yeah.

Q. Okay. Where did you store that? Just in your room?

A. The what? The shoes?

Q. Or the porno magazines or --

A. Well, in the mattress, outside, or wherever you can stash -- it's called a stash point. Wherever you could stash the contraband, that's where we would stash it. Under the washing machine, anywhere.

Sometimes we'll let Mr. P keep it and when he comes and get us, he lets us look at it and whatever we going to do and he keeps in his car-type stuff.

If we got caught with it, if we didn't tell on him, we had to figure out a way for us to still do that without getting caught.

Q. So how -- when he picked you back up after that meeting, was there another -- because you mentioned Katronn Rooks had been there. Was Katronn back in the vehicle, too?

A. No. This time, we was by ourself. We was by ourself for a couple times. And then after that, now I'm back on with K            , Chris, Mike, and other guys.

157

So, yeah, it was a fucked-up place, but at times, it was good. You had some good staff there, too. But then you had people like Alonza who knew the whole time, Ted who knew the whole time and didn't do nothing. They knew to the point where they were making fun of us. They did nothing. That's who you're defending. These people did nothing.

Q. Who made fun of you?

A. I just told you. Alonza, his brothers, Tyree Davis, Gary Jackson. Ted would even make fun in a way that he would be sarcastic and tell us we're a bunch of liars and a bunch of homosexuals. And they'd catch a resident doing something and, you know, confine them or send them to the unit or something. But you tell them the staff done something, you know.

The only few times I seen them do something when the staff has done something to a resident is when it gets too loud and they make the staff resign. Never seen them fire no one because I've seen staff do things with kids.

I've seen kids on kids, too. The amount of time I spent there, I seen more than enough. I'm really not the person to be asking these questions because I seen enough. I seen it all, and I'm not lying to you. These things happened and more that I can't even remember.

158

People have lost their lives and killed theirself behind the setup of The Lord's Ranch. And at the end of the day, there's a time where I had enough for Alonza. These guys were my mentors and I thought they was developing me to be a productive person in society --

Q. Did you --

A. -- at a time, at a point, until I got older and conscious and realized this shit was a whole setup.

Q. Are you saying that -- did you say you witnessed someone die at The Lord's Ranch?

A. No. I said I've witnessed people die and kill themselves because of what they went through at The Lord's Ranch. Derrick Williams is his name. He went to the Marines after The Lord's Ranch, and he graduated in the Marines. So he made it through the mental part, obviously. And he killed hisself.

Q. Uh-huh.

A. Before he kill hisself, there was some conversations. And he used to bring up shit that he went through at The Ranch. Not only was it Mr. P. He's just one big monster. There's a lot of monsters there at The Lord's Ranch.

Q. So you've told me about what happened between you and Mr. Presley.

Is there anyone else that you had any sexual

159

allegations against?

A. Yeah. There's a staff -- his name is Jeff. I don't remember -- I didn't bring this up, but it just come to me.

Jeff at the Sorrell House, he was Haitian, and he came there to work for a while. And this guy restrained me because I was acting up, I was bad. I think I was in a fight or something. And he restrained me.

And the way they restrain you at The Lord's Ranch, they don't grab you and restrain you. They charge you and rush you to the floor and get your arms behind your back so your arms is like this.

And he's lying on top of me, and I could feel his manhood on me. And I'm telling him, "Man, you got your dick on me. Get your fucking dick off me." He never got off of me. They was laughing. And Jeff was the staff, and Hunter Ray Roberts was another staff.

Q. Do you know Jeff's last name?

A. No, I don't. But Hunter Ray Roberts was the other staff there.

Q. Hunter Ray Roberts?

A. Hunter Ray Roberts.

Q. Roberts or Robertson?

A. R-O-B-E-R-T-S. Hunter Ray Roberts.

Q. So with Jeff, this was during a hold and you said

160

that he just was lying on you and you could feel --

A. He wasn't just lying on me. He was pumping on me while restraining me. And I couldn't breathe. And I told him I couldn't breathe and I could feel his dick on me. That's what was going on.

And Hunter Ray Roberts was standing there. He couldn't do nothing. He wasn't doing nothing. And Jeff wasn't doing nothing, so I had to calm down. And, finally, when he got off me, I started running and started throwing plates and throwing shit. I ran away off of the Sorrell House.

But there's nowhere to run to at The Lord's Ranch the way it's set up, so I came back. Because they just got woods. You got to know people. I was a kid.

Q. Was Jeff a -- was this a resident? What was his role, do you know?

A. Jeff was a staff. Him -- Jeff was a staff, and Hunter Ray Roberts was the other staff. There were two staff at the time at the Sorrell House.

I got in trouble, I got into a fight, and Jeff grabbed me, rushed me to the floor, and started pumping on me. And I could feel his manhood, like I'm telling you. And I couldn't breathe because he was on me as well, stomping and pressing on my chest.

Hunter was standing right there when Jeff was on top

265

Q.   Were you playing basketball at The Lord's Ranch at the time?

A.   Yes, I was.  I was up-and-coming.

Q.   Did The Lord's Ranch have a good basketball team?

A.   Uh-huh.

Q.   Okay.

A.   They always have.

Q.   I show you Exhibit 15.

     (Exhibit No. 15 marked for identification.)

Q.   (BY MR. HUBER)  What is this?

A.   It's the main office.  That's the main office.

Q.   Is this where you alleged sexual abuse to Ted Suhl and Alonza Jiles?

A.   Yes, this is where I spoke about it, in this same room right here.  You go in this office and go to your right, these two rooms right here, these two double windows, that's the office.  Down to this window, that's the whole office right there.

     And Alonza and Ted was sitting right there, and I'm sitting right here in that chair.

Q.   So you're pointing to windows on the front of the facility --

A.   Yeah.

Q.   -- on the right side?

A.   Yes.

266

Q.   Correct?

A.   Yes.  I was facing it.

Q.   Let me show you Exhibit 16.

     (Exhibit No. 16 marked for identification.)

Q.   (BY MR. HUBER)  What is this?

A.   That looks like -- I never seen it like that before; but that looks like the main house, because that's where Shirley usually parks her car under there and that looks like the main office there.

Q.   So even though the siding is different, that is --

A.   That's the main house.

Q.   -- the main house where Shirley Suhl lived?

A.   The girls was upstairs and Bud and them was downstairs.  Shirley and them was downstairs.  That's definitely the main house.

Q.   Okay.

A.   Miniature horses in the back and stuff like that.

     (Exhibit No. 17 marked for identification.)

Q.   (BY MR. HUBER)  Let me show you Exhibit 17.  What is this?

A.   This looks like...

Q.   Is that one of the residential homes?

A.   Oh, for sure it's a residential.  I'm trying to figure out if it's the Ogden House or another house.  But, yeah, it's definitely a residential house.  And I

267

think it's one of the girls' houses.  The girls stayed in the main house and one of the cottages.  This's what they would call it, cottage.

Q.   Okay.

A.   So if this is on the main campus, this is one of the girl house because all of their houses was on the main campus.

Q.   Okay.

     (Exhibit No. 18 marked for identification.)

Q.   (BY MR. HUBER)  I'm going to show you Exhibit 18.  Mr.     , what is this?

A.   That looks like the pasture going to the lake.  It looks like it.

Q.   Is this a gravel road on The Lord's Ranch property?

A.   Definitely a gravel road on The Lord's Ranch property.

Q.   And is this the type of gravel road that Mr. Presley would park on?

A.   For sure.  We open that gate and close the gate.  There usually be a chain or something to wrap around it or close it and you just drive through and go through there and opportunity to do whatever.

     But like I say, you hear people driving or even opening the gate and stuff like that.  That's definitely one of The Ranch properties, for sure.

268

     (Exhibit No. 19 marked for identification.)

Q.   (BY MR. HUBER)  And this is the last one.  exhibit 19, what is this?

A.   This is, like, one of the lakes or ponds.  And these is spots right here.  You got trees like here.  He liked to go on the side of the tree and stuff like that.  We would start off walking and just start off talking and throwing rocks, trying to make them skip past the pond.  Regular stuff.  And then he want to touch you and tell you about the Jordans again and this, that, and the third.  So, this is one of Mr. P's spots right here.

Q.   Mr.     , just a few more questions.  How old were you when you were first abused by Mr. Presley?

A.   I think I was -- I think 10 or 11.  I think.

Q.   And how old were you when you told Ted Suhl that you were sexually abused by Mr. Presley?

A.   10 or 11.

Q.   How old were you when you told Alonza Giles that you were sexually abused by Mr. Presley?

A.   10 or 11.

Q.   About what year was it when you gave notice to Ted Suhl and Alonza Jiles that you were sexually abused by Mr. Presley?

A.   I don't remember the exact year, but it was the same

269

year that it happened. A year did not pass, no time passed where I didn't tell them as far as months and years. Days had passed. So the same --

Q. Fair to say that you told Ted Suhl and Alonza Jiles about the sexual abuse in 1996 or 1997?

A. Yeah, I believe so.

Q. Okay.

A. That's about right, I think.

Q. Mr. Jiles [sic] when you were at The Lord's Ranch, did you have phone privileges to call home?

A. Say that again.

Q. Did you want to clarify something?

A. Yeah.

Q. Go ahead.

A. No, I just want you to repeat that question. I'm sorry.

Q. Did you have phone privileges to call home when you were living at The Lord's Ranch?

A. Did I have phone privileges? Yes, I did.

Q. And on average, how often were you allowed to call home?

A. Once a week. Each house had a specific day. Sorrell House probably on Saturdays, Ogden on Thursdays, Prince on Monday.

Q. So that was normal for all the residents at The

270

Lord's Ranch that they could call home once a week; right?

A. Uh-huh.

Q. Did anything happen to your phone privileges after you alleged sexual abuse to Ted Suhl and Alonza Jiles?

A. Yeah.

Q. What happened to your phone privileges?

A. Mr. P took my calls away for three weeks. He didn't come see me and I couldn't make my phone call. Even when I went -- regular day and went to a staff and it's phone call day, that's how I knew he kind of controlled it because even if a staff I thought didn't know anything and supposed to make my phone call, I didn't make it. And also Mr. P could give you extra phone calls on the week, too.

So although we all had one phone call designated or assigned, if our therapist or somebody wanted to help us make a call, they would. They'd call it a conference call or something to be available.

But, yeah, Mr. P took away three weeks of my phone calls, three phone calls.

Q. So as a result of your complaints of sexual abuse, you lost phone privileges for three weeks; right?

MR. ALEXANDER: Form.

A. For sure, yes.

271

Q. (BY MR. HUBER) Why was that?

A. I believe --

MR. BRICK: Object to form.

A. I believe he felt like I would have told people or said something, I believe. I think taking away my phone call lets me know who's in control.

Q. (BY MR. HUBER) They took away your phone privileges to keep you silent; right?

A. Yeah, I believe so.

MR. BRICK: Object to form.

MR. ALEXANDER: Join.

VIDEOGRAPHER: Counsel, I need about a 30-second break here.

MR. HUBER: Sure.

VIDEOGRAPHER: We're going off the record. The time is approximately 4:07 p.m.

(Brief pause.)

VIDEOGRAPHER: We are back on the record. The time is approximately 4:07.

Q. (BY MR. HUBER) Mr.        , in 2002, what happened that led you to connect your injuries of the abuse that you experienced at The Lord's Ranch?

A. That podcast, man. I've been silent about this thing forever, for many reasons, one of them because being at The Ranch, I believed, and I always have

272

believed, Ted is powerful, knowing he had ties with Huckabee and everybody and Alonza, too. And also the positive relationship I had with them, I wasn't trying to do that.

But this podcast, once again, with these young people that I had no idea even knew was brave enough to create a podcast, something that I never thought about. So seeing them do that and listening to they story, it made me realize how -- how much healing I have to go through, I want to say how messed up I was, and stuff like that.

But, yeah, it let me know how much, you know, trauma has been put on me through their stories and stuff like that.

Q. And is that around the same time that you started having in-depth conversations with Pastor John Hollis?

A. For sure. For sure. Because at that time, I was doing youth work then in Daytona. 2022 I want to say. I actually just moved back to Daytona and was doing work and that podcast thing came up. And I was in his office and I end up breaking down in tears listening to some music after I listened to that podcast. This was the initial conversation with the pastor. I just -- turned me around and seen my face and was asking me why was I crying; what's going on. I told him I'm having a