# EXHIBIT 29
# 2026.05.21 Deposition of John Doe 2

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOHN DOES 1, 2, 4, 5, 6 & 8;         )
MICHAEL ROBINSON, and MAURICE        )
COLLINS,                             )
                                     )
          Plaintiffs,                )
                                     )  No. 3:23-CV-320-DPM
     vs.                             )
                                     )
EMMETT PRESLEY, et al.,              )
                                     )
          Defendants;                )
JOHN DOES 9-12 and 14-16; and        )
NATHAN HARMON,                       )
                                     )
          Plaintiffs;                )
                                     )  No. 3:24-CV-3-DPM;
     vs.                             )
                                     )
EMMETT PRESLEY, et al.,              )
                                     )
          Defendants;                )
JOHN DOES 19-24 and 29-30,           )
                                     )
          Plaintiffs,                )
                                     )  No. 3:24-CV-12-DPM
     vs.                             )
                                     )
EMMETT PRESLEY, et al.,              )
                                     )
          Defendants.                )

Videotaped deposition of

, called as a witness herein, pursuant to

the applicable provisions of the Federal Rules of

Procedure governing the taking of depositions, taken

before Lynette J. Neal CSR No. 84-004363, on Thursday,

May 21, 2026, at time 10:30 a.m., at 321 North Clark

Street, Suite 900, Chicago, Illinois.



855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

Page 2

PRESENT:

ROMANUCCI & BLANDIN, LLC, by
MR. PATRICK HUBER,
321 North Clark Street, Suite 900
Chicago, Illinois 60654
(312) 458-1000
phuber@rblaw.net
Appeared on behalf of
MITCHELL WILLIAMS LAW FIRM, by
MR. JOHN E. ALEXANDER,
4206 South J.B. Hunt Drive, Suite 200
Rogers, Arkansas 72758
(479) 464-5670
jalexander@mwlaw.com

and

ROETZEL & ANDRESS, LPA, by
MR. MICHAEL J. SCOTTI, III,
70 West Madison Street, Suite 3000
Chicago, Illinois 60602
(312) 580-1200
mscotti@ralaw.com
Appeared on behalf of Defendants.

ALSO PRESENT:

MR. PHILLIP M. BRICK, by remote videoconference;
MR. NICHOLAS WAINWRIGHT, by remote video conference;
MR. JOSHUA GILISPIE, by remote videoconference;
MR. BELVIE FOSTER, videographer.

- - -

Page 3

INDEX

WITNESS

EXAMINATION BY:                              Page    Line
DIRECT EXAMINATION
BY MR. SCOTTI.......................    4       5
CROSS-EXAMINATION
BY MR. HUBER........................  152       2
REDIRECT EXAMINATION
BY MR. SCOTTI.......................  164       9
RECROSS-EXAMINATION
BY MR. HUBER........................  174       6

EXHIBITS:
BERRY
No. 1    Deposition Notice............   12      19
No. 2    Screenshots of Facebook Page.   55      24
No. 3    Photographs..................   69      18
No. 4    Printed Text Messages........  148       2

Page 4

(Witness sworn.)

called as a witness herein, having been first duly sworn, was examined and testified as follows:

DIRECT EXAMINATION

BY MR. SCOTTI:

Q.   Sir, can you please state your full name?

A.

Q.   Okay.  And you go by

A.   Yes.

Q.   You just took an oath.  You understand that; right?

A.   Yes, sir.

Q.   What's that oath mean to you?

A.   Just being fully transparent about everything. That's what it is to me.

Q.   Okay.  So that means you're going to tell the truth; right?

A.   Pretty much.

Q.   You know the consequences if you don't tell the truth?

A.   Yes.

Q.   What are the consequences?

A.   I mean, it can also -- everything can reverse on me, is how I look at it.

Page 5

Q.   I'm not sure what you mean by that.  Do you know what perjury means?

A.   Yes.

Q.   What's it mean?

A.   That means lying oath.

Q.   Okay.  You know that's a criminal offense?

A.   Yes, sir.

Q.   So today we're going to get your honest testimony; correct?

MR. HUBER:  Objection; asked and answered.

BY MR. SCOTTI:

Q.   So throughout the deposition, I'm going to be asking you a series of questions and you're going to be answering them under oath.  You understand that?

A.   For sure.

Q.   And for the court reporter, if you'd do me the favor of waiting until I finish asking a question, I'm going to make sure you get your full answer out before I start again so we don't talk over each other; is that okay?

A.   Yes, sir.

Q.   And if you hear a lawyer start talking, whether it's me or your lawyer, I'd ask you to stop talking so we can make whatever record we're going to make.  Can you please do that?

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Page 70

Q. Okay. And that's Alonzo in the middle.

A. Yep. to the right.

Q. Okay. And where was this picture taken?

A. So Alonzo and like some of the people from Arkansas -- and I don't know if they were doing some type of like crusade type thing, but Alonzo had talked to Ricky and then texted me and was like, hey, come and visit me. He was staying at the Holiday Inn at Midway with a group of like people that was with him.

Q. Did you enjoy the visit?

A. Yeah. Like, again, I don't have no ill will towards Alonzo. Alonzo, I'm always going to put him in that box of you do what you had to do. You did exactly what you had to do to protect yourself.

Q. When you say that, what do you think Alonzo did to protect himself?

A. By not reporting it to the police what I told him.

Q. Okay. What did you tell Alonzo that he should have reported to the police?

A. What took place with Emmett Presley.

Q. What did you tell him?

A. I let him know that, hey, there was a car ride. Emmett was like, hey, if you want to drive, you can drive or whatever. Next thing I know, his hand was

Page 71

on my lap and he was like I know you really want to get up out of here so if you allow me to perform oral sex on you, I'll get you up out of here.

Q. Okay. So you're saying that's what Emmett told you?

A. Yes, sir.

Q. Is that an abbreviation of the conversation? Or did he just come right out and say, hey, listen --

A. It was -- it was very direct.

Q. So to the -- as close as you can recall, what were the words he said to you? The exact words?

A. If you want to leave, I know you want to get up out of here, I will give you -- if you let me do this, I will get you up out of here.

Q. And how long had you been at The Lord's Ranch when this occurred?

A. I want to say within like a year of being there.

Q. And before this event happened, what kind of contact did you have with him?

A. Before that -- that part happened, I remember talking to Alonzo about like me getting -- developing jock itch. Because when we played sports, we weren't able to move around freely; meaning as in going to the shower right after that. We had to wait until it was

Page 72

time for everyone to return to the house. He told Emmett Presley about it, and Emmett was like, oh, we can go to Walmart, because there was -- that's the first I ever seen the Walmart in Arkansas. Went and got the spray. I go inside the telephone room to try to apply it. Emmett Presley come in behind me and was let me help you. That's when I was like, okay, what are you doing right now? And I remember him grabbing my genitals, and I'm like, no, I got it, I got it. I kind of turned my back to him, sprayed, and just pulled my pants up.

Q. And so how long was that event with jock itch before the time he offered to give you oral sex to get you out of there?

A. I want to say maybe the second time I saw him. Because we did like monthly interviews or reviews with him, conversations with him, because there was so many kids he had to deal with, so it was probably like the next one after that.

Q. So you and the other kids would meet with Emmett Presley once a month?

A. Yeah. Single, though, by ourselves.

Q. And where would you meet?

A. He would get us -- put us in his car. I remember the car he had. He had a burgundy Cutlass

Page 73

Supreme, four door, and it had to have been maybe like a 1991 or 2.

Q. So it's your testimony that he would have his sessions with the kids --

A. Separately.

Q. -- so it would be private in his car?

A. Yes, yes, or go on a long walk. The ranch was very wooded, so you could go on a walk and no one would see you.

Q. So you would go in his car?

A. Yes.

Q. Go on a walk?

A. Yep.

Q. Did you do both of those things with him?

A. Yes, sir.

Q. Any other places you guys would meet?

A. I remember with the oral part, it was at one of the houses that Sandy lived with us, me and Vance.

Q. So the time he offered to give you oral sex was --

A. Uh-huh.

Q. -- in a home?

A. Yeah. In the car but he was like let's just go to the house. No one's there.

Q. So he drove you to the home in the car, and

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Page 154

the boys can go in this room and like make the phone calls. And I remember going in there to try to spray it in, and Presley came in right in behind. Like I turned around, like, you know, what are you doing in here right now? And he was like everything's okay? I can help you do it. I was looking at him like, why, you know. So like he kind of like got down and like lifted up my genitals and was sort of like spray it right here or whatever, okay, or whatever.

And that's when I started realizing, okay, this is kind of uncomfortable, but I didn't really say much. And I was like, okay, I'm going to definitely need to let Alonzo know if something else goes wrong.

Q. During that incident, Mr. Presley touched your genitals?

A. Yes, he did.

Q. And approximately when did this happen?

A. This was -- it was warm out, so I want to say like in May-ish of that year. That's when it was -- that's when I was sweating a lot.

Q. So this was May of 1992?

A. Yeah.

Q. Okay. The second incident you mentioned happened a couple weeks later; right?

A. Yes.

Page 155

Q. And this happened in Mr. Presley's Oldsmobile Cutlas?

A. Yes, Oldsmobile Cutlas.

Q. Okay. Could you tell us about that incident again?

A. So during this meeting with him, he asked me to -- like if I wanted to drive the car, and I'm like, okay, yeah, cool, I want to drive it. So while we're driving, this is when he like put his hand on my lap and he started telling me like, hey, I know you want to leave, so if you want to leave, you should allow me to perform oral sex on you. Me, understanding like his position and power there, okay, you know, I'm going to get up out of here soon hopefully and like allowed it.

Q. Mr. Presley sexually abused you by performing oral sex on you; right?

A. Right.

MR. SCOTTI: Objection; leading.

BY THE WITNESS:

A. Yes, he did, yes.

BY MR. HUBER:

Q. Okay. And when did this happen?

A. This was probably like a few weeks after that.

Q. How old were you at the time?

A. 16 going on, probably, 17.

Page 156

Q. Okay. Were there any other incidents involving Mr. Presley?

A. I mean, after like I basically told on him, he really kind of like backed away, and with me trying to not make the energy around me bad, I just was trying to be like nice, like, hey, I don't want you to dislike me but this is what happened. You know, so I had to like -- to not make problems at the ranch with everyone else, I decided, again, to shove it in the back of my mind as if it didn't happen.

Q. Tell us about when you told Alonzo about the sexual abuse?

A. So I remember we were all at the house. We had just got back from like the school and like everybody got their showers in. And I remember like Alonzo always stayed in the basement part watching TV or whatever, and I went down and I was like, hey, can I talk to you about something? And he was like, yeah, yeah. So I was sitting down telling him about it, and I finished the story with him and he was like, all right, we'll talk later, now go upstairs or whatever. They had these walkie-talkies that went like maybe a three-mile range, so I remember hearing him radio over to them, and that's when, like maybe an hour after that, they took me to the main house.

Page 157

Q. When you say you remember him radioing over --

A. Yes.

Q. -- who is he radioing over to?

A. To the main house. So I mean like Shirley and Bud and letting them know.

Q. Do you know who he was speaking to at the time?

A. It sounded like Ted, because Ted's got a very distinctive voice and it was definitely like -- I could hear like him talking.

Q. And when did this conversation with Alonzo Giles happen?

A. The same -- like I told you a couple weeks after it happened, that's when I pulled Alonzo to the side.

Q. This was summer of 1992; right?

A. Yes, yes.

Q. Okay. So you were 16 or 17 years old?

A. Yeah, turning 17.

Q. Okay. And what happened next?

A. I explained it to Alonzo. Alonzo, hour into that, took me over to the main location. All of the staff was there, meaning like the bigger ones, Antrim, Vance Steeman, Alonzo, Ted. Who else was there. Philander.



855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

Page 158

Q. For now let's just focus on where he took you. Where did he take you?

A. He took me to Bud's house, the main house, where Shirley and Bud stayed with the girls that lived there.

Q. And did you go into a particular room in the main house?

A. So when you walk in, there was a door to the left. That's like a main room where everybody -- we called it the serious room. That was the name of the room.

Q. Okay.

A. You go in there, it was something serious.

Q. Okay.

A. And I remember like me sitting down, Bud asked me to sit down in front of him on the floor, so while I'm sitting there looking at him, everybody is standing up around me. Alonzo has like this distant look on his face. Ted has an angry look on his face. Philander is kind of just like looking down. Antrim kind of just was like looking away or whatever but --

Q. Could you name all the people who you remember being present in the serious room in the summer of 1992 when you gave them notice of sexual abuse?

A. Yes. Philander, Alonzo Giles, Bud Suhl, Ted

Page 159

Suhl, Antrim Gates, Vance Steeman, and there was one other person and I can't -- like I can't get the name, but I know it was like seven of them there. And like they were all standing up, Ted -- I mean, Bud would have made the seventh person but --

Q. Could you tell us in as much detail as you remember what you told them in the serious room?

A. When I sat down and Bud was like, okay, tell me what happened. And I'm like, okay, on this day when Bud -- when Emmett asked me to like -- you know, let's go, you want to drive the car, this is what happened. Explained to them everything what happened at the lower house when no one was there, even when he dropped me off. And Bud just looked at me and he was like I don't want you repeating this to anyone. So I'm like, okay, you know, okay. And going through that whole story felt like I was being interrogated but also, like I'm going to mention, intimidating because that's the way it felt, as I was sitting on the floor and everybody was above me. So gave him details about what Presley did, and his main thing was -- he kind of had just like this disgusted look on his face towards me.

And then I remember just like him telling Alonzo something, and then they told me to like step out. And so when I stepped out and I went in there and

Page 160

I standing next to Shirley on the outside of the door. She was like are you okay? And I was like yeah, yeah, yeah, you know, like smiling with her. And that's when they took me and got my clothes from the main house where all the other kids were at and moved me to like this new house, little small house, that they had bought and that's where I was at for like over a year.

Q. Okay. And I just want to confirm, when you were in the serious room and you were speaking with the employees of The Lord's Ranch, you told them you were sexually abused by Mr. Presley; right?

A. Absolutely, yes.

Q. Okay.

A. It was the only person I ever did.

Q. As a result, they moved you from the home you were living in at that time; right?

A. Isolated me.

Q. And they moved you to a new home; right?

A. Yes.

Q. Why did they do that?

MR. SCOTTI: Objection; requires speculation as to why somebody else did something.

BY THE WITNESS:

A. Yeah, actually they moved me because they didn't want me talking about what happened. Bud

Page 161

specifically told me not to say anything about this. Ted, Alonzo, all of them was just like keep it quiet. And I'm thinking like, oh, okay. You know, I'm thinking I'm doing the right thing and I wound up feeling like I did the wrong thing. I should have just kept my mouth shut. I should have let it go, instead of feeling like alienated by everybody, being pushed to the side, like you can't say this.

Alonzo and Ted I would say knew me better, where they knew like I'm not going to make a big fuss about things and just keep it cool. And when I saw that the energy had really changed toward me, it was like I don't want to be like castrated or pushed to the side. I want to feel like I'm still okay with you even though I told you this. And for a while -- it took a while for them to adjust, but then they started being okay. Which, like I said, later on down the line, they hired me.

BY MR. HUBER:

Q. Did anyone restrict your interactions with Mr. Presley as a result?

A. No, no.

Q. Was Mr. Presley, to your knowledge, was he disciplined as a result?

A. No. I saw him literally the next day, and he

LEXITAS

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F. California Firm Registration #179.

Page 162

was continuously still being there. I didn't see any type of discipline. I didn't see him get a suspension. He was still there the entire time. So, with me, I didn't want to cross paths with him and make him feel like -- it was more like, hey, man, it's okay. Trying to basically like -- I'm sorry for saying what I said, but, you know, it doesn't change what happened. It's still the truth.

Q. You mentioned earlier in speaking with Mr. Scotti that certain regulators came to visit The Lord's Ranch. Do you remember that?

A. Yes.

Q. You mentioned that several individuals gave you direction when those regulators came to visit. Do you remember that?

A. Absolutely, yes.

Q. And what is that direction that you received?

A. The direction is to not talk about things personally down there. Because we had multiple inspectors. We had one from Illinois and then we had one from Texas; one that used to come from Colorado. So no matter who they were, there were people that did not need to know about what was -- the actual interworkings of things that were going on there. So we were always restricted to like don't say nothing. If they were

Page 163

worried about you saying something, they would make sure you wouldn't be in the same presence or same area as those people.

Q. And who gave you that direction?

A. Alonzo, Ted, Philander, like all of them, just basically keep quiet.

Q. Alonzo, Ted, Philander. Anyone else?

A. Bud definitely did. Shirley, hers was more passive aggressive with you. Like don't say anything. But it was an understood thing. It was an understood thing to keep quiet about like things that happened bad there so -- and I wasn't the only one that understood that. Everybody that was there understood that.

MR. HUBER: Give me like three minutes. Okay?

MR. SCOTTI: No problem.

(Recess taken.)

BY MR. HUBER:

Q. how old were you when you came -- sorry, not how old. Excuse me. Let me ask that a different way. How tall were you when you came to The Lord's Ranch?

A. I would say like maybe 6-1, 6-2. I grew while I was down there.

Q. Okay. How tall are you now?

A. 6-5.

Page 164

Q. Okay. When did you reach your full adult height? Do you remember?

A. I want to say well after I left the ranch.

Q. Okay.

A. When I left, I was probably 6-4, but by the time I was 21, I got to 6-5.

MR. HUBER: Okay. I don't have any more questions.

MR. SCOTTI: A couple follow-ups.

REDIRECT EXAMINATION

BY MR. SCOTTI:

Q. When you were talking about Emmett Presley, it made me think. I saw the show on WGN where there were two guys that were masked, their identities and their voices were concealed, and they were being asked questions about Emmett Presley. Were you one of those guys?

A. On WGN? Or are you talking about CBS?

Q. I forget which. Could be either one.

A. If you seen this silhouette, that was probably me, yeah.

Q. Okay. Who set that up?

A. I want to say we talked with one of my attorneys and that's how all that went down.

Q. So their investigator got you?

A. Yeah.

Page 165

Q. And who were you on that show with?

A. I don't know the other dude. I don't know like -- whoever that was on there, the second or the third or whatever, I didn't see them physically.

Q. So I kind of recognize your silhouette now.

A. Yeah.

Q. And if I understand it right, the guy that was on TV, you explained where Emmett Presley got you at a basketball game and rubbed some salve on your body? Is that the jock itch --

A. We're talking about the spray.

Q. The spray, okay. So the way you described it on TV is the same incident you were just telling your attorney about here?

A. Yeah, same one.

Q. So if I take that video and this testimony and if there's a difference, it's just your memory's changed over time?

A. No, I don't think there's no difference at all, because I know what happened.

Q. I'm saying if there was a difference --

A. I understand what you're saying. I understand your job.

Q. There's a couple of years in-between; right?

A. Yeah. But, again, I know what he did when he

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS