# EXHIBIT 30 2026.05.04 Deposition of Michael Robinson

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOHN DOES 1, 2, 4, 5, 6, & ) PLAINTIFFS
8; MICHAEL ROBINSON; and )
MAURICE COLLINS )
)
v. ) No. 3:23-cv-230-DPM
)
EMMETT PRESLEY, et al. ) DEFENDANTS
)
)
JOHN DOES 9-12 & 14-16; ) PLAINTIFFS
and NATHAN HARMON )
)
v. ) No. 3:24-CV-3-DPM
)
EMMETT PRESLEY, et al. ) DEFENDANTS
)
)
JOHN DOES 19-24 & 29-30 ) PLAINTIFFS
)
v. ) No. 3:24-CV-12-DPM
)
EMMETT PRESLEY, et al. ) DEFENDANTS.

---------------------------------

VIDEO DEPOSITION OF

MICHAEL ROBINSON

MAY 4, 2026

---------------------------------

VIDEO DEPOSITION OF MICHAEL ROBINSON, produced as a witness at the instance of the Defendants, and duly sworn, was taken in the above-styled and numbered cause on Monday, May 4, 2026, from 9:39 a.m. to 2:46 p.m., before Crystal Garrison, CCR, in and for the State of Arkansas, at the Gillispie Law Firm, 1 Riverfront Place, Suite 605, North Little Rock, Arkansas 72114, pursuant to the Federal Rules of Civil Procedure. This deposition was reported stenographically in person and in realtime.

---

A P P E A R A N C E S

*ATTORNEY FOR THE PLAINTIFF:*

MR. JOSHUA GILLISPIE
Gillispie Law Firm
1 Riverfront Place, Suite 605
North Little Rock, Arkansas 72114
josh@gillispielawfirm.com

*ATTORNEY FOR EMMETT PRESLEY and ALONZA GILES:*

MR. PHILLIP M. BRICK, JR.
Bequette, Billingsley & Kees, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, Arkansas 72201
pbrick@bbpalaw.com

*ATTORNEYS FOR THE LORD'S RANCH, et al.:*

MR. STUART P. MILLER
MR. JOHN E. ALEXANDER
Mitchell, Williams, Selig, Gates & Woodyard, PLLC
4206 South J.B. Hunt Drive, Suite 200
Rogers, Arkansas 72758
smiller@mwlaw.com
jalexander@mwlaw.com

MR. MICHAEL J. SCOTTI, III *(Via Zoom)*
Roetzel & Andress, LPA
30 North LaSalle Street
Chicago, Illinois 60602
mscotti@ralaw.com

*ALSO PRESENT:*

MS. CATHERINE BRUNETTI, Mitchell Williams Paralegal

MR. JOHN SIMS, Legal Videographer

MS. CRYSTAL GARRISON, Certified Court Reporter.

---

EXAMINATION INDEX

PAGE

MICHAEL ROBINSON
Examination by Mr. Miller........................4
Examination by Mr. Brick........................215
Examination by Mr. Gillispie....................221
Further Examination by Mr. Miller...............226
Further Examination by Mr. Gillispie...........228
Further Examination by Mr. Miller..............229
Further Examination by Mr. Gillispie...........229

Changes and Signature..............................231

Reporter's Certificate.............................233

EXHIBIT INDEX

NO.   DESCRIPTION                              PAGE

1    Notice of Deposition, 4 pages.................26

2    Authorizations, 18 pages......................33

3    2/10/26 Interrogatory Responses, 23 pages.....212

4    2/10/26 Production Requests, 16 pages........212

---

VIDEOGRAPHER: We are on the audio and video record.

Today's date is May the 4th, 2026. The time is approximately 9:39 a.m.

This is the videotaped deposition of Michael Robinson. This is the case of Robinson and Collins versus Presley.

My name is John Sims. I'm a videographer out of Little Rock, Arkansas.

Will counsel please make record of your appearance.

MR. GILLISPIE: Josh Gillispie for plaintiff.

MR. BRICK: Phillip Brick on behalf of Emmett Presley and Alonza Jiles.

MR. MILLER: Stuart Miller on behalf of The Lord's Ranch and other defendants remaining.

MR. ALEXANDER: John Alexander on behalf of The Lord's Ranch entities and the other remaining defendants.

VIDEOGRAPHER: Madam Court Reporter, will you please swear in the witness.

MICHAEL ROBINSON, having been first duly sworn, testified as follows:

EXAMINATION

QUESTIONS BY MR. MILLER:

Q.   Mr. Robinson, good morning.

A.   Good morning.

117

friends or had a close bond with Tyree?

A. Yeah.

Q. Okay.

A. Yes. I'm sorry.

Q. But he wasn't at The Ranch very often?

A. No. He only came maybe three months because he came for the offseason and then he'd have to go back.

Q. When you left The Ranch in 2002, did you go immediately back to Chicago or what -- where did you go?

A. I was supposed to have went to the -- to the Army, but the house they kept me in, I had -- I couldn't do it no more. It was like -- I couldn't get in or out. It was weird. I just -- I wanted to go. I couldn't stay anymore, so I just went back to Chicago. Like four days after I graduated, I left.

Q. Four days after you graduated --

A. Yeah.

Q. -- you say you tried to go to the Army?

A. No. I was supposed to have went. It probably took me -- maybe it would have took me a week or two to get into the Army, but the house they had me staying in, there was no way for me -- if I wanted to go to the store or if I wanted to go outside, I couldn't go out. They had both sides dead-bolted, so you need a key to get out or get in.

118

So my staff member, they don't let them go outside.

Q. And was that somebody with the Army?

A. No, no, no. That was at The Ranch.

Q. Okay. At The Ranch.

A. So I said, "I don't want to go to the Army no more. I can't stay here living like this waiting to go to the Army." I said, "I just want to go home."

Q. Okay.

A. So they flew me home June 22nd of 2002.

Q. And you went to the airport with Tyree and Geffery?

A. And Alonza. But that was when we flew -- when we took Tyree to the airport for him to leave.

Q. Okay.

A. I left a different time.

Q. Okay. And who was at the airport when you left?

A. Oh, it was just me and one staff member. I forget his name. It was a guy -- one of the counselors drove me.

Q. So you were there four days after you graduated?

A. Yes. Not four. I'm sorry. I graduated -- two days. I'm sorry. Because I graduated on the 20th; I left on the 22nd.

Q. And your parents were down here for the graduation. They turned around and drove back to Chicago?

A. Yes. Well, they flew back.

119

Q. Flew back?

A. Yes.

Q. Did The Ranch pay for that?

A. Yes.

Q. Okay. And where did they -- where did they stay when they came down for your graduation?

A. At the hotel.

Q. The hotel in Pocahontas?

A. Yes.

Q. So take me through that, if you would, Mr. Robinson. A couple of days after your graduation, you're not liking that you can't go to the store, you can't get out or whatever. You told them you wanted to go home; they let you go home?

A. Yes.

Q. Where did you go when -- where is home? Where was home at?

A. Chicago.

Q. Okay. And then how long was it after you got home that you ended up getting in trouble with the law?

A. Maybe six months later.

Q. Okay.

A. I'm sorry. I want to say this. I apologize. Remember you asked me who did I tell? I said I told my mother, I told my sister. I also told Gary and

120

Steve Marlow. I don't know if I told you that, but I told those two also.

Q. And you told -- your interrogatories -- and we're going to get to that.

A. Okay.

Q. You told them while you were at The Ranch?

A. Yes.

Q. How soon after the alleged abuse did you tell Steve Marlow and Gary Jackson?

A. Right -- like, once we got back home from school -- like, once Mr. Presley dropped me back off at school, once we got home, maybe an hour or two after, because that's when Gary and Steve Marlow come around that time, that's when I told them.

Q. Were they there together?

A. Well, one had came and the other one was just pulling up.

Q. Okay. But they were there together when you told them?

A. No, no. I was telling Gary and then Steve Marlow came.

Q. Okay. And then you --

A. I'm sorry. I told Steve Marlow and then Gary pulled up. Something like that.

Q. But both of them were there when you told them?

**121**

A. Yes.

Q. And what did you tell them?

A. I told them that Mr. Presley took me to the -- to the -- what you call it -- to the woods. Well, he took me to the store first, bought me some chips, pop, and some snacks, whatever. And he drove me to the wooded area. He was sitting in the car talking to me and asking me how I like The Ranch. And I told him, "I want to go home real bad. I don't like it here."

And long story short, he told me, "I can help you get home." He start touching my leg, rubbed my privacy part.

And I said, "Well, listen, I'm not used to this. It's not something that I'm used to. So how about tomorrow? Or you come get me in a couple days and let me think about this and then we can do it because I really want to go home?"

He said, "Okay. But don't tell your friends, don't tell nobody, and I'm going to come back and get you."

I said, "Okay."

So when he dropped me off, I already knew what I was going to do. I was going to tell on him. But I can't tell right then and there because we had school and a lot going on. I said I'll wait till I get to the house and I'll talk to Steve because I knew at the time Gary

**122**

was all right with me and Steve Marlow. I said I'm going to talk to them two about it.

So when I got back to the house, we only had one house staff member there. I can't remember his name. But Gary and Steve wasn't there yet.

Gary or Steve, I can't remember which one pulled up first, but that's the one I told. And as I was telling him, the other one was pulling up. And as I was telling him, he kind of walked up to it and I was telling him, too, as well.

Q. Okay. So Gary, Steve, your mother?

A. My sister.

Q. Your sister.

A. And...

Q. Those are the people you told?

A. Yeah, for sure. I'm trying to remember -- I know some -- I just want to make sure I did put that in there.

Q. That's fine. I appreciate that.

MR. MILLER: Josh, this is a good spot to stop for a few minutes. I don't know what the desire of the group is.

MR. GILLISPIE: Depends on how --

MR. MILLER: I've got a fair amount with him. I say we take 30 minutes or 40 minutes or something like that.

**123**

MR. GILLISPIE: That's fine.

VIDEOGRAPHER: We're going off the record at 11:50.

(Brief recess.)

VIDEOGRAPHER: We are back on the record. The time is approximately 12:41 p.m.

Q. (BY MR. MILLER) Mr. Robinson, we've had just a short break, 30 or 40 minutes. Are you ready to continue?

A. Yes, sir.

Q. We were talking about your medical issues and the medications and stuff.

Have you ever -- do you have any pharmacies that you get medication filled at that's close to your house?

A. Yes.

Q. What is the name of the place?

A. I go to Jewel-Osco, which is on 61st -- I'm sorry, 60th and Cottage Grove. Or I would go to Fran Health.

Q. What's the name?

A. Fran Health.

Q. Fran Health?

A. Yes. The clinic.

Q. And that's where you get your prescriptions at?

A. Yes.

Q. And right now, you don't have any prescriptions; is that a fair statement?

**124**

A. Yes. No prescriptions.

Q. And is it your understanding that the bipolar diagnosis was with -- was while you were in prison?

A. Yes.

Q. Okay. Does anybody else in your family have that diagnosis?

A. Yes. My mom -- my mother -- I'm just making sure. I know my mom. Safe to say I believe it's just my mom. I'm not sure about anybody else.

Q. And do you have what they call a primary care physician?

A. Yes.

Q. Who is your primary care physician?

A. Zachary Nankee.

Q. How do you spell his last name?

A. I don't know how to spell his last -- I just know Zachary Nankee with an N.

Q. N-A-N-K-I or --

A. I'll be honest, I do not know how to spell it.

Q. Where does he practice medicine at?

A. On 62nd and Cottage Grove, at Fran Health.

Q. Okay. And have you seen him more than once?

A. Yes.

Q. And what would you see him for?

A. Just like pain, if I'm going through something,

133

guys in line," or something. So they'll move you around like that.

Q. And did The Lord's Ranch take you guys to Jonesboro or Pocahontas or anywhere outside of The Ranch?

A. Yes.

Q. Where did they take you?

A. They took us to Jonesboro, Pocahontas, Memphis, North Carolina. I mean, I went so many places, I can't even give you all the names of them.

Q. Yeah. So take me back to -- so you're in July of 1999. When's the first time you met Emmett Presley?

A. Let me see. I can't remember the exact date, but it may be some days or weeks after I first got there. To be honest, I don't remember when I first met him.

Q. Okay. Wasn't the first day?

A. No, I know it wasn't the first day, for sure.

Q. But there was some time period went by, and in what context did you meet him?

A. I was in my classroom and the guy came in and said, "I want" -- "I need Michael Robinson." He had a red card with my name on it. He gave it to the teacher. So the teacher said, "You looking for Michael Robinson" with the counselor.

Q. Who was your teacher then, do you remember?

A. I remember him, but I don't remember his name.

134

Q. Okay.

A. It was a long time ago.

Q. Describe him for me.

A. Heavyset, like German guy, I guess. He was always talking German or playing German. I don't know if he was German because he said he was in Germany, the Army. So I don't know. Like, white kind of skin.

Q. But he was your teacher?

A. Yes.

Q. Good teacher?

A. Yes. He was my -- well, you know what? I'm sorry. We had more than one teacher.

Q. Would he be your homeroom teacher?

A. No, no, no. It was different ones. Like, I have -- yeah, homeroom, yeah. I have a social studies teacher, science teacher, math. Just different classes throughout the day.

Q. And so he came in and gave a red card to that gentleman and said what?

A. He said, "I need Michael Robinson."

Q. Okay. Tell me what happened. Then what did you-all do? First time you met him.

A. Okay. We went outside to his car. He asked me do I want some snacks. I said, "Yeah, I want some snacks. We don't get that stuff here."

135

So he took me to the store, bought me a Sprite, Doritos, and I think it was a Snickers bar, if I remember right. But I know it was -- it was three items.

He was very nice. He talked to me, asked me how I like it at The Ranch, how is it going, how am I with the -- my other -- what do you call them? My peers. How is school. You know, just talking to me about The Ranch. That's how it was the first time. It was just -- he was all right. He was cool. I liked him. He was all right.

Q. So the first visit, just "How ya doing? What's going on?" You know, "Who are you? Tell me a little bit about yourself."

A. Yes.

Q. Did you-all -- you went and got some snacks. Did he bring you back to The Ranch shortly after that?

A. We was just driving around talking. And then after that, he brought me back to The Ranch.

Q. I got you.

So nothing inappropriate on that -- on that visit?

A. That first day -- I believe it wasn't the first. It was the next time.

Q. Okay.

A. If I remember it right, I don't think it was the

136

first time. It was the next time.

Q. And then how often were you seeing Mr. Presley after -- for example, it sounds like it was several -- maybe a couple weeks or several weeks you saw him one, and then when would have been the next time? Was it a couple of weeks later?

A. Yes, it was like weeks later. He didn't come get you every day or --

Q. Yeah.

A. Because he had a lot of people he deal with. So it would be like a couple weeks, two or three weeks, something like that.

Q. Okay. So two or three weeks later, he comes and gets you out of class again; is that right?

A. Yeah. I'm not sure if it was two or three weeks later, you know, like, if that's the time period, but it was sometime later.

Q. Fair enough.

And what -- other than -- what was he supposed to be doing with you?

A. Like, counseling me. Just counseling me, talking to me, making sure I'm good, I'm all right, if I needed anything, or if something's going on, he let me get a phone call to call home. You know, just a regular counselor.

141

Q. He rubbed your penis?

A. Yes.

Q. You mean -- did he take your pants down?

A. No. I had my pants on still.

Q. Okay. So he's rubbing your penis on the outside of your pants?

A. Yes.

Q. Did you get an erection then?

A. It was getting hard.

Q. Okay. And did he say something to you about that?

A. Yeah. He said, "I can help you get home if you do something for me."

Q. Now, we know that's not true because you were on probation; correct?

A. Huh?

Q. Weren't you on probation?

A. Yeah, I was on probation.

Q. He's not getting you home earlier?

A. Right, but I don't know that.

Q. Okay.

A. How do I know he can't get me home while I'm on probation? I'm 17. I don't know what's going on with The Ranch and the situation.

Q. I thought you understood. You told me you were on probation for five years.

142

A. Yes.

Q. Okay.

A. But he's my counselor, so I'm thinking he's a counselor; he can help me get home.

Q. Okay.

A. So why would I think anything other than that?

Q. So how long did he rub on your penis?

A. Probably about maybe five, six -- I don't know the time, but it was a while. Not a long time. Maybe some seconds.

Q. Okay.

A. I don't know how many.

Q. And so you told Gary Jackson and Steve Marlow that he rubbed on your penis?

A. Yes.

Q. Okay. And did they seem upset about it? Did they seem surprised? What, if anything, did they say?

A. Gary Jackson seemed upset. He seemed like he was mad. I don't know if he was mad because I was telling it or mad because it happened.

So Steve Marlow -- like I said, Steve Marlow was still questioning me while Gary was upset. So he was just standing there listening while I was telling Steve Marlow. Steve Marlow said, "Okay. We'll take care of this." He told me to go back in the house. I

143

went back in the house.

Q. Do you have any personal knowledge of anybody that you knew getting allegedly sexually abused by Emmett Presley?

A. At the time, I didn't.

Q. At any time.

A. Later on I found out, yes.

Q. When you say "later on," when was that?

A. Sometime after he did what he did to me.

Q. And --

A. I'm not sure how many -- I'm sorry.

Q. I'm sorry. Up until that time when he touched you for the first time, you had not known of anybody that he had allegedly sexually abused; is that right?

A. Right.

Q. And you -- did you tell any of the other residents at your -- at The Lord's Ranch that he touched you?

A. Yes.

Q. Who did you tell?

A. I told Chris Kilgore.

Q. Okay. Mr. Kilgore is deceased; correct?

A. Yeah.

Q. And so is he the only one that you told?

A. Chris Kilgore and -- I can't remember names right now. I'm sorry.

144

Q. Was there anybody else that you told?

A. Yeah, it was someone else, but I don't remember his name. Like, right now I can't remember. But if I actually sit and think of the names, then I could --

Q. Well, we're going to be here a little bit longer, and if you think of it by then or if you're on the way back to Chicago and you remember, will you tell Mr. Gillispie so he can tell me?

A. Yes, I can.

Q. So -- so you tell Marlow and Jackson. Jackson seemed mad. Marlow, did he have a -- did he say anything?

A. Steve Marlow? He just told me that they was going to take care of it.

Q. And so --

A. I'm sorry.

Q. Go ahead.

A. He was just listening to everything I was saying. He said, "All right. We're going to take care of this."

Q. He got you a new counselor. Somebody did.

A. Yeah, somebody did.

Q. That was the last time that you were supposed to go with Mr. Presley for counseling?

A. That was the last time he was --

Q. Yeah.