# EXHIBIT 32

# GILLISPIE | LAW FIRM

1 Riverfront Place, Suite 605 | North Little Rock, AR 72114
Phone (501) 244-0700 | Fax (501) 244-2020 | www.gillispielawfirm.com

March 25, 2026

VIA EMAIL ONLY

Stuart Miller
John Alexander
MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.
4206 South J.B. Hunt Drive, Suite 200
Rogers, Arkansas 72758
Direct: (479) 464-5670
Facsimile: (479) 464-5680
smiller@mwlaw.com
jalexander@mwlaw.com

Michael J. Scotti
ROETZEL & ANDRESS, LPA
30 N. LaSalle Street, Suite 2800 Chicago, IL 60602
Phone: 312.580.1200
mscotti@ralaw.com

Jay Bequette, Ark. Bar No. 87012
Phillip M. Brick, Jr., Ark. Bar No.
2009116 BEQUETTE,
BILLINGSLEY & KEES, P.A.
425 West Capitol Avenue,
Suite 3200 Little Rock, AR
72201-3469 Telephone: (501)
374-1107
Fax: (501) 374-5092
Email:
jbequette@bbpalaw.com
Email: pbrick@bbpalaw.com


Re:    ***Does v. Presley, et al.***
       Good Faith Ltr Regarding Ted and Shirley Suhl Discovery Responses


Dear John:

Please consider this Plaintiffs' good faith attempt to secure responses to certain Interrogatories and Requests for Production concerning the financial conditions of Shirley Suhl and Ted Suhl.

We ask that **Shirley Suhl** please provide responses to Interrogatory No. 9 and Requests for Production Nos. 16, 17, 18, 19, 21, 30, 31, 32, 33, 34, 35, 36, 37, and 38.

Likewise, we ask that **Ted Suhl** please provide responses to Interrogatory No. 9 and Requests for Production Nos. 16, 17, 18, 19, 20, 21, 32, 33, 34, 35, 36, 37, 38, 39, and 40.

We believe their financial conditions are presently discoverable. Please see *Henderson v. City of North Little Rock*, Not Reported in Fed. Supp., 2008 WL 11342617. **We are agreeable to a protective order.**

Please let us know within 21 days if we can reach an accommodation.

Best regards,

*/s/ Josh Gillispie*
Josh Gillispie