## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

JOHN DOES 1, 4 & 6;  MICHAEL ROBINSON;
and MAURICE COLLINS                                          PLAINTIFFS

v.                          No. 3:23-cv-230-DPM

EMMETT A. PRESLEY, *et al.*                                  DEFENDANTS

JOHN DOES 10, 15 & 16                                        PLAINTIFFS

No. 3:24-cv-3-DPM

EMMETT A. PRESLEY, *et al.*                                  DEFENDANTS

JOHN DOES 19, 23 & 29                                        PLAINTIFFS

No. 3:24-cv-12-DPM

EMMETT A. PRESLEY, *et al.*                                  DEFENDANTS

JOHN DOES 110, 111, 121 & 123;  and
JANE DOE 109                                                 PLAINTIFFS

No. 3:25-cv-197-DPM

EMMETT A. PRESLEY, *et al.*                                  DEFENDANTS

### ORDER

The Suhls didn't waive their objection to financial discovery by answering in compliance with Rule 34.  Plaintiffs have made a sufficient showing that they may be entitled to punitive damages to support some

discovery about defendants' financial condition. That's the Court's conclusion whether the matter is one of substance under Arkansas law or procedure under the Federal Rules. That information from the relevant time periods goes to the corporate relationships and charitable immunity. And current information goes to the amount of any punitives. While defendants are probably correct that punitive damages can't be tried against multiple defendants, that rule of law doesn't mean that there can't be discovery about those particulars. And the Court sees no waiver by plaintiffs — a voluntary and intentional relinquishment of a known right — in the face of the many nested corporate entities, whose relationships and roles remain obscure. Pursuing many entities is understandable. A Protective Order with big teeth will be sufficient in the circumstances. The trial-related issues will abide the event. Proposed Protective Order, *Doc. 184 at 3*, due by 22 July 2026. This discovery is on hold until the Court enters that Order. Discovery dispute, *Doc. 185*, addressed.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 June 2026

-2-