**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**JOHN DOES 1, 4, 6;**
**MICHAEL ROBINSON; and**
**MAURICE COLLINS** **PLAINTIFFS**

**v.** **CASE NO. 3:23-CV-230-DPM**

**EMMETT PRESLEY, et al.** **DEFENDANTS**

**JOHN DOES 1, 15, and 16** **PLAINTIFFS**

**v.** **CASE NO. 3:24-CV-3-DPM**

**EMMETT PRESLEY, et al.** **DEFENDANTS**

**JOHN DOES 19, 23, and 29** **PLAINTIFFS**

**v.** **CASE NO. 3:25-CV-12-DPM**

**EMMETT PRESLEY, et al.** **DEFENDANTS**

**JOHN DOES 110, 111, 121, 123; and**
**JANE DOE 109** **PLAINTIFFS**

**v.** **CASE NO. 3:25-CV-197-DPM**

**EMMETT PRESLEY, et al.** **DEFENDANTS**

**MOTION FOR WITHDRAWAL**

Comes now, Emily M. Runyon, for her Motion to Withdraw as counsel of record for Separate Defendants Theodore E. Suhl, Individually and d/b/a Maxus, Inc. d/b/a Arkansas Counseling Associates Incorporated d/b/a Trinity Behavioral Healthcare Systems, Inc. d/b/a The Lord's Ranch; Maxus, Inc. Individually and d/b/a The Lord's Ranch; Trinity Behavioral Health Care System, Incorporated, Individually and d/b/a The Lord's Ranch; The Lord's Ranch Christian

Boy's Home, Inc.; The Lord's Ranch Christian Center And Children's Rehabilitation Unit; The Lord's Ranch Psychiatric Unit, Inc.; Christian International Medical Sciences Foundation, Inc.; Cornerstone Treatment Center, Inc.; Burklyn Corporation; Good Samaritan Rehabilitation Center, Inc.; Warm Springs Christian Center, Inc.; Trinity Dynamics, Incorporated; The Lord's Ranch Behavioral Healthcare System, Incorporated; Triennia Health Care, Inc.; Horizon Sunrise Management; Millenia Health Care, Inc.; LG Property Management, Incorporated; Green Valley Asset Management, LLC; Rolling Hills Investments, LLC; Regal Property Developments, LLC; and Shirley Suhl (collectively, "Separate Defendants").

The undersigned attorney's request will not prejudice any party or cause undue delay. Separate Defendants will continue to be represented by John E. Alexander and Stuart P. Miller with Mitchell, Williams, Selig, Gates & Woodyard, PLLC.

WHEREFORE, for the reasons stated and for good cause shown, Movants respectfully request that the Court grant this Motion and Order permitting Emily M. Runyon to withdraw from this case, to be relieved from further obligation in connection with this case, and to be removed from the docket and all service lists in connection with this case, including electronic notices regarding this case.

Respectfully submitted,

**MITCHELL, WILLIAMS, SELIG,**
**GATES & WOODYARD, P.L.L.C.**
4206 South J.B. Hunt Drive, Suite 200
Rogers, Arkansas 72758
Telephone: (479) 464-5669
Facsimile: (479) 878-6906
erunyon@mwlaw.com

By: ______________________________
Emily M. Runyon, Ark. Bar No. 2005172

**CERTIFICATE OF SERVICE**

I, Emily M. Runyon, do hereby certify that I served a copy of the foregoing to all counsel of record via the Court's electronic filing system on this 10th day of October, 2026.

Emily M. Runyon