IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOHN DOES 1, 4 & 6; MICHAEL ROBINSON; and MAURICE COLLINS — PLAINTIFFS

v. No. 3:23-cv-230-DPM

EMMETT A. PRESLEY, *et al.* — DEFENDANTS

JOHN DOES 10, 15 & 16 — PLAINTIFFS

No. 3:24-cv-3-DPM

EMMETT A. PRESLEY, *et al.* — DEFENDANTS

JOHN DOES 19, 23 & 29 — PLAINTIFFS

No. 3:24-cv-12-DPM

EMMETT A. PRESLEY, *et al.* — DEFENDANTS

JOHN DOES 110, 111 & 121; and JANE DOE 109 — PLAINTIFFS

No. 3:25-cv-197-DPM

EMMETT A. PRESLEY, *et al.* — DEFENDANTS

ORDER

**1.** The Court notes the emergency motion, *Doc. 197*, and the responding notice, *Doc. 199*. The subpoenas concern the Court. The delayed production date, plus plaintiffs' pledge to notify the financial

institutions to delay production until after the Court rules, address the immediate concern. But there are deeper problems: Why open a second front on the pending discovery issue? *Compare* Fed. R. Civ. P. 1 and Advisory Committee Notes, 2015 Amendment. The subpoenas command compliance in Miami, Florida. The Southern District of Florida is therefore the Court with jurisdiction to quash or modify them. Fed. R. Civ. P. 45(d)(3)(A). Of course that Court could transfer any such motion here, either by joint consent or to avoid disruption of this Court's management of any ongoing discovery dispute. Fed R. Civ. P. 45(f) and Advisory Committee Notes, 2013 Amendment. I would gladly accept the transfer. But in the circumstances all this seems like an unnecessary tangle. The Court is heartened by counsel's intention to meet in person before the November 16th hearing to confer in good faith about narrowing the parties' dispute. Emergency motion, *Doc. 197*, denied without prejudice.

**2.** The Court also notes the Supreme Court of Arkansas's recent decision in *H.C. v. Nesmith*, 2026 Ark. 177. This development will be our second agenda item on November 16th. Please come prepared to discuss how this Court should respond.

So Ordered.

DPMarshall Jr.
D.P. Marshall Jr.
United States District Judge

9 November 2026